1  Baruch C. Cohen, Esq. (SBN 159455)
**LAW OFFICE OF BARUCH C. COHEN**
2      A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
3  Los Angeles, California 90010
(323) 937-4501      Fax (888) 316-6107
4  e-mail: baruchcohen@baruchcohenesq.com

5  *Attorney for Debtors/Defendants*
DANIEL NORMAN BAILEY & MARLENE YVETTE BAILEY
6

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                    **RIVERSIDE DIVISION**

11

12  In re                              | Case No. 6:11-bk-42675-MJ

13  DANIEL NORMAN BAILEY &             | Adversary # 6:19-ap-01056-MH
MARLENE YVETTE BAILEY,

14                                     | Before the Honorable Mark D. Houle
        Debtors
15                                     | Chapter 7

16  ─────────────────────────────      | **MOTION FOR CONTEMPT VIOLATION
OF DISCHARGE INJUNCTION 11 U.S.C.**
17  HANFORD DEVELOPMENT               | **§ 524(A)(2); MEMORANDUM OF POINTS**
PROPERTIES, LLC, and CENTRAL          | **& AUTHORITIES; REQUEST FOR**
18  VALLEY HOLDING COMPANY, LLC        | **JUDICIAL NOTICE; DECLARATION OF
DANIEL NORMAN BAILEY**
        Plaintiffs,
19                                     | Date: 5-29-2019
20  vs.                                | Time: 2:00 pm
                                       | Place: 3420 Twelfth Street
21  DANIEL NORMAN BAILEY &                     Riverside CA 92501
MARLENE YVETTE BAILEY,             | Courtroom: 303
22
        Defendants
23  ─────────────────────────────

24      **TO PLAINTIFFS HANFORD DEVELOPMENT PROPERTIES, LLC, and**

25  **CENTRAL VALLEY HOLDING COMPANY, LLC AND THEIR ATTORNEYS OF**

26  **RECORD:**

27      **PLEASE TAKE NOTICE**  that on 5-29-2019 at 2:00pm in the Courtroom of the

28

4/17-5:51pm

1  Honorable Mark D. Houle, United States Bankruptcy Judge, Courtroom 303 located at United

2  States Bankruptcy Court, Central District of California, 3420 Twelfth Street, Riverside CA 92501,

3  Debtors and Defendants DANIEL NORMAN BAILEY & MARLENE YVETTE BAILEY

4  (hereinafter referred to as "Defendants") will move this Court for an Order for Contempt for

5  Violation of Discharge Injunction Pursuant to 11 U.S.C. § 524(A)(2), as to HANFORD

6  DEVELOPMENT PROPERTIES, LLC and CENTRAL VALLEY HOLDING COMPANY, LLC's

7  (hereinafter referred to as "Plaintiffs") *Complaint to Determine Dischargeability of Debt under 11*

8  *U.S.C. §§ 523(a)(2), 523(a)(3), 523(a)(4) and 523(a)(6))* (the "Complaint") and for its  2-7-2019

9  improperly filed *Notice of Renewal of Judgment* in the State Court case.

10       Defendants bring this Motion pursuant to  11 U.S.C. § 524(A)(2).

11       The *Motion* will be based on this Notice, on the attached Memorandum of Points and

12  Authorities, on such supplemental declarations, affidavits, memoranda of points and authorities as

13  may hereafter be filed with the Court, on all the papers and records on file in this action, and on

14  such oral and documentary evidence as may be presented at the hearing of the motion.

15       Pursuant to Local Bankruptcy Rule 9013-1, any objection or response to this *Motion* must

16  be stated in writing, filed with the Clerk of the Court and served on Defendants and their counsel

17  no later than fourteen (14) days prior to the hearing. Failure to so state, file and serve any

18  opposition may result in the Court failing to consider the same.

19

20  DATED:      April 17, 2019         LAW OFFICE OF BARUCH C. COHEN
                                       A Professional Law Corporation
21
                                       By ___/S/ Baruch C. Cohen_____
22                                     Baruch C. Cohen, Esq.
                                       *Attorney For Debtors and Defendants* DANIEL
23                                     NORMAN BAILEY & MARLENE YVETTE
                                       BAILEY
24

25

26

27

28

1

# TABLE OF CONTENTS

2

3    MEMORANDUM OF POINTS & AUTHORITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -1-

4         BACKGROUND FACTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -2-

5              THE DEBTORS' BANKRUPTCY & DISCHARGE . . . . . . . . . . . . . . . . . . . . . -3-

6              POST-DISCHARGE FORECLOSURE WIPED OUT PLAINTIFFS' SECURED

7                   CLAIM . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -5-

8              PLAINTIFFS' CANCELLATION OF THEIR CORPORATE STATUS . . . . . . . -5-

9              PLAINTIFFS' IMPROPER RENEWAL OF THEIR Judgment IN VIOLATION OF

10                  THE DISCHARGE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -6-

11        ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -7-

12             THE STANDARD FOR CONTEMPT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -7-

13             THE BURDEN OF PROOF . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -7-

14             PLAINTIFFS' KNOWLEDGE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -7-

15                  PLAINTIFFS RECEIVED NOTICE OF THIS BANKRUPTCY . . . . . . . -9-

16                  PLAINTIFFS KNEW ABOUT THIS BANKRUPTCY . . . . . . . . . . . . . . -9-

17                  PLAINTIFFS' CLAIM WAS INDEED LISTED IN THE DEBTORS'

18                       BANKRUPTCY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -11-

19             PLAINTIFFS' INTENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -12-

20             DEFENDANTS' DAMAGES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -12-

21                  DEFENDANTS' COMPENSATORY DAMAGES . . . . . . . . . . . . . . . . -12-

22                       PLAINTIFFS' DAMAGE TO DEFENDANTS' CREDIT . . . . . -12-

23                       DEFENDANTS' ATTORNEYS FEES . . . . . . . . . . . . . . . . . . . . -13-

24                       PUNITIVE DAMAGES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -13-

25             CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -15-

26

27

28

1

## TABLE OF AUTHORITIES

2

**CASES**

3

*Alhambra-Shumway Mines, Inc. v. Alhambra Gold Mine Corp.*, (1957) 155 Cal.App.2d 46, 50-51, 317 P.2d 649 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -14-

4

*Boyle v. Lakeview Creamery Co.*, (1937) 9 Cal.2d 16, 20-21, 68 P.2d 968 . . . . . . . . . . . . . . -14-

5

*Brown v. Superior Court*, (1966) 242 Cal.App.2d 519, 635,  51 Cal.Rptr. 633 . . . . . . . . . . . . -14-

6

*Chionis v. Starkus (In re Chionis)*, BAP No. CC–12–1501–KuBaPa, 2013 WL 6840485 (9th Cir. BAP Dec. 27, 2013) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -8-

7

*Cossio v. Cate. (In re Cossio)*, 163 B.R. 150, 155 (9th Cir. BAP 1994), aff'd mem., 56 F.3d 70 (9th Cir.1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -9-

8

9

*Gar-Lo, Inc. v. Prudential Sav. & Loan Assn.*, (1974) 41 Cal.App.3d 242, 245, 116 Cal.Rptr. 389 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -14-

10

*In re Bennett*, 298 F.3d 1059 (9th Cir. 2002)(citing *Hardy v. United States (In re Hardy* ), 97 F.3d 1384, 1390 (11th Cir.1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -7-

11

12

*In re Breul*, 533 B.R. 782 (2015) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -8-, -9-, -11--13-

13

*In re Breul*, 533 B.R. at 797 (citing *In re Bloom*, 875 F.2d 224, 228 (9th Cir.1989) . . . . . . . . . -13-

14

*In re Dickerson*, 510 B.R. 289 (Bankr. D. Idaho 2014) . . . . . . . . . . . . . . . . . . . . . . . . . . . . -12-

15

*In re Dyer*, 322 F.3d 1178, 1192 (9th Cir. 2003) . . . . . . . . . . . . . . . . . . . . . . . -7-, -12-

16

*In re Eastman*, 512 B.R. 832 (Bankr. W.D. Tex. 2009) . . . . . . . . . . . . . . . . . . . . . . . . . -11-

17

*In re Goodfellow*, 298 B.R. 358 (Bankr. N.D. Iowa 2003) . . . . . . . . . . . . . . . . . . . . . . . . . -12-

18

*In re Haltermon*, 592 B.R. 311 (Bankr. S.D. Ohio 2018) . . . . . . . . . . . . . . . . . . . . . . . . . -9-

19

*In re Jones*, 389 B.R. 146 (Bankr. D. Mont. 2008) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -12-

20

*In re Larsen*, 580 B.R. 901 (Bankr. D. Idaho 2017) . . . . . . . . . . . . . . . . . . . . . . . . . . . . -12-

21

*In re Marino*, 577 B.R. 772, 782 (B.A.P. 9th Cir. 2017) . . . . . . . . . . . . . . . . . . . -8-, -12-

22

*In re Moreno*, 479 B.R. 553, 570 (Bankr. E.D. Cal. 2012) . . . . . . . . . . . . . . . . . . . . . . . -13-

23

*In re Nash*, 464 B.R. 874 (B.A.P. 9th Cir. 2012) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -12-

24

*In re Nordlund*, 494 B.R. 507 (Bankr. E.D. Cal. 2011) . . . . . . . . . . . . . . . . . . . . . . . . . . -12-

25

*In re Taggart*, 548 B.R. 275, 286 (B.A.P. 9th Cir. 2016), aff'd, 888 F.3d 438 (9th Cir. 2018)..-7-,-8-

26

*In re Wagabaza*, 582 B.R. 486 (Bankr. C.D. Cal. 2018) . . . . . . . . . . . . . . . . . . . . . . . . . -8-

27

*In re Zilog, Inc.*, 450 F.3d 996, 1007–08 (9th Cir. 2006) . . . . . . . . . . . . . . . . . . . . . . . . . -8-

28

1    *Moody v. Bucknum (In re Bucknum*), 951 F.2d 204, 207 (9th Cir.1991) . . . . . . . . . . . . . . . . . . . -9-

2    *Ransome-Crummey Co. v. Superior Court*, 54 Cal.App.4th 1366, (1922), 188 Cal. 393, 396-397,
3    205 P. 446 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -14-

4    *Schwartz v. Magyar House, Inc*., (1959) 168 Cal.App.2d 182, 190, 335 P.2d 487 . . . . . . . . . . . -14-

5    *Timberline, Inc. v. Jaisinghani*, (1997) 54 Cal. App. 4th 1361 . . . . . . . . . . . . . . . . . . . . . . . -14-

6    *Walls v. Wells Fargo Bank, N.A.*, 276 F.3d 502, 507 (9th Cir. 2002) . . . . . . . . . . . . . . . . . . . . . -7-

7 **STATUTES**

8    11 U.S.C. § 105(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -1-, -11-

9    11 U.S.C. § 524(a)(2) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -7-

10   California Corporations Code § 1502 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -7-

11   California Revenue & Taxation Code § 19719 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -14-

12   California Revenue & Taxation Code § 23301 . . . . . . . . . . . . . . . . . . . . . . . . . . -14-, -15-

13   Federal Rules of Bankruptcy Procedure 9011 . . . . . . . . . . . . . . . . . . . . . . . . . . . . -1-, -11-

14   Federal Rules of Bankruptcy Procedure 9011(b)(3) . . . . . . . . . . . . . . . . . . . . . . . -14-, -15-

15   Federal Rules of Civil Procedure 11(b) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -14-

16

17

18

19

20

21

22

23

24

25

26

27

28

# REQUEST FOR JUDICIAL NOTICE

Debtors/Defendants DANIEL NORMAN BAILEY & MARLENE YVETTE BAILEY (hereinafter referred to as "Defendants") by and through their attorney, hereby request the Court to take judicial notice pursuant to Federal Rule of Evidence 201:

1. Plaintiffs' recorded *Abstract of Judgment* on Debtors' residence at 480 E. Bogert Trail, Palm Springs CA 92264 in Riverside County as Document No 2009-0108982, **3-6-2009**, in *Mitch Brown Construction, Inc. v. Hanford Development, Inc., et al.*, Kings County Superior Court Case No. 06 C 0384.[1]

2. *Notice of Bankruptcy Case Filing*, **10-20-2011**, Case No. 6:11-bk-42675-MJ.[2]

3. *Notice of 341(a) Meeting of Creditors*, **10-20-2011**, [Doc-2].[3]

4. *Addendum to Voluntary Petition Schedules B, D, E, F, H, Statement of Financial Affairs*, **3-25-2012** [Doc-51].[4]

5. Plaintiff Hanford Development Properties, LLC's **3-28-2013** *Certificate of Cancellation of Corporate Status* filed with the California Secretary of State (signed by Crowley).[5]

6. *Discharge of Debtor(s)*, **12-4-2013**, [Doc-66].[6]

---

[1] A true and correct copy of Plaintiffs' recorded *Abstract of Judgment* on the Debtors' residence at 480 E. Bogert Trail, Palm Springs, CA 92264 in Riverside County as Document No 2009-0108982, **3-6-2009**, in *Mitch Brown Construction, Inc. v. Hanford Development, Inc., et al.*, Kings County Superior Court Case No. 06 C 0384 is attached hereto as Exhibit "1" and is incorporated herein by this reference.

[2] A true and correct copy of the *Notice of Bankruptcy Case Filing*, **10-20-2011**, Case No. 6:11-bk-42675-MJ, is attached hereto as Exhibit "2" and is incorporated herein by this reference.

[3] A true and correct copy of the *Notice of 341(a) Meeting of Creditors*, **10-20-2011**, [Doc-2] is attached hereto as Exhibit "3" and is incorporated herein by this reference.

[4] A true and correct copy of the *Addendum to Voluntary Petition Schedules B, D, E, F, H, Statement of Financial Affairs*, **3-25-2012** [Doc-51] is attached hereto as Exhibit "4" and is incorporated herein by this reference.

[5] A true and correct copy of Plaintiff Hanford Development Properties, LLC's **3-28-2013** *Certificate of Cancellation of Corporate Status* filed with the California Secretary of State (signed by Crowley) is attached hereto as Exhibit "5" and is incorporated herein by this reference.

[6] A true and correct copy of the *Discharge of Debtor(s)*, **12-4-2013**, [Doc-66] is attached hereto as Exhibit "6" and is incorporated herein by this reference.

7.    Mellon Bank's recorded *Notice of Default*, as Document No. 2014-0025192, **1-22-2014**.[7]

8.    Plaintiff Central Valley Holding Company, LLC's **12-8-2014** *Certificate of Cancellation of Corporate Status* filed with the California Secretary of State (signed by Crowley).[8]

9.    Mellon Bank's recorded *Notice of Trustee's Sale,* as Document No. 2015-0409776, on Debtors' residence at 480 E. Bogert Trail, Palm Springs CA 92264 in Riverside County, **9-15-2015**.[9]

10.   Mellon Bank's Recorded *New Trustee's Deed Upon Sale,* as Document No. 2016-0212068 on Debtors' residence at 480 E. Bogert Trail, Palm Springs CA 92264 in Riverside County, **5-24-2016**.[10]

11.   Plaintiff's *Notice of Renewal of Judgment* in *Mitch Brown Construction, Inc. v. Hanford Development, Inc., et al.*, Kings County Superior Court Case No. 06 C 0384, **2-7-2019**.[11]

12.   Defendants' *Notice of Stay of Proceedings* in *Mitch Brown Construction, Inc. v. Hanford Development, Inc., et al.*, Kings County Superior Court Case No. 06 C 0384, **2-25-2019**.[12]

---

[7] A true and correct copy of Mellon Bank's recorded *Notice of Default*, as Document No. 2014-0025192, **1-22-2014** is attached hereto as Exhibit "7" and is incorporated herein by this reference.

[8] A true and correct copy of Plaintiff Central Valley Holding Company, LLC's **12-8-2014** *Certificate of Cancellation of Corporate Status* filed with the California Secretary of State (signed by Crowley) is attached hereto as Exhibit "8" and is incorporated herein by this reference.

[9] A true and correct copy of Mellon Bank's recorded *Notice of Trustee's Sale,* as Document No. 2015-0409776, on the Debtors' residence at 480 E. Bogert Trail, Palm Springs, CA 92264 in Riverside County, **9-15-2015** is attached hereto as Exhibit "9" and is incorporated herein by this reference.

[10] A true and correct copy of Mellon Bank's Recorded *New Trustee's Deed Upon Sale,* as Document No. 2016-0212068 on the Debtors' residence at 480 E. Bogert Trail, Palm Springs, CA 92264 in Riverside County, **5-24-2016** is attached hereto as Exhibit "10" and is incorporated herein by this reference.

[11] A true and correct copy of Plaintiff's *Notice of Renewal of Judgment* in *Mitch Brown Construction, Inc. v. Hanford Development, Inc., et al.*, Kings County Superior Court Case No. 06 C 0384, **2-7-2019** is attached hereto as Exhibit "11" and is incorporated herein by this reference.

[12] A true and correct copy of Defendants' *Notice of Stay of Proceedings* in *Mitch Brown Construction, Inc. v. Hanford Development, Inc., et al.*, Kings County Superior Court Case No. 06 C 0384, **2-25-2019** is attached hereto as Exhibit "12" and is incorporated herein by this reference.

1    13.    Plaintiffs' *Complaint to Determine Dischargeability of Debt under 11 U.S.C. §§ 523(a)(2),*

2    *523(a)(3), 523(a)(4) and 523(a)(6))*, Adversary Proceeding 6:19-ap-01056 [Doc-69], **3-28-**

3    **2019**.[13]

4

5    DATED:    April 17, 2019    LAW OFFICE OF BARUCH C. COHEN
                                   A Professional Law Corporation

6
                                   By ___/S/ Baruch C. Cohen_____
7                                  Baruch C. Cohen, Esq.
                                   *Attorney For Debtors and Defendants* DANIEL
8                                  NORMAN BAILEY & MARLENE YVETTE
                                   BAILEY
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26    _____

27        [13] A true and correct copy of Plaintiffs' *Complaint to Determine Dischargeability of Debt
      under 11 U.S.C. §§ 523(a)(2), 523(a)(3), 523(a)(4) and 523(a)(6))*, Adversary case 6:19-ap-01056
28    [Doc-69], **3-28-2019** is attached hereto as Exhibit "13" and is incorporated herein by this reference.

1    **1.    MEMORANDUM OF POINTS & AUTHORITIES**

2        a.    **IMPORTANT PROCEDURAL FACT - PLAINTIFFS' (CANCELLED**

3            **CORPORATIONS) HAVE NO STANDING TO BRING THIS ACTION**

4        Federal Rules of Bankruptcy Procedure Rule 9011. Signing of Papers; Representations to

5    the Court; Sanctions; Verification and Copies of Papers provides:

6        (b) Representations to the Court. By presenting to the court (whether by signing,
        filing, submitting, or later advocating) a petition, pleading, written motion, or other
7        paper, an attorney or unrepresented party is certifying that to the best of the person's
        knowledge, information, and belief, formed after an inquiry reasonable under the
8        circumstances

9            (1) it is not being presented for any improper purpose, such as to
            harass or to cause unnecessary delay or needless increase in the cost
10           of litigation;

11           (2) the claims, defenses, and other legal contentions therein are
            warranted by existing law or by a nonfrivolous argument for the
12           extension, modification, or reversal of existing law or the
            establishment of new law;
13

14           (3) the allegations and other factual contentions have evidentiary
            support or, if specifically so identified, are likely to have evidentiary
            support after a reasonable opportunity for further investigation or
15           discovery; and

16       (4) the denials of factual contentions are warranted on the evidence or, if
        specifically so identified, are reasonably based on a lack of information or belief
17

18       Notwithstanding the fact that Federal Rule of Civil Procedure 11(b) and F.R.B.P. 9011(b)

prohibit false factual representations to the Court that have no evidentiary support, Section 3 of the
19
Complaint, signed by attorneys John W. Cutchin and Geoffery C. Chackel, alleges: "3. Plaintiff
20
Hanford Development Properties LLC, *is a* California limited liability company ("Hanford");
21
Plaintiff Central Valley Holding Company, LLC *is also a* California limited liability company
22
("Central Valley").
23

24       Both allegations are false and in blatant violation of Federal Rule of Civil Procedure

25   11(b)(3) and F.R.B.P. 9011(b)(3), as both corporate Plaintiffs are not valid California LLC's. In

fact, their corporate status was cancelled by their owner James Crowley.
26

27       Plaintiff Hanford Development Properties, LLC was canceled by James Crowley himself on

28

1   March 28, 2013 (over 6 years ago),[14] and Plaintiff Central Valley Holding Company, LLC was

2   canceled by James Crowley himself on December 8, 2014 (5+ years ago).[15]

3       b.      **BACKGROUND FACTS**

4       On or about 10-10-2003, the Debtors closed on several acres of land in Hanford, including

5   the 39.16 acres which later became the Hanford Auto Mall.  The Debtors spent the next three years

6   in entitlements and construction to build out the streets, utilities, curb, gutters and landscaping per

7   permitted plans.

8       Shortly after closing, on or about 12-7-2003, James Crowley entered into contract to buy

9   Lots 4, 5 and 5 at the Hanford Auto Mall from Hanford Development, Inc ("HDI").

10      While building out the Hanford Auto Mall, the Debtors encountered a problem with one of

11  the general contractors, Mitch Brown Construction who was the general contractor on the project.

12  Mitch Brown Construction filed a mechanic's lien and because of the dispute, Mitch Brown

13  Construction then filed the lawsuit to foreclose on the mechanic's lien on 12-7-2006, entitled *Mitch*

14  *Brown Construction, Inc. v. Hanford Development, Inc., et al.*, Kings County Superior Court Case

15  No. 06 C 0384  (the "Action" to foreclose on a mechanic s liens placed on the Property and recover

16  payment for alleged unpaid construction services relating to the public improvements on the

17  Hanford Auto Mall. Hanford Development Inc.("HDI"), was the Debtors' entity who was

18  constructing the Hanford Auto Mall.  Mitch Brown Construction Inc was subsequently paid and the

19  Debtors settled the case.  However, because of the dispute with Mitch Brown and the protracted

20  litigation, it delayed the project completion.

21      Crowley, by and through his attorney of record, Geoffrey C. Chackel, subsequently filed a

22  Cross-Complaint, which was amended twice.

23      During the entire time of construction of the Auto Mall, Crowley and his attorney, Adrian

24  ───────────────

25      [14] A true and correct copy of Plaintiff Hanford Development Properties, LLC's **3-28-2013**

26  *Certificate of Cancellation of Corporate Status* filed with the California Secretary of State (signed by
    Crowley) is attached hereto as Exhibit "5" and is incorporated herein by this reference.

27      [15] A true and correct copy of Plaintiff Central Valley Holding Company, LLC's **12-8-2014**

28  *Certificate of Cancellation of Corporate Status*  filed with the California Secretary of State (signed
    by Crowley) is attached hereto as Exhibit "8" and is incorporated herein by this reference.

1  Kulinski would constantly be interfering with the construction so on 10-5-2007, HDI filed a cross

2  complaint against Crowley and his attorney (collectively "Crowley") which was very contentious.

3  Finally on 8-18-2008, all of the parties signed a Settlement Agreement, a copy of which is attached

4  as an exhibit to the Complaint.

5          A Stipulation for Entry of Judgment and Judgment by Stipulation for $450,000.00 was held

6  by Crowley, unfiled, unless the money was not paid by 2-6-2009. However, the mortgage

7  meltdown had already begun by the due date and left the Debtors no choice but to be unable to pay

8  the $450,000.00 at that time.  A month later, Crowley filed the Abstract of Judgment and recorded

9  the Abstract of Judgment in Orange County, Ventura County, Riverside County and San

10  Bernardino County.  Crowley also filed a Notice of Filing of Foreign Judgment in Bexar County,

11  Texas, as he knew that the Debtors were doing business in San Antonio and knew the Debtors had

12  projects there to attach. Specifically, on 3-6-2009, Plaintiffs recorded an Abstract of Judgment on

13  Debtors' residence at 480 E. Bogert Trail, Palm Springs CA 92264 in Riverside County as

14  Document No 2009-0108982.

15                    i.      **THE DEBTORS' BANKRUPTCY & DISCHARGE**

16          On 10-20-2011, Defendants filed for Chapter 7 bankruptcy, Case No. 6:11-bk-42675-MJ

17  [Doc-1].[16]

18          On 10-20-2011, the Court issued its Notice of Meeting of Creditors, that set the discharge

19  date for 1-20-2012 [Doc-2].[17]

20          On 1-20-2012, Creditor SMS Hanford, LLC, filed a Complaint Objecting to Discharge

21  Pursuant to 11 U.S.C. § 727 (a)(2), (3), (4) & (5), and to revoke the discharge pursuant to  11

22  U.S.C. § 727(c),(d),(e))[Doc-35].

23          On 2-21-2012, the Court granted  the Chapter 7 Trustee filed a Motion for extension of

24  time to file a complaint objecting to discharge, setting forth the new discharge deadline for 3-14-

25

26          [16] A true and correct copy of the *Notice of Bankruptcy Case Filing*, **10-20-2011**, Case No.
6:11-bk-42675-MJ, is attached hereto as Exhibit "2" and is incorporated herein by this reference.

27          [17] A true and correct copy of the *Notice of 341(a) Meeting of Creditors*, **10-20-2011**, [Doc-2]
28  is attached hereto as Exhibit "3" and is incorporated herein by this reference.

1    2012 [Doc-44].

2        On 2-29-2012, the Chapter 7 Trustee voluntarily dismissed his Motion Requesting

3    Extension of Time for Filing an Objection to Debtor's Discharge (due to SMS's 727

4    Complaint)[Doc-46].

5        On 3-14-2012, Creditor Walter J. Holiday Family Trust filed a Motion for Extension of

6    Time to File a Complaint Objecting to Discharge [Doc-48].

7        On 3-25-2012, the Debtors filed their *Addendum to Voluntary Petition Schedules B, D, E,*

8    *F, H, Statement of Financial Affairs*, and listed Plaintiffs in their Schedule D, Secured Creditors

9    [Doc-51]. The Proof of Service to the Addendum shows that Plaintiffs were notified of same.[18]

10       On 4-11-2012, the Court granted Creditor Walter J. Holiday Family Trust's Motion for

11   extension of time to file a complaint objecting to discharge, and continued the discharge date to 4-

12   27-2012 [Doc-52].

13       On 11-11-2013, SMS dismissed its Adversary Complaint Objecting to Discharge [Doc-59].

14       On 11-27-2013, the Court granted SMS' Motion dismissing its Adversary Complaint

15   Objecting to Discharge [Doc- 64].

16       On 12-4-2013, the Debtors obtained their discharge [Doc-66].

17       On 1-17-2014, this Bankruptcy Case was closed [Doc-68].

18       On 3-28-2019, Plaintiffs commenced this action by filing this *Complaint to Determine*

19   *Dischargeability of Debt under 11 U.S.C. §§ 523(a)(2), 523(a)(3), 523(a)(4) and 523(a)(6))*.

20       At the time of the Petition Date, Plaintiffs were secured creditors of the Debtors, in that

21   they had a pre-petition Abstract of Judgment  recorded on the Debtors' property on 3-6-2009.

22       Accordingly, on 3-25-2012, the Debtors filed their *Addendum to Voluntary Petition*

23   *Schedules B, D, E, F, H, Statement of Financial Affairs* (the "Addendum"), and listed Plaintiffs in

24   their Schedule D, as secured creditors [Doc-51]. The Proof of Service to the Addendum shows that

25   Plaintiffs were notified of same.

26   _____

27       [18] A true and correct copy of the *Addendum to Voluntary Petition Schedules B, D, E, F, H,*
     *Statement of Financial Affairs*, **3-25-2012** [Doc-51]is attached hereto as Exhibit "4" and is
28   incorporated herein by this reference.

1    The Debtors' discharge date was continued from 1-20-2012 [Doc-2], to 3-14-2012 [Doc-

2  44], and ultimately granted on 12-4-2013 [Doc-66].[19]

3         ii.    **POST-DISCHARGE FORECLOSURE WIPED OUT PLAINTIFFS'**

4                **SECURED CLAIM**

5    Since the Abstract of Judgment was recorded in Riverside County, the Abstract became a

6  lien on Debtors' residence at 480 E. Bogert Trail, Palm Springs, CA 92264.  There were several

7  other judgments and liens that attached to Debtors' property because they attached to them

8  personally.  The residence was in the name of Marlene Bailey.

9    On 1-22-2014, Mellon Bank, which held the senior secured position on the Property,

10  recorded its *Notice of Default*.[20]

11    On 9-15-2015, Mellon Bank recorded it's *Notice of Trustee's Sale* initially scheduled for

12  10-5-2016, which went forward as scheduled on 10/16/2015.[21]

13    On 5-24-2016, a new *Trustee's Deed Upon Sale* was recorded as Document No.

14  2016-0212068.[22] At the time the *Trustee's Deed* was recorded, the foreclosure wiped out all junior

15  liens on the Property (including Plaintiffs' Abstract) as the property was then in the name of Bank

16  of New York Mellon. As a result, Plaintiffs were left with their inchoate unsecured claims (which

17  were discharged on 12-4-2013 [Doc-66].

18  ///

19

20    [19] A true and correct copy of the *Discharge of Debtor(s)*, **12-4-2013**, [Doc-66] is attached

21  hereto as Exhibit "6" and is incorporated herein by this reference.

22    [20] A true and correct copy of Mellon Bank's recorded *Notice of Default*, as Document No.

23  2014-0025192, **1-22-2014** is attached hereto as Exhibit "7" and is incorporated herein by this
    reference.

24    [21] A true and correct copy of Mellon Bank's recorded *Notice of Trustee's Sale,* as Document
    No. 2015-0409776, on the Debtors' residence at 480 E. Bogert Trail, Palm Springs, CA 92264 in

25  Riverside County, **9-15-2015** is attached hereto as Exhibit "9" and is incorporated herein by this
    reference.

26    [22] A true and correct copy of Mellon Bank's Recorded *New Trustee's Deed Upon Sale,* as

27  Document No. 2016-0212068  on the Debtors' residence at 480 E. Bogert Trail, Palm Springs, CA
    92264 in Riverside County, **5-24-2016** is attached hereto as Exhibit "10" and is incorporated herein

28  by this reference.

iii. **PLAINTIFFS' CANCELLATION OF THEIR CORPORATE STATUS**

Plaintiff Hanford Development Properties, LLC was cancelled by James Crowley himself on March 28, 2013 (over 6 years ago).[23]

Plaintiff Central Valley Holding Company, LLC was cancelled by James Crowley himself on December 8, 2014 (5+ years ago).[24]

iv. **PLAINTIFFS' IMPROPER RENEWAL OF THEIR JUDGMENT  IN VIOLATION OF THE DISCHARGE**

On 2-7-2019, notwithstanding the fact that their corporate status was cancelled and they ceased to exist, Plaintiffs improperly filed their *Notice of Renewal of Judgment* in the State Court case - in violation of the 12-4-2013 discharge [Doc-66]. The proof of service on the *Notice of Renewal of Judgment* is signed 3-6-2019, 30 days after filing the document with the court.[25]

Immediately upon obtaining a copy of the *Notice of Renewal of Judgment*, Defendants filed a *Notice of Stay of Proceedings* on 2-25-2019.

Also on 3-6-2019, Defendants attempted to file a *Notice of Motion and Motion to Vacate the Renewal of the Judgment*, and obtained a motion date of 4-16-2019 but the motion paperwork was rejected, because of the *Notice of Stay* which stayed all proceedings in the state court.

On 3-15-2019, Defendants sent notice to Plaintiffs' counsel Geoffrey Chackel via email to rescind the *Notice of Renewal* and put him on notice that he and Plaintiffs were violating the discharge injunction.[26]

---

[23] A true and correct copy of Plaintiff Hanford Development Properties, LLC's **3-28-2013** *Certificate of Cancellation of Corporate Status* filed with the California Secretary of State (signed by Crowley) is attached hereto as Exhibit "5" and is incorporated herein by this reference.

[24] A true and correct copy of Plaintiff Central Valley Holding Company, LLC's **12-8-2014** *Certificate of Cancellation of Corporate Status* filed with the California Secretary of State (signed by Crowley) is attached hereto as Exhibit "8" and is incorporated herein by this reference.

[25] A true and correct copy of Plaintiff's *Notice of Renewal of Judgment* in *Mitch Brown Construction, Inc. v. Hanford Development, Inc., et al.*, Kings County Superior Court Case No. 06 C 0384, **2-7-2019** is attached hereto as Exhibit "11" and is incorporated herein by this reference.

[26] A true and correct copy of Defendants' *Notice of Stay of Proceedings* in *Mitch Brown Construction, Inc. v. Hanford Development, Inc., et al.*, Kings County Superior Court Case No. 06 C 0384, **2-25-2019** is attached hereto as Exhibit "12" and is incorporated herein by this reference.

1       On 3-28-2019 (63 months after the discharge), Plaintiffs commenced this untimely action

2  by filing this Complaint to Determine Dischargeability of Debt under 11 U.S.C. §§ 523(a)(2),

3  523(a)(3), 523(a)(4) and 523(a)(6), Adversary # 6:19-ap-01056-MH.[27]

4      c.   **ARGUMENT**

5          i.   **THE STANDARD FOR CONTEMPT**

6       "A discharge in a case under this title . . . . operates as an injunction against the

7  commencement or continuation of an action, the employment of process, or an act, to collect,

8  recover or offset any such debt as a personal liability of the debtor, whether or not discharge of

9  such debt is waived." 11 U.S.C. § 524(a)(2)  "The purpose of the discharge injunction is to protect

10  the debtor from having to put on a defense in an improvident state court action or otherwise suffer

11  the costs, expense and burden of collection activity on discharged debts." *In re Taggart*, 548 B.R.

12  275, 286 (B.A.P. 9th Cir. 2016), aff'd, 888 F.3d 438 (9th Cir. 2018).

13       Civil contempt under 11 U.S.C. § 105(a) is the normal sanction and appropriate remedy for

14  a violation of 11 U.S.C. § 524. *Walls v. Wells Fargo Bank, N.A.*, 276 F.3d 502, 507 (9th Cir.

15  2002). This entitles the court to "issue any order, process, or judgment that is necessary or

16  appropriate to carry out the provisions of this title." 11 U.S.C. § 105.

17       In civil contempt proceedings, a court may issue sanctions for two purposes: (1) to coerce a

18  defendant into compliance with the court's order and (2) to compensate a plaintiff for losses

19  sustained. *In re Dyer*, 322 F.3d 1178, 1192 (9th Cir. 2003).

20         ii.   **THE BURDEN OF PROOF**

21       "[T]he movant must prove [by clear and convincing evidence] that the creditor (1) knew the

22  discharge injunction was applicable and (2) intended the actions which violated the injunction." *In*

23  *re Bennett*, 298 F.3d 1059 (9th Cir. 2002)(citing *Hardy v. United States (In re Hardy )*, 97 F.3d

24  1384, 1390 (11th Cir.1996)).

25

26

---

27      [27] A true and correct copy of Plaintiffs' *Complaint to Determine Dischargeability of Debt under 11 U.S.C. §§523(a)(2), 523(a)(3), 523(a)(4) and 523(a)(6))*, Adversary case 6:19-ap-01056

28  [Doc-69], **3-28-2019** is attached hereto as Exhibit "13" and is incorporated herein by this reference.

iii.    **PLAINTIFFS' (& CROWLEY'S) KNOWLEDGE**

"To be held in contempt, the [alleged contemnors] must not only have been aware of the discharge injunction, but must also have been aware that the injunction applied to their claims." *In re Taggart*, 548 B.R. at 287–88. "Knowledge of the injunction, which is a prerequisite to its willful violation, cannot be imputed; it must be found." *In re Zilog, Inc.*, 450 F.3d 996, 1007–08 (9th Cir. 2006). "If the creditors dispute that they had such knowledge, a finding that they knew of the injunction, and thus willfully violated it, can only be made after an evidentiary hearing." "Whether a party is aware that the discharge injunction is applicable to his or her claim is a fact-based inquiry which implicates a party's subjective belief, even an unreasonable one." *In re Marino*, 577 B.R. 772, 782 (B.A.P. 9th Cir. 2017); See *In re Wagabaza*, 582 B.R. 486 (Bankr. C.D. Cal. 2018)(a junior lienholder who mistakenly relied on a state statute to take steps to have his lien revived was not found in contempt, since he didn't know that the state statute was preempted). Of course, subjective self-serving testimony may not be enough to rebut actual knowledge when the undisputed facts show otherwise. *In re Taggart*, 548 B.R. at 288; see *Chionis v. Starkus (In re Chionis)*, BAP No. CC–12–1501–KuBaPa, 2013 WL 6840485 (9th Cir. BAP Dec. 27, 2013) (reversing the bankruptcy court's finding that actual knowledge of the discharge injunction was not shown based on alleged contemnor's self-serving testimony when the undisputed facts showed otherwise).

*In re Breul*, 533 B.R. 782 (2015), was a Chapter 7 debtor, who listed two creditors, Frank Addamo and Creditors Specialty Service, Inc.,(CSS) as unsecured nonpriority creditors on his schedule. Six years later debtor discovered an abstract of judgment recorded on behalf of creditors post-petition. The recording occurred in-between the bankruptcy filing and discharge. Debtor's counsel contacted creditor to remove the lien, to which creditor refused unless a payment was made. Creditor maintained their position despite several communications from debtor's counsel requesting the removal. Debtor reopened the bankruptcy case to file a motion requesting the creditors be held in contempt, pay damages, and remove the lien. Id. After an evidentiary hearing, the court ruled for debtor. The Bankruptcy Court justified the sanctions, determining that the letters sent by debtor and his counsel to creditor, in addition to the creditor's familiarity with bankruptcy

1  proceedings, was "more than sufficient" to give creditor actual knowledge that they violated the

2  discharge injunction.

3                    (1)    **PLAINTIFFS  (& CROWLEY) RECEIVED NOTICE OF THIS**

4                           **BANKRUPTCY**

5          As stated above, on 3-25-2012, the Debtors filed their *Addendum to Voluntary Petition*

6  *Schedules B, D, E, F, H, Statement of Financial Affairs* (the "Addendum"), and listed Plaintiffs in

7  their Schedule D, as secured creditors [Doc-51]. The Proof of Service to the Addendum shows that

8  Plaintiffs were notified of same.

9          Further, Immediately upon obtaining a copy of the Plaintiffs' *Notice of Renewal of*

10 *Judgment* in *Mitch Brown Construction, Inc. v. Hanford Development, Inc., et al.*, Kings County

11 Superior Court Case No. 06 C 0384, Defendants filed a *Notice of Stay of Proceedings* on 2-25-

12 2019.

13         Even if Plaintiffs claim, that they did not receive the first notice of the Defendants' 3-25-

14 2012 Addendum, they certainly received notice of  Defendants' 2-25-2019 Notice of Stay of

15 Proceedings. It is unpersuasive that they didn't receive both. See *In re Breul*, 533 B.R. at 789

16 (noting that "[o]ne misdirected notice is plausible; two are not, especially where the same address

17 was used in all instances").

18         The mailing of a properly addressed and stamped item creates a rebuttable presumption that

19 the addressee received it. *Moody v. Bucknum (In re Bucknum)*, 951 F.2d 204, 207 (9th Cir.1991). A

20 certificate of mailing raises the presumption that the documents sent were properly mailed and

21 received; *Cossio v. Cate. (In re Cossio)*, 163 B.R. 150, 155 (9th Cir. BAP 1994), aff'd mem., 56

22 F.3d 70 (9th Cir.1995). An assertion that the misspelling of creditor's name on the mailings led to

23 him not receiving the Bankruptcy Notices is not convincing. *In re Breul*, 533 B.R. at 788; see *In re*

24 *Haltermon*, 592 B.R. 311 (Bankr. S.D. Ohio 2018)(holding in contempt a creditor listed on creditor

25 matrix who violated the discharge injunction, by proof of a properly addressed copy of discharge

26 order with sufficient postage was mailed to creditor's address).

27         In *In re Breul*, the court sent notice of the bankruptcy filing to all scheduled creditors via

28 first-class mail, as well as a second notice of debtor's discharge. 533. B.R. at 788. The court was

1    unconvinced regarding creditor's testimony that he never received the mail. It is therefore, without

2    question, that Plaintiffs received actual notice of this bankruptcy.

3                    (2)        **PLAINTIFFS (& CROWLEY' KNEW ABOUT THIS**

4                                **BANKRUPTCY**

5                As stated above, on 3-25-2012, the Debtors filed their *Addendum to Voluntary Petition*

6    *Schedules B, D, E, F, H, Statement of Financial Affairs* (the "Addendum"), and listed Plaintiffs c/o

7    of their counsel in their Schedule D, as secured creditors [Doc-51]. The Proof of Service to the

8    Addendum shows that Plaintiffs were notified of same c/o of their counsel.

9                The following is a record of Plaintiffs' counsel of record from the beginning at Hanford

10   Auto Mall to the present:

11               Plaintiffs' counsel of record on their state court *Judgment* in *Mitch Brown Construction,*

12   *Inc. v. Hanford Development, Inc., et al.*, Kings County Superior Court Case No. 06 C 0384:

13   **Geoffrey C. Chackel** & Rose M. Huelskamp, of **Duckor Spradling** Metzger & Wynne, 3043 4th

14   Avenue, San Diego, California 92103.

15               Plaintiffs' counsel of record on their *Abstract of Judgment* in *Mitch Brown Construction,*

16   *Inc. v. Hanford Development, Inc., et al.*, Kings County Superior Court Case No. 06 C 0384:

17   **Geoffrey C. Chackel of Duckor Spradling** Metzger & Wynne, 3043 4th Avenue, San Diego,

18   California 92103.

19               Debtors Proof of Service on their 3-25-2012 *Addendum* show that they mailed it to

20   Plaintiffs' counsel of record: "Central Valley Holdings Company, Hanford Development

21   Properties, **c/o Duckor Spradling**, 3043 4th Avenue, San Diego, CA 92103.

22               Plaintiffs' counsel of record on their *Notice of Renewal of Judgment* was: **Geoffrey C.**

23   **Chackel of Duckor Spradling** Metzger & Wynne, 3043 4th Avenue, San Diego, California

24   92103.

25               Debtors Proof of Service on their 2-25-2019 *Notice of Stay of Proceedings* was to:

26   **Geoffrey C. Chackel of Duckor Spradling** Metzger & Wynne, 3043 4th Avenue, San Diego,

27   California 92103.

28               Plaintiffs' counsel of record on their *Complaint to Determine Dischargeability of Debt*

1  under 11 U.S.C. §§ 523(a)(2), 523(a)(3), 523(a)(4) and 523(a)(6) is (the same attorney, different

2  law firm): **Geoffrey C. Chackel**, 4275 Executive Square, Suite 200, La Jolla, CA 92017, & John

3  W. Cutchin, 14720 Soprano Lane, San Diego, CA 92127.

4        It is therefore, without question, that Plaintiffs, through their attorney of record, **Geoffrey**

5  **C. Chackel**, knew of this bankruptcy.

6        The conduct of an attorney is attributable to the client. *In re Breul*, 533 B.R. at 789. In that

7  case, the original lien was recorded improperly by creditor's former and now disbarred attorney.

8  The creditor was unsuccessful was in placing blame on his former attorney for having filed the

9  lien.

10              (3)        **PLAINTIFFS' CLAIM WAS INDEED LISTED IN THE**

11                              **DEBTORS' BANKRUPTCY**

12        Notwithstanding the fact that Federal Rule of Civil Procedure 11(b) and F.R.B.P. 9011(b)

13  prohibit false factual representations to the Court that have no evidentiary support, ¶ 16 of the

14  Complaint alleges: "Plaintiffs were not properly listed by the Debtor in time to permit Plaintiffs to

15  file a claim or to file an adversary proceeding. Plaintiffs only recently became aware that

16  Defendants had filed their bankruptcy petition."

17        Notwithstanding the fact that Federal Rule of Civil Procedure 11(b) and F.R.B.P. 9011(b)

18  prohibit false factual representations to the Court that have no evidentiary support, ¶ 17 of the

19  Complaint alleges: "The Defendants did not comply with Code section 523(a)(3) and 521(a)(1),

20  and as a result, Plaintiffs did not receive notice of their bankruptcy filing. The debt owed to the

21  Plaintiffs for the forgoing should be determined to be non-dischargeable pursuant to 11 U.S.C. §

22  523(a)(3)."

23        Both factual allegations are false. As stated above, on 3-25-2012, the Debtors filed their

24  *Addendum to Voluntary Petition Schedules B, D, E, F, H, Statement of Financial Affairs* (the

25  "Addendum"), and listed Plaintiffs c/o of their counsel in their Schedule D, as secured creditors

26  [Doc-51]. The Proof of Service to the Addendum shows that Plaintiffs were notified of same c/o of

27  their counsel.

28        See *In re Eastman*, 512 B.R. 832 (Bankr. W.D. Tex. 2009)(holding creditor in contempt,

1  finding that an unscheduled prepetition creditor acted at his own risk in proceeding with collection

2  action without seeking determination of dischargeability of underlying debt in federal bankruptcy

3  or state court, when he acted in belief that debtor's failure to schedule debt meant that it was not

4  discharged, and that discharge injunction did not prevent collection action).

5       Nonetheless, with full knowledge and intent, Plaintiffs filed (1) a Notice of Renewal of

6  Judgment and (2) Complaint to Determine Dischargeability of Debt. Even more egregious, they did

7  so even after receiving communications from Debtors' attorney reminding them about their

8  violation of the discharge. Just as in *In re Breul*, the Court here should allow for sanctions under 11

9  U.S.C. § 105(a). Here, Plaintiffs had both knowledge and intent when they filed their *Notice of*

10  *Renewal of Judgment* on 2-7-2019, and have maintained their litigious aggression against

11  Defendants by filing this Complaint, and should thus be subject to injunctive relief, compensatory

12  and punitive damages, as well as attorneys' fees.

13              iv.    **PLAINTIFFS' (& CROWLEY'S) INTENT**

14       "The focus is on whether the creditor's conduct violated the injunction and whether that

15  conduct was intentional; it does not require a specific intent to violate the injunction." *In re*

16  *Marino*, 577 B.R. at 782; *In re Dyer*, 322 F.3d at 1191. Finding that creditor had knowledge of the

17  discharge injunction and acts despite that knowledge is sufficient intent. *In re Breul*, 533 B.R. at

18  793. In that case, CSS's delay in removing the lien and requesting money in exchange for

19  removing the lien, with full knowledge of the injunction, was found to be intentional. Similarly, in

20  *In re Dyer*, creditor's disregard of notice of violation of the injunction, lack of attempt to cure the

21  violation, and pursue of post-petition litigation, was found to be intentional. 322 F.3d at 1191.

22              v.    **DEFENDANTS' DAMAGES**

23       When a creditor has willfully violated discharge injunction, the court may award actual

24  damages, punitive damages, and attorney fees to debtor. *In re Nash*, 464 B.R. 874 (B.A.P. 9th Cir.

25  2012); *In re Nordlund*, 494 B.R. 507 (Bankr. E.D. Cal. 2011); *In re Larsen*, 580 B.R. 901 (Bankr.

26  D. Idaho 2017); *In re Dickerson*, 510 B.R. 289 (Bankr. D. Idaho 2014); *In re Jones*, 389 B.R. 146

27  (Bankr. D. Mont. 2008); *In re Marino*, 577 B.R. at 788. Punitive damages may include "relatively

28  mild non-compensatory fines." *In re Dyer*, 322 F.3d at 1193.

(1)    **DEFENDANTS' COMPENSATORY DAMAGES**

(a)    **PLAINTIFFS' (& CROWLEY'S) DAMAGE TO
DEFENDANTS' CREDIT**

In *In re Goodfellow*, 298 B.R. 358 (Bankr. N.D. Iowa 2003), the court held that the Chapter 7 debtor was entitled to recover actual damages of $5,000 for a creditor's willful violation of the discharge injunction, which included damages resulting from the creditor's postdischarge placement of her account in various credit reporting agency files indicating that her account was in excess of 90 days past due.

The Defendants have worked very hard over the past six (6) years after their discharge in December, 2013 to build back up their business and their credit.

The Defendants were just turned down on a very large loan after Central Valley Holdings c/o James Crowley, filed this 523 Adversary Complaint in the Debtor's closed bankruptcy case and the new bankruptcy filing just showed up on the Debtor's credit report. The Debtor's project which was the acquisition of a regional mall with a loan of $23,000,000.00 was previously approved and then after Central Valley filed in the bankruptcy, the lender now turned down the loan. The Debtors have been damaged by cash spent to date of over $172,774.47 which monies are non-recoverable. They also have lost profits on this project of over $50,000,000 on the acquisition and renovation of the project as they have outlined it in their project and business plan upon acquisition and based upon their current pending sales and lease proposals.

In the preamble of Plaintiffs' 523 Complaint, Plaintiffs allege that Mr. Bailey was a convicted felon. Words that were used on purpose just to taint the court. Plaintiffs do not state that this was over 32 years ago and has no bearing on the Debtors' business today.

On April 7, 2019. Mr. Bailey was notified by Credit Karma that "It looks like a new bankruptcy was just added to your Equifax credit report" after Central Valley Holdings filed the 523 action and after this debt was discharged in the Debtor's Chapter 7 bankruptcy.

This notification on the Debtor's credit report of a new bankruptcy is devastating to the Debtor's business as they have worked very hard since the discharge in December 2013 to rebuild not only their company but their credit.

1    After starting their lives over again after the bankruptcy, the Debtors currently have

2    development projects in various stages of entitlements.  This notification on the Debtor's credit

3    report of a new bankruptcy has been devastating to their business as they have worked very hard

4    for over 32 years since the conviction and discharge in December 2013 to rebuild not only their

5    company but also their credit and integrity.

6    Although Plaintiffs filed this Complaint on 3-28-2019,  it may be a little early for the

7    Debtors to determine the extent of the damages caused by the filing of the Complaint, which

8    basically reopened their bankruptcy. What has showed up is a credit alert on the Debtor's credit file

9    that there is now a bankruptcy filing reflecting Plaintiffs' Complaint.  This will have a very

10   negative long-term affect because the Debtors have so many projects they are presently applying

11   for commercial construction loans to build and also in credit review on their acquisition of the

12   Hanford Mall to the tune of $27,500,000.[28]  They will probably require an evidentiary hearing to

13   present further evidence of the damage to their credit as a result of Plaintiffs' complaint.

14                         (b)    **DEFENDANTS' ATTORNEYS' FEES**

15   As stated above, attorneys' fees can be collected. See *In re Breul*, 533 B.R. at 797. In

16   making the determination the court reviews (1) what expenses or costs resulted from the violation

17   and (2) what portion of those costs was reasonable, as opposed to costs that could have been

18   mitigated. *In re Moreno*, 479 B.R. 553, 570 (Bankr. E.D. Cal. 2012).

19   Here, Defendants paid their bankruptcy litigation counsel Baruch Cohen a $15,000.00

20   retainer to respond to Plaintiffs' Complaint. Defendants are filing a Motion to Dismiss in

21   conjunction with this Motion, with overlapping facts and law, making their attorneys' fees

22   completely reasonable and recoverable.

23                         (c)    **PUNITIVE DAMAGES**

24   An award of punitive damages requires "some showing of reckless or callous disregard for

25   the law or rights of others." *In re Breul*, 533 B.R. at 797 (citing *In re Bloom*, 875 F.2d 224, 228

26   (9th Cir.1989)). In that case, the debtor was permitted to collect punitive damages, since CSS gave

27

28   [28] A true and correct copy of the Credit alert received on 4-8-2019 on Defendant's credit is
     attached hereto as Exhibit "1"and is incorporated herein by this reference.

1    every indication that he would remain indifferent to the injunction and harm caused to the debtors.

2    The continued existence of the lien, in full knowledge of the injunction, justified the court to

3    impose a $50 per day punitive fine, for each day the creditor had actual knowledge.

4         As stated above, Plaintiff Hanford Development Properties, LLC was canceled by James

5    Crowley himself on March 28, 2013 (over 6 years ago), and Plaintiff Central Valley Holding

6    Company, LLC was canceled by James Crowley himself on December 8, 2014 (5+ years ago).

7         A suspended LLC or corporation may not prosecute or defend an action in a California

8    court. *Ransome-Crummey Co. v. Superior Court*, 54 Cal.App.4th 1366, (1922), 188 Cal. 393,

9    396-397, 205 P. 446; *Alhambra-Shumway Mines, Inc. v. Alhambra Gold Mine Corp*., (1957) 155

10   Cal.App.2d 46, 50-51, 317 P.2d 649. *Timberline, Inc. v. Jaisinghani*, (1997) 54 Cal. App. 4th 1361

11   (a suspended corporation is disqualified from exercising any right, power, or privilege, including

12   prosecuting or defending an action, or appealing a judgment). Nor may a suspended corporation

13   appeal from an adverse judgment. *Boyle v. Lakeview Creamery Co.*, (1937) 9 Cal.2d 16, 20-21, 68

14   P.2d 968; *Gar-Lo, Inc. v. Prudential Sav. & Loan Assn*., (1974) 41 Cal.App.3d 242, 245, 116

15   Cal.Rptr. 389, or seek a writ of mandate *Brown v. Superior Court*, (1966) 242 Cal.App.2d 519,

16   635,  51 Cal.Rptr. 633. However, if the corporation's status only comes to light during litigation,

17   the normal practice is for the trial court to permit a short continuance to enable the suspended

18   corporation to effect reinstatement (by paying back taxes, interest and penalties) to defend itself in

19   court. See, e.g., *Schwartz v. Magyar House, Inc*., (1959) 168 Cal.App.2d 182, 190, 335 P.2d 487.

20        A corporation whose powers have been suspended for non-payment of the corporate

21   franchise tax lacks capacity to sue in California courts; and, if sued, it lacks capacity to defend. See

22   CA Revenue & Taxation Code § 23301. A corporation that has been suspended due to its failure to

23   file the biennial statement required by CA Corporations Code § 1502 lacks capacity to sue or

24   defend itself. Any person that is claiming to exercise the rights and powers of a suspended

25   corporation which can include an attorney who appears on its behalf—is guilty of a misdemeanor.

26   See CA Revenue & Taxation Code § 19719. An attorney who knowingly represents a suspended

27   corporation and conceals this fact from the court may be subject to sanctions.

28        Plaintiffs' situation is far worse than a suspended corporate entity; Plaintiffs voluntarily

1   cancelled their LLC corporate status, and a California LLC that has been dissolved (in contrast to

2   one that merely has been suspended by the Secretary of State or the Franchise Tax Board) generally

3   cannot be reinstated.

4        Here, in light of the fact that Plaintiffs have absolutely no standing to sue Defendants by

5   virtue of their cancelled corporate status, in light of their misrepresentations to this Court in their

6   Complaint to the contrary, in light of the law that: Plaintiffs' counsel of record **Geoffrey C.**

7   **Chackel of Duckor Spradling** appeared on behalf of the cancelled Plaintiffs (a  misdemeanor per

8   the CA Revenue & Taxation Code § 19719), and concealed this fact in the Complaint (subject to

9   sanctions), and in light of their knowledge of the Defendants' bankruptcy, Defendants posit that

10  Plaintiffs' actions were  reckless or callous disregard for the law or rights of others, justifying

11  punitive damages.

12       In light of the fact that Plaintiffs cease to exist, the contemnor is obviously Crowley, and

13  any and all contempt and damages must be assessed against him personally.

14       d.    **CONCLUSION**

15       **WHEREFORE**, the Defendants pray that the Court enter an order granting the *Motion* in

16  its entirety and providing for such other and further relief as this Court deems just.

17

18  DATED:        April 17, 2019              LAW OFFICE OF BARUCH C. COHEN
                                             A Professional Law Corporation
19
                                             By ____/S/ Baruch C. Cohen_____
20                                           Baruch C. Cohen, Esq.
                                             *Attorney For Debtors and Defendants* DANIEL
21                                           NORMAN BAILEY & MARLENE YVETTE
                                             BAILEY
22

23

24

25

26

27

28

4/17-5:51pm                                  -16-

# DECLARATION OF DANIEL NORMAN BAILEY

I, DANIEL NORMAN BAILEY, declare and state as follows:

1. The facts stated below are true and correct to the best of my personal knowledge and if called upon to testify to them, I could and would competently do so.

2. I am the co-Debtor in the above captioned bankruptcy.

3. I am the co-Defendant in the above captioned adversary.

4. This declaration is in support of **MOTION FOR CONTEMPT VIOLATION OF DISCHARGE INJUNCTION 11 U.S.C. § 524(A)(2)**.

5. On or about 10-10-2003, we closed on several acres of land in Hanford, including the 39.16 acres which later became the Hanford Auto Mall.  We spent the next three years in entitlements and construction to build out the streets, utilities, curb, gutters and landscaping per permitted plans.

6. Shortly after closing, on or about 12-7-2003, James Crowley entered into contract to buy Lots 4, 5 and 5 at the Hanford Auto Mall.

7. While building out the Hanford Auto Mall, we encountered a problem with one of the general contractors, Mitch Brown Construction who was the asphalt contractor.  Mitch Brown Construction filed a mechanic's lien and because of the dispute, Mitch Brown Construction then filed the lawsuit to foreclose on the mechanic's lien on 12-7-2006, entitled *Mitch Brown Construction, Inc. v. Hanford Development, Inc., et al.*, Kings County Superior Court Case No. 06 C 0384  (the "Action" to foreclose on a mechanic s liens placed on the Property and recover payment for alleged unpaid construction services relating to the public improvements on the Hanford Auto Mall. Hanford Development Inc.("HDI"), was our entity who was constructing the Hanford Auto Mall.  Mitch Brown Construction Inc was subsequently paid and we settled the case.  However, because of the dispute with Mitch Brown and the protracted litigation, it delayed the project completion.

8. Crowley, by and through his attorney of record, Geoffrey C. Chackel, subsequently filed a Cross-Complaint, which was amended twice.

9. During the entire time of construction of the Auto Mall, Crowley and his attorney, Adrian

Kulinski would constantly be interfering with the construction so on 10-5-2007, HDI filed a cross complaint against Crowley and his attorney (collectively "Crowley") which was very contentious.  Finally on 8-18-2008, all of the parties signed a Settlement Agreement, a copy of which is attached as an exhibit to the Complaint.

10.   A Stipulation for Entry of Judgment and Judgment by Stipulation for $450,000.00 was held by Crowley unfiled unless the money was not paid by 2-6-2009. However, the mortgage meltdown had already begun by the due date and left us no choice but to be unable to pay the $450,000.00 at that time.  A month later, Crowley filed the Abstract of Judgment and recorded the Abstract of Judgment in Orange County, Ventura County, Riverside County and San Bernardino County.[29]  Crowley also filed a Notice of Filing of Foreign Judgment in Bexar County, Texas, as he knew that we were doing business in San Antonio and knew we had projects there to attach. Specifically, on 3-6-2009, Plaintiffs recorded an Abstract of Judgment  on our residence at 480 E. Bogert Trail, Palm Springs, CA 92264 in Riverside County as Document No 2009-0108982.

**THE DEBTORS' BANKRUPTCY & DISCHARGE**

11.   On 10-20-2011, we filed for Chapter 7 bankruptcy, Case No. 6:11-bk-42675-MJ [Doc-1].[30]

12.   On 10-20-2011, the Court issued its Notice of Meeting of Creditors, that set the discharge date to 1-20-2012 [Doc-2].[31]

13.   On 1-20-2012, 01/20/2012, Creditor SMS Hanford, LLC, filed a Complaint Objecting to Discharge Pursuant to 11 U.S.C. § 727 (a)(2), (3), (4) & (5), and to revoke the discharge pursuant to  11 U.S.C. § 727(c),(d),(e)][Doc-35].

---

[29] A true and correct copy of Plaintiffs' recorded *Abstract of Judgment*  on the Debtors' residence at 480 E. Bogert Trail, Palm Springs, CA 92264 in Riverside County as Document No 2009-0108982, **3-6-2009**, in *Mitch Brown Construction, Inc. v. Hanford Development, Inc., et al.*, Kings County Superior Court Case No. 06 C 0384 is attached hereto as Exhibit "1" and is incorporated herein by this reference.

[30] A true and correct copy of the *Notice of Bankruptcy Case Filing*, **10-20-2011**, Case No. 6:11-bk-42675-MJ, is attached hereto as Exhibit "2" and is incorporated herein by this reference.

[31] A true and correct copy of the *Notice of 341(a) Meeting of Creditors*, **10-20-2011**, [Doc-2] is attached hereto as Exhibit "3" and is incorporated herein by this reference.

14.  On 2-21-2012, the Court granted  the Chapter 7 Trustee filed a Motion for Extension of Time to File a Complaint Objecting to Discharge, setting forth the new discharge deadline for 3-14-2012 [Doc-44].

15.  On 2-29-2012, the Chapter 7 Trustee voluntarily dismissed his Motion Requesting Extension of Time for Filing an Objection to Debtor's Discharge (due to SMS's 727 Complaint)[Doc-46].

16.  On 3-14-2012, Creditor Walter J. Holiday Family Trust filed a Motion for extension of time to file a complaint objecting to discharge [Doc-48].

17.  On 3-25-2012, we filed our *Addendum to voluntary petition Schedules B, D, E, F, H, Statement of Financial Affairs*, and listed Plaintiffs in their Schedule D, secured creditors [Doc-51]. The Proof of Service to the Addendum shows that Plaintiffs were notified of same.[32]

18.  On 4-11-2012, the Court granted Creditor Walter J. Holiday Family Trust's Motion for extension of time to file a complaint objecting to discharge, and continued the discharge date to 4-27-2012 [Doc-52].

19.  On 11-11-2013, SMS dismissed its Adversary Complaint Objecting to Discharge [Doc-59].

20.  On 11-27-2013, the Court granted SMS' Motion dismissing its Adversary Complaint Objecting to Discharge [Doc- 64].

21.  On 12-4-2013, we obtained our discharge [Doc-66].[33]

22.  On 1-17-2014, this Bankruptcy Case was closed [Doc-68].

23.  On 3-28-2019, Plaintiffs commenced this action by filing this  *Complaint to Determine Dischargeability of Debt under 11 U.S.C. §§523(a)(2), 523(a)(3), 523(a)(4) and 523(a)(6))*.

24.  At the time of the Petition Date, Plaintiffs were secured creditors of ours, in that they had a pre-petition Abstract of Judgment  recorded on our property on 3-6-2009.

---

[32] A true and correct copy of the *Addendum to Voluntary Petition Schedules B, D, E, F, H, Statement of Financial Affairs*, **3-25-2012** [Doc-51]is attached hereto as Exhibit "4" and is incorporated herein by this reference.

[33] A true and correct copy of the *Discharge of Debtor(s)*, **12-4-2013**, [Doc-66] is attached hereto as Exhibit "6" and is incorporated herein by this reference.

25.    Accordingly, on 3-25-2012, we filed our Addendum, and listed Plaintiffs in our Schedule D, as secured creditors [Doc-51]. The Proof of Service to the Addendum shows that Plaintiffs were notified of same.

26.    Our discharge date was continued from 1-20-2012 [Doc-2], to 3-14-2012 [Doc-44], and ultimately granted on 12-4-2013 [Doc-66].

**POST-DISCHARGE FORECLOSURE WIPED OUT PLAINTIFFS' SECURED CLAIM**

27.    Since the Abstract of Judgment was recorded in Riverside County, the Abstract became a lien on our residence at 480 E. Bogert Trail, Palm Springs, CA 92264.  There were several other judgments and liens that attached to our property because they attached to us personally.  The residence was in the name of Marlene Bailey.

28.    On 1-22-2014, Mellon Bank, which held the senior secured position on the Property, recorded its *Notice of Default*.[34]

29.    On 9-15-2015, Mellon Bank recorded its *Notice of Trustee's Sale* initially scheduled for 10-5-2016, which went forward as scheduled on 10/16/2015.[35]

30.    On 5-24-2016, a new *Trustee's Deed Upon Sale* was recorded as Document No. 2016-0212068.[36] At the time the *Trustee's Deed* was recorded, the foreclosure wiped out all junior liens on the Property (including Plaintiffs' Abstract) as the property was then in the name of Bank of New York Mellon. As a result, Plaintiffs were left with their inchoate unsecured claims (which were discharged on 12-4-2013 [Doc-66].

///

---

[34] A true and correct copy of Mellon Bank's recorded *Notice of Default*, as Document No. 2014-0025192, **1-22-2014** is attached hereto as Exhibit "7" and is incorporated herein by this reference.

[35] A true and correct copy of Mellon Bank's recorded *Notice of Trustee's Sale,* as Document No. 2015-0409776, on the Debtors' residence at 480 E. Bogert Trail, Palm Springs, CA 92264 in Riverside County, **9-15-2015** is attached hereto as Exhibit "9" and is incorporated herein by this reference.

[36] A true and correct copy of Mellon Bank's Recorded *New Trustee's Deed Upon Sale,* as Document No. 2016-0212068  on the Debtors' residence at 480 E. Bogert Trail, Palm Springs, CA 92264 in Riverside County, **5-24-2016** is attached hereto as Exhibit "10" and is incorporated herein by this reference.

### PLAINTIFFS' CANCELLATION OF THEIR CORPORATE STATUS

31.    Plaintiff Hanford Development Properties, LLC was canceled by James Crowley himself on March 28, 2013 (over 6 years ago).[37]

32.    Plaintiff Central Valley Holding Company, LLC was canceled by James Crowley himself on December 8, 2014 (5+ years ago).[38]

### PLAINTIFFS' IMPROPER RENEWAL OF THEIR JUDGMENT
### IN VIOLATION OF THE DISCHARGE

33.    On 2-7-2019, notwithstanding the fact that their corporate status was cancelled and they ceased to exist, Plaintiffs improperly filed their *Notice of Renewal of Judgment* in the State Court case - in violation of the 12-4-2013 discharge [Doc-66]. The proof of service on the *Notice of Renewal of Judgment* is signed 3-6-2019, 30 days after filing the document with the court.[39]

34.    Immediately upon obtaining a copy of the *Notice of Renewal of Judgment*, we filed a *Notice of Stay of Proceedings* on 2-25-2019.[40]

35.    Also on 3-6-2019, we attempted to file a *Notice of Motion and Motion to Vacate the Renewal of the Judgment*, and obtained a motion date of 4-16-2019 but the motion paperwork was rejected, because of the *Notice of Stay* which stayed all proceedings in the state court.

36.    On 3-15-2019, we sent notice to Plaintiff's counsel Geoffrey Chackel via email to rescind

---

[37] A true and correct copy of Plaintiff Hanford Development Properties, LLC's **3-28-2013** *Certificate of Cancellation of Corporate Status* filed with the California Secretary of State (signed by Crowley) is attached hereto as Exhibit "5" and is incorporated herein by this reference.

[38] A true and correct copy of Plaintiff Central Valley Holding Company, LLC's **12-8-2014** *Certificate of Cancellation of Corporate Status* filed with the California Secretary of State (signed by Crowley) is attached hereto as Exhibit "8" and is incorporated herein by this reference.

[39] A true and correct copy of Plaintiff's *Notice of Renewal of Judgment* in *Mitch Brown Construction, Inc. v. Hanford Development, Inc., et al.*, Kings County Superior Court Case No. 06 C 0384, **2-7-2019** is attached hereto as Exhibit "11" and is incorporated herein by this reference.

[40] A true and correct copy of Defendants' *Notice of Stay of Proceedings* in *Mitch Brown Construction, Inc. v. Hanford Development, Inc., et al.*, Kings County Superior Court Case No. 06 C 0384, **2-25-2019** is attached hereto as Exhibit "12" and is incorporated herein by this reference.

-21-

1    the *Notice of Renewal* and put him on notice that he and Plaintiffs were violating the

2    discharge injunction.

3  37.  On 3-28-2019 (63 months after the discharge), Plaintiffs commenced this untimely action

4    by filing this  Complaint to Determine Dischargeability of Debt under 11 U.S.C. §§

5    523(a)(2), 523(a)(3), 523(a)(4) and 523(a)(6), Adversary # 6:19-ap-01056-MH.[41]

6  38.  We have worked very hard over the past six (6) years after our discharge in December 2013

7    to build back up our business and our credit.

8  39.  We were just turned down on a very large loan after Central Valley Holdings c/o James

9    Crowley, filed a 523 Adversary Complaint in our closed bankruptcy case and the new

10    bankruptcy filing showed up on my credit report.  Our project which was the acquisition of

11    a regional mall ith a loan of $23,000,000 was approved and then after Central Valley filed

12    in the bankruptcy, the lender turned down the loan.  We have been damaged by cash spent

13    to date of over $172,774.47 which monies are non-recoverable. We also have lost profits on

14    this project of over $50,000,000 on the acquisition and renovation of the project as we have

15    outlined it in our project and business plan upon acquisition and based upon our current

16    pending sales and lease proposals.

17  40.  In Plaintiffs' preamble in the 523 Complaint, Plaintiffs alleges that I was a convicted felon.

18    Words that were used on purpose just to taint the court. Plaintiffs do not state that this was

19    over 32 years ago and has no bearing on our business today.

20  41.  On April 7, 2019. I was notified by Credit Karma that "It looks like a new bankruptcy was

21    just added to your Equifax credit report" after Central Valley Holdings filed the 523 action

22    and after this debt was discharged in our Chapter 7 bankruptcy.

23  42.  This notification on my credit report of a new bankruptcy is devastating to my business as I

24    have worked very hard since the discharge in December 2013 to rebuild not only my

25    company but my credit.

26

27        [41] A true and correct copy of Plaintiffs' *Complaint to Determine Dischargeability of Debt
under 11 U.S.C. §§ 523(a)(2), 523(a)(3), 523(a)(4) and 523(a)(6))*, Adversary case 6:19-ap-01056
28  [Doc-69], **3-28-2019** is attached hereto as Exhibit "13" and is incorporated herein by this reference.

43. After starting our life over again after the bankruptcy, we currently have development projects in various stages of entitlements.  This notification on my credit report of a new bankruptcy has been devastating to our business as I have worked very hard for over 32 years since the conviction and discharge in December 2013 to rebuild not only my company but also my credit and integrity.

44. Although Plaintiffs filed this Complaint on 3-28-2019,  it may be a little early for me to determine the extent of the damages caused by the filing of the Complaint, which basically reopened our bankruptcy. What has showed up is a credit alert on my credit file that there is now a bankruptcy filing reflecting Plaintiffs' Complaint.  This will have a very negative long-term affect because we have so many projects we are presently applying for commercial construction loans to build and also in credit review on our acquisition of the Hanford Mall to the tune of $27,500,000.[42]  I will probably require an evidentiary hearing to present further evidence of the damage to our credit as a result of Plaintiffs' complaint.

45. We paid our bankruptcy litigation counsel Baruch Cohen a $15,000.00 retainer to respond to Plaintiffs' Complaint. Defendants are filing a Motion to Dismiss in conjunction with this Motion, with overlapping facts and law, making their attorneys' fees completely reasonable and recoverable.


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed April 17, 2019, at Palm Springs, California.


By _____

DANIEL NORMAN BAILEY

---

[42]A true and correct copy of the Credit alert received on 4-8-2019 on Defendant's credit is attached hereto as Exhibit "14" and is incorporated herein by this reference.

EXHIBIT 1

EJ-001

DOC # 2009-0108982
03/06/2009 08:00A Fee:27.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, State Bar number, and telephone number):
Recording requested by and return to:

Geoffrey C. Chackel, Esq., SBN 207085
DUCKOR SPRADLING METZGER & WYNNE
3043 4th Avenue
San Diego, CA 92103
Tel: 619.209.3000  Fax: 619.209.3043

[✓] ATTORNEY FOR   [✓] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF KINGS
STREET ADDRESS: 1426 South Drive
MAILING ADDRESS:
CITY AND ZIP CODE: Hanford, CA 93230
BRANCH NAME:

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|-----|------|------|-----|------|
|   |   |   | 2    |      |     | 10   |      |     |      |
| M | A | L | 465  | 426  | PCOR| NCOR | SMF  | NCHG| EXAM |
|   |   |   | NOTICE SENT |  |  | T:  | CTY  | UNI | 043  |

PLAINTIFF: MITCH BROWN CONSTRUCTION, INC.

DEFENDANT: HANFORD DEVELOPMENT, INC., et al.

CASE NUMBER: 06 C 0384

ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS   [ ] Amended

FOR COURT USE ONLY

C 043

1. The [✓] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

   Hanford Development, Inc.
   419 N. Larchmont, #58
   Los Angeles, CA 90004

   b. Driver's license no. [last 4 digits] and state:   [✓] Unknown
   c. Social security no. [last 4 digits]:   [✓] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):

2. [✓] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor (name and address):
   Central Valley Holding Company, LLC
   450 West Vista Way, Vista, CA 92083
   Date: March 3, 2009
   Geoffrey C. Chackel, Esq.
   (TYPE OR PRINT NAME)

4. [✓] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ▶ (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 452,950.00

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on (date): February 18, 2009
   b. Renewal entered on (date):

9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [✓] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):

12. a. [✓] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

This abstract issued on (date):
MAR 05 2009   TODD H. BARTON
Clerk, by Celena Cfuentez , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

American LegalNet, Inc.
www.FormsWorkflow.com

Exhibit 1 - Page 1 of 2

| PLAINTIFF: MITCH BROWN CONSTRUCTION, INC. | CASE NUMBER: |
|---|---|
| DEFENDANT: HANFORD DEVELOPMENT, INC., et al. | 06 C 0384 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address)*:

Hanford Development Properties, LLC
450 West Vista Way
Vista, CA  92083
Attn:  Adrian Kulinski, General Counsel

14. Judgment creditor *(name and address)*:

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.            Name and last known address

Hollyhills Development, Inc.
6217 Franklin Ave., Suite 553
Hollywood, CA  90028

Driver's license no. (last 4 digits)
and state:                               ☑ Unknown

Social security no. (last 4 digits):        ☑ Unknown

Summons was personally served at or mailed to *(address)*:

17.            Name and last known address

Daniel Bailey
6360 La Punta Drive
Los Angeles, CA  90068

Driver's license no. (last 4 digits)
and state:                               ☑ Unknown

Social security no. (last 4 digits):        ☑ Unknown

Summons was personally served at or mailed to *(address)*:

18.            Name and last known address

Marlene Bailey
6360 La Punta Drive
Los Angeles, CA  90068

Driver's license no. (last 4 digits)
and state:                               ☑ Unknown

Social security no. (last 4 digits):        ☑ Unknown

Summons was personally served at or mailed to *(address)*:

19.            Name and last known address

Driver's license no. (last 4 digits)
and state:                               ☐ Unknown

Social security no. (last 4 digits):        ☐ Unknown

Summons was personally served at or mailed to *(address)*:

20. ☐ Continued on Attachment 20.

**Exhibit 1 - Page 2 of 2**

EXHIBIT 2

United States Bankruptcy Court
Central District of California

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under
Chapter 7 of the United States Bankruptcy Code, entered on 10/20/2011 at
4:13 PM and filed on 10/20/2011.



FILED
10/20/2011

**Daniel Norman Bailey**
480 E Bogert Trail
Palm Springs, CA 92264
SSN / ITIN: xxx-xx-2661
*aka* **Dan Bailey**
*aka* **Daniel N Bailey Trustee of the Bailey Family Trust**
*dba* **211 Investments LP**
*dba* **Bailey Family Trust**
*dba* **751 GP LLC**
*dba* **Briggs GP LLC**
*dba* **Briggs Ranch Grand Vacation Club LP**
*dba* **BR Vacation Resorts Marketing Inc**
*dba* **BR Vacation Club Management LP**
*dba* **BR Vacation Owners Association Inc**
*dba* **BRTC Investments LP**
*dba* **G&D Furniture LLC**
*dba* **Golf Clubs of America LP**
*dba* **Hollyhills Development Inc**
*dba* **Hollyhills Investments LP**
*dba* **Hollyhills Group (only dba of Hollyhills Development Inc)**
*dba* **Hollyhills GP LLC**
*dba* **Hollyhills D LLC**
*dba* **Hollyhills Motor Sports LLC**
*dba* **Alberni Group LLC**
*dba* **Hanford Development Inc**
*dba* **Hanford GP LLC**
*dba* **HHIWG LLC**
*dba* **Hanford Investments LP**
*dba* **Hanford Central Park LLC**
*dba* **Hanford Montecito Ranch LLC**
*dba* **Homble Partners LLC**
*dba* **Harbor Landing Inc**
*dba* **CalTex Builders Inc**
*dba* **CalTex Management LP**
*dba* **Mt Laurel Investments LP**
*dba* **Neuces Marina Management LLC**
*dba* **Kalona Establishment**
*dba* **Property Upkeep Inc**
*dba* **Model Productions Inc**
*dba* **San Antonio Alamos**
*dba* **SFR Briggs LLC**
*dba* **Southport Commercial LP**
*dba* **Southport Industrial LLC**
*dba* **SST Holdings LLC**

**Exhibit 2 – Page 1 of 4**

*dba* **Keystone Waterfront Group LP**
*dba* **Timeshares of America Trust**
*dba* **Town Center at Briggs Ranch LLC**
*dba* **Southwest Joint Ventures LLC**
*dba* **Manhattan Holdings LLC**
*dba* **Bailey Retirement Plan & Trust**
*dba* **River Investments Inc**
*dba* **S&I Holdings LLC**
*dba* **Somerset Marketing Corp**
*dba* **Sunrise Properties & Development Inc**
*dba* **Village Equities LLC**
*dba* **Villas on Mulholland LP**
*dba* **Food Operations Inc**
*dba* **Harbor Landing of Channel Islands Inc**
*dba* **Marker 37 Management LLC a Texas LLC**
*dba* **Villas at Ridge Mountain LLC a Calif LLC**

**Marlene Yvette Bailey**
480 E Bogert Trail
Palm Springs, CA 92264
SSN / ITIN: xxx-xx-9320
*aka* **Marlene Y Bailey**
*aka* **Marlene Cardinale**
*dba* **751 GP LLC**
*dba* **Marlene Y Bailey Trustee of the Bailey Family Trust**
*dba* **Bailey Family Trust**
*dba* **211 Investments LP**
*dba* **Briggs GP LLC**
*dba* **Briggs Ranch Grand Vacation Clup LP**
*dba* **BR Vacation Resorts Marketing Inc**
*dba* **Vacation Club Management LP**
*dba* **BR Vacation Owners Association Inc**
*dba* **BRTC Investments LP**
*dba* **G&D Furniture LLC**
*dba* **Golf Clubs of America LP**
*dba* **Hollyhills Development Inc**
*dba* **Hollyhills Investments LP**
*dba* **Hollyhills Group (only dba of Hollyhills Development Inc)**
*dba* **Hollyhills GP LLC**
*dba* **Hollyhills D LLC**
*dba* **Hollyhills Motor Sports LLC**
*dba* **Alberni Group LLC**
*dba* **Hanford Development Inc**
*dba* **Hanford GP LLC**
*dba* **HHIWG LLC**
*dba* **Hanford Investments LP**
*dba* **Hanford Central Park LLC**
*dba* **Hanford Montecito Ranch LLC**
*dba* **Homble Partners LLC**
*dba* **Harbor Landing Inc**
*dba* **CalTex Builders Inc**
*dba* **CalTex Manaement LP**
*dba* **Mt Laurel Investments LP**
*dba* **Neuces Marina Management LLC**

*dba* **Kalona Establishment**
*dba* **Property Upkeep Inc**
*dba* **Model Productions Inc**
*dba* **San Antonio Alamos LP**
*dba* **SFR Briggs LLC**
*dba* **Southport Commercial LP**
*dba* **Southport Industrial LLC**
*dba* **SST Holdings LLC**
*dba* **Keystone Waterfront Group LP**
*dba* **Timeshares of America Trust**
*dba* **Town Center at Briggs Ranch LLC**
*dba* **Southwest Joint Ventures LLC**
*dba* **Manhattan Holdings LLC**
*dba* **Bailey Retirement Plan & Trust**
*dba* **River Investments Inc**
*dba* **S&I Holdings LLC**
*dba* **Somerset Marketing Corp**
*dba* **Sunrise Properties & Development Inc**
*dba* **Village Equities LLC**
*dba* **Villas on Mulholland LP**
*dba* **Food Operations Inc**
*dba* **Harbor Landing of Channel Islands Inc**
*dba* **Marker 37 Management LLC a Texas LLC**
*dba* **Villas at Ridge Mountain LLC a Calif LLC**

The case was filed by the debtor's attorney:

**Baruch C Cohen**
4929 Wilshire Blvd Ste 940
Los Angeles, CA 90010
323-937-4501

The bankruptcy trustee is:

**Charles W Daff (TR)**
2107 N. Broadway
Suite 308
Santa Ana, CA 92706
657-218-4800

The case was assigned case number 6:11-bk-42675-MH to Judge Mark D. Houle.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.cacb.uscourts.gov or at the Clerk's Office, 3420 Twelfth Street,, Riverside, CA 92501-3819.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Kathleen J. Campbell**
**Clerk, U.S. Bankruptcy Court**

**PACER Service Center**

| Transaction Receipt | | | |
|---|---|---|---|
| 04/15/2019 22:38:57 | | | |
| **PACER Login:** | bc0167:2511303:0 | **Client Code:** | pacer |
| **Description:** | Notice of Filing | **Search Criteria:** | 6:11-bk-42675-MH |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

**Exhibit 2 - Page 4 of 4**

EXHIBIT 3

B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/10)

| UNITED STATES BANKRUPTCY COURT | Central District Of California |
|---|---|

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on October 20, 2011.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at **U. S. Bankruptcy Court, 3420 Twelfth Street, Riverside, CA 92501–3819**

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

| Debtor(s) (name(s) and address): | | |
|---|---|---|
| Daniel Norman Bailey<br>480 E Bogert Trail<br>Palm Springs, CA 92264 | Marlene Yvette Bailey<br>480 E Bogert Trail<br>Palm Springs, CA 92264 | Case Number:<br>**6:11–bk–42675–MJ** |

| All other names used by the Debtor(s) in the last 8 years (include married, maiden and trade names):<br>Debtor: aka Dan Bailey, aka Daniel N Bailey Trustee of the Bailey Family Trust, dba Bailey Family Trust, dba 751 GP LLC, dba Briggs GP LLC, ...<br><br>Joint Debtor: aka Marlene Y Bailey, aka Marlene Cardinale, dba Marlene Y Bailey Trustee of the Bailey Family Trust, dba Bailey Family Trust, dba 211 Investments LP, ... | Last four digits of Social Security or Individual Taxpayer–ID (ITIN) No(s)./Complete EIN:<br>Dbt SSN: xxx–xx–2661<br>JDbt SSN: xxx–xx–9320 |
|---|---|

| Attorney for Debtor(s) (name and address):<br>Daniel Norman Bailey<br>480 E Bogert Trail<br>Palm Springs, CA 92264<br>Telephone number: | Bankruptcy Trustee (name and address):<br>Charles W Daff (TR)<br>2009 N. Broadway<br>Santa Ana, CA 92706<br>Telephone number:  714–541–0301 |
|---|---|

### Meeting of Creditors

| Date: **November 21, 2011** | Time: **01:00 PM** |
|---|---|
| Location: **3420 Twelfth St., Room 100A, Riverside, CA 92501** | |

### Presumption of Abuse under 11 U.S.C. § 707(b)

See *"Presumption of Abuse"* on the reverse side
The presumption of abuse does not arise.

### Deadlines

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: January 20, 2012**
**Deadline to Object to Exemptions:** Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So**

### Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>3420 Twelfth Street,<br>Riverside, CA 92501–3819<br>Telephone number: 951–774–1000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kathleen J. Campbell |
|---|---|
| Hours Open:  9:00 AM – 4:00 PM | Date:  October 21, 2011 |
| (Form rev. 12/10:341–B9A) | 2/JOG |

Exhibit 3 - Page 1 of 2

**EXPLANATIONS**                    **B9A** (Official Form 9A)(12/10)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. *The trustee is designated to preside at the meeting of creditors. The case is covered by the Chapter 7 blanket bond on file with the Court.* |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §§523(a)(2), (4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Proof of Debtor Identification (ID) and Proof of Social Security Number (SSN) | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee seeking dismissal of this case. Permissible forms of ID include a valid state driver's license, government or state−issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W−2 form, pay stub, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the **U. S. Bankruptcy Court, 3420 Twelfth Street, Riverside, CA 92501−3819** . You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office at the address listed above. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Failure to File a Statement and/or Schedule(s) | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial Section 341(a) meeting of creditors and any continuance thereof, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the Court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section.<br><br>**SI EL DEUDOR NO HA PRESENTADO UNA DECLARACIÓN Y/O LISTA(S) DE ACREEDORES Y/U OTROS DOCUMENTOS REQUERIDOS,** tendrá que hacerlo dentro de un plazo de 14 días a partir de la fecha de presentación de la petición o tendrá que obtener una extensión del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultará en que se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal. Si no se ha declarado sin lugar el caso del acreedor, Y EL ACREEDOR NO HACE UNA DE LAS SIGUIENTES COSAS DENTRO DE UN PLAZO DE 45 DÍAS A PARTIR DE LA FECHA DE LA PETICIÓN, de acuerdo con lo dispuesto en la sección 521(i)(4) del Código de Quiebras, el juez DECLARARÁ el caso sin lugar a partir de el 46o día después de la fecha de presentación de petición sin más notificación: (1) registrar en actas todos los documentos que requiere la sección 521(a)(1) del Código de Quiebras; o (2) registrar y hacer entrega formal de una moción para pedir una orden que extienda el tiempo en que se pueden registrar en actas los documentos que requiere dicha sección. |
| Bankruptcy Fraud and Abuse | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 3685 Main Street, Suite 300, Riverside, CA 92501. |

**— Refer to Other Side for Important Deadlines and Notices —**

**Exhibit 3 - Page 2 of 2**

EXHIBIT 4

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Filer's Name: MARLENE & DAN BAILEY | Atty Name (if applicable): Baruch C. Cohen |
| Street Address: c/o Baruch Cohen | CA Bar No. (if applicable): 159455 |
| | Atty Fax No. (if applicable): 323/937-4503 |
| Filer's Telephone No.: | |

| | |
|---|---|
| In re: MARLENE & DAN BAILEY | Case No.: 6:11-bk-42675-MJ |
| | Chapter 7 _x_   11 _____   13 _____ |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?   Yes _x_        No _____

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ____   B _x_   C ____   D _x_   E _x_   F _x_   G ____   H _x_   I ____   J ____

Statement of Social Security Number(s) ____    Statement of Financial Affairs _x_

Statement of Intention ____          Other _x_   Amended Mailing Matrix

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, MARLENE & DAN BAILEY , the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: 3-25-2012

| | |
|---|---|
| _Debtor Signature_ MARLENE BAILEY | ** FOR COURT USE ONLY ** |
| _Co-Debtor Signature_ DAN BAILEY | |

**\*\* SEE REVERSE SIDE \*\***

B-1008 _Revised November 2003_                                                    B-1008

**Exhibit 4 - Page 1 of 110**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### Central District of California

In re  Bailey, Daniel, Norman _____,
               **Debtor**

Case No.  6:11-bk-42675

AMENDED

Chapter  7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 0 | $ 652,261 | | |
| B - Personal Property | Yes | 12 | $ 43,083 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | $ 12,669,098.10 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 6 | | $ 106,779.94 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | $ 57,477,845.70 | |
| G - Executory Contracts and Unexpired Leases | No | 0 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | $ 4,886 |
| J - Current Expenditures of Individual Debtors(s) | No | 0 | | | $ 10,167 |
| TOTAL | | 38 | $ 695,344 | $ 70,253,723.74 | |

**Exhibit 4 - Page 2 of 110**

B 6B (Official Form 6B) (12/07)

In re  Bailey, Daniel, Norman _____ ,     Case No.  6:11-bk-42675
_____
                  **Debtor**                                        **(If known)**

SECOND AMENDED

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | | | $20 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | See Attachment B (subject to exemption) | C | $10,458 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | See Attachment B (subject to exemption) | C | $11,555-$13,555 |
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | See Attachment B (subject to exemption) | C | $2,200 |
| 6.  Wearing apparel. | | | C | $1,000 |
| 7.  Furs and jewelry. | | | C | $6,750 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Farmers New World Life Insurance Co $200,000 (policy may no longer be in effect) | H | Unknown |
| 10. Annuities.  Itemize and name each issuer. | | See Attachment B (subject to exemption) | C | $0 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s).  11 U.S.C. § 521(c).) | X | | | |

**Exhibit 4 - Page 3 of 110**

B 6B (Official Form 6B) (12/07) -- Cont.

In re   Bailey, Daniel, Norman                              ,        Case No.   6:11-bk-42675
                    **Debtor**                                                          (If known)

AMENDED

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | See Attachment B (subject to exemption) | C | $0 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | See Attachment B (subject to exemption) | C | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | | See Attachment B (subject to exemption) | C | Unknown |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | See Attachment (subject to exemption) | C | Unknown |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | Bailey Retirement Plan & Trust; Bailey Family Trust & Timeshare of America Trust | | Unknown |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | See #35 below | | Unknown |

**Exhibit 4 - Page 4 of 110**

B 6B (Official Form 6B) (12/07) -- Cont.

In re __Bailey, Daniel, Norman_____,                    Case No. ___6:11-bk-42675_____
                     **Debtor**                                                              (If known)

AMENDED     # SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Hollyhills Group; Hollyhills Development; East Side Vision Trade Names | C | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | See Attachment B (subject to exemption) | C | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 BMW 323i (subject to exemptions) (Manhattan Holdings) | C | $7,500 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Copier, Brother & Dell Printers; 3 sect. chairs, Dell & HP computers, 2 laptops, file cabs. | C | $1,500 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Office supplies | C | $100 |
| 30. Inventory. | X | | | |
| 31. Animals. | | 3 ferrel kitty cats (subject to exemption) | C | Unknown |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | See Attachment B (subject to exemption) | C | Unknown |

                              ___9___ continuation sheets attached    Total⟶    | $ |   $41,083-$43,083 |
                              (Include amounts from any continuation
                              sheets attached. Report total also on
                              Summary of Schedules.)

**Exhibit 4 - Page 5 of 110**

# SECOND AMENDMENT TO

## ATTACHMENT TO SCHEDULE B – PERSONAL PROPERTY

**In re: Bailey, Daniel, Norman**                    **Case No. 6:11-bk-42675**

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 2. Checking, savings or other financial accounts, etc. | | Deposits of money with Wells Fargo Bank, acct. # 91668440874 (Debtors) (subject to exemption) | C | $0 |
| | | Deposits of money with Wells Fargo Bank acct. # 6298285195 (Bailey Family Trust) (subject to exemption) | C | $1 |
| | | Deposits of money with BBVA Compass #0023143267 (Debtors) (subject to exemption) | C | <$24> |
| | | Deposits of money with Bank of America acct. #0593704540 belonging to elderly mother of Debtor (subject to exemption) | C | $74 |
| | | Deposits of money with Wells Fargo Bank acct. #7853021736 (Hollyhills Development) (subject to exemption) | C | $0 |
| | | Deposits of money with Chase Bank acct. 0831274337 (Southwest) (subject to exemption) | C | $16 |
| | | Deposits of money with Chase Bank acct. 3130476240 (Sunrise) (subject to exemption) | C | $15 |
| | | Deposits of money with Chase Bank acct. 3130476258 (Somerset) (subject to exemption) | C | $874 |
| | | Deposits of money with Wells Fargo Bank acct. #6988112980 (Hanford Investments) (subject to exemption) | C | $0 |
| | | Deposits of money with Wells Fargo Bank acct. #7808855188 (Town Center) (subject to exemption) | C | $0 |
| | | Deposits of money with Chase Bank acct. #3130476266 (Homble) (subject to exemption) | C | $183 |
| | | Deposits of money with Citibank acct. #204133763 (Manhattan) (subject to exemption) | C | $11 |
| | | Investment account at Merrill Lynch acct #888-07D04 (Somerset) (subject to exemption). | C | $109 |
| | | ~~Deposit of monies with BBVA acct #0030784960 (Hollyhills Investments) (subject to exemption).~~ | C | |
| | | Investment account at Ameritrade acct #773-719384 (Somerset) (subject to exemption) | | $14 |

**Exhibit 4 - Page 6 of 110**

|  |  |  |  |
|---|---|---|---|
|  | Investment account at Ameritrade acct #872-638413 (Village) (subject to exemption) | C | $9 |
|  | Crowell, Weedon investment acct 73809741 (Hollyhills Dev) (subject to exemption) | C | $14 |
|  | Briggs Ranch Grand Vacation Club BBVA acct 0030784979 balance $171.59 | C | $171.59 |
|  | Deposits of money with PayPal acct. no. mbailey@hollyhills.com (Debtor) Balance ($0.00) | C | $0 |
|  | Briggs Ranch Grand Vacation Club LP – Chapter 7T rustee's banking information unknown |  | Unknown |
|  | Investment Escrow Account at BBVA Compass acct. 0023156652 (Fund Control) (subject to exemption) |  | $8,942 |
|  | Subtotal for #2 above |  | $10,457.59 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | See Exhibit "A" attached hereto (subject to exemption) | C | $11,555-$13,555 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | Stamp collection (given by Wife's father at death, sentimental value only), Coins (given by Husband's father at death, sentimental value only) and painting | C | $2,200 |
| 6. Wearing apparel | Wearing apparel at residence, on persons (subject to exemption) | C | $1,000 |
| 7. Furs and jewelry | Jewelry and fur at residence and at Rocky's Pawn Shop (subject to exemption) | C | $6,750 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | 49% interest in profit sharing in the Bailey Retirement Plan & Trust ("BRPT"). BRPT owns:<br>   A.  100% of Hanford Development Inc. (#13)<br>   B.  100% of Southwest Joint Ventures LLC (#13)<br>       Southwest Joint Ventures LLC owns:<br>       100% of Homble Partners LLC (#13)<br>   C.  100% of Town Center at Briggs Ranch LLC (#13)<br>       Town Center at Briggs Ranch LLC owns:<br>       100% of Marker 37 Management LLC (#13)<br>       1% Keystone Waterfront Group LP (#13)<br>   D.  Bailey Family Trust ("BFT") 100%. Also see Nos. 13 and 14 below for a list of companies and limited partnerships owed by BRPT under BFT. | C<br>C<br>C<br><br>C<br>C<br><br>C<br>C | $0 |
|  | Hollyhills Development Inc. 401(k) Plan for employees only of $14,134 as of 4/2011. | C | $0 |
| 13. Stock and interests in incorporated and | Hollyhills Development Inc. – 100% (#13)<br>Hollyhills owns 100% of the following subsidiary companies: | C | $0 |

**Exhibit 4 - Page 7 of 110**

| | | |
|---|---|---|
| unincorporated businesses. Itemize and 14. Interest in partnership or joint ventures. | 1. HHIWG LLC (#13) | C |
| | 2. Hollyhills D LLC (#13) | W |
| | 3. Manhattan Holdings LLC (#13) | C |
| | 4. Model Productions Co (#13) | H |
| | 5. River Investments Inc. (#13) | C |
| | River Investments owns 49% of BR Vacation Resorts Marketing Inc. (#13) | C |
| | 6. Village Equities LLC (#13) | C |
| | 7. Villas at Ridge Mountain LLC (#13) | C |
| | 8. Alberni Group LLC (#13) | |
| | Alberni owns: | C |
| | 10% of Hanford Montecito Ranch LLC (#13) | C |
| | 1% of Hanford Central Park LLC (#13) | C |
| | 100% of CalTex Builders Inc. (#13) | C |
| | 100% of G&D Furniture LLC (#13) Assumed names in Texas: 3-2-1 Ventures; Alberni Group; Big Boy Produce; CalTex Builders; NP Properties | |
| | 100% of SST Holdings LLC (#13) | C |
| | SST owns: | C |
| | 100% of Briggs GP, LLC (#13) | C |
| | Briggs GP LLC owns: | |
| | 1% of Briggs Ranch Grand Vacation Club LP (#14) | C |
| | 100% of Hanford GP, LLC (#13) | |
| | Hanford GP, LLC owns: | C |
| | 1% of Hanford Investments LP (#14) | C |
| | 1% of Villas on Mulholland LP (#14) | C |
| | 100% of Hollyhills GP, LLC (#13) | |
| | Hollyhills GP, LLC owns: | C |
| | 1% of CalTex Management LP (#14) | C |
| | 1% of Hollyhills Investments LP (#14) | C |
| | ~~1% of Keystone Waterfront Group LP (#14)~~ | C |
| | 1% of Nueces Management LP (#14) | C |
| | 1% of BRTC Investments LP (#14) | C |
| | 1% of 211 Investments LP (#14) | C |
| | 1% of Golf Clubs of America LP (#14) | C |
| | 1% of Mt. Laurel Investments LP (#14) | C |
| | 1% of BR Vacation Club Management LP (#14) | |
| | Bailey Retirement Plan & Trust ("BRPT") – 49% (#13). See also #12 above. | C |
| | BRPT owns: | C | Unknown |
| | 1.  100% of Hanford Development Inc. (#13) | C |
| | 2.  100% of Southwest Joint Ventures LLC (#13) | |
| | Southwest Joint Ventures LLC owns: | C | Unknown |
| | 100% of Homble Partners LLC (#13) | C |
| | 3.  100% of Town Center at Briggs Ranch LLC (#13) | |
| | Town Center at Briggs Ranch LLC owns: | C | Unknown |
| | 100% of Marker 37 Management LLC (#13) | C |
| | 1% of Keystone Waterfront Group LP (#13) | C |
| | 4.  BRPT owns 100% of the Bailey Family Trust ("BFT"). | |
| | BFT owns: | C | Unknown |
| | 99% of San Antonio Alamos LP (#14) | |
| | San Antonio Alamos LP owns: | C |
| | 99% of 211 Investments LP (#14) | C |

**Exhibit 4 - Page 8 of 110**

| | | |
|---|---|---|
| 99% of Mt. Laurel Investments LP (#14) | C | |
| 99% of BRTC Investments LP (#14) | C | |
| 99% of Golf Clubs of America LP (#14) | C | |
| 99% of Hollyhills Investments LP (#14) | | |
|    Hollyhills Investments owns: | C | |
|     99% of Keystone Waterfront Group LP (#14) | | |
|      Keystone Waterfront Group owns: | C | |
|       99% of Nueces Management LLC (#13) | C | |
|     99% of BR Vacation Club Management LP (#14) | C | |
|   99% of Villas on Mulholland LP (#14) | | |
|    Villas on Mulholland LP owns: | C | |
|    99% of CalTex Management LP (#14) | C | |
|    99% of Hanford Investments LP (#14) | C | |
|    99% of Hanford Central Park LLC (#13) | C | |
|    90% of Hanford Montecito Ranch LLC (#13) | C | |
|   100% of Hollyhills Motor Sports LLC (#13) | C | |
|   100% of Timeshare of AmericaTrust (#12) | | |
|    Timeshares of America owns: | C | |
|     99% of Briggs Ranch Grand Vacation Club LP (#14) | | |
| 751 GP, LLC – 100% (formed – no stock issued) (#13) (subject to exemption) | C | $0 |
| Harbor Landing of Channel Islands Inc. – 100% (#13) ) (subject to exemption) | C | $0 |
| Somerset Marketing Corp – 100% (#13) Somerset owns 100% of Kalona Establishment ) (subject to exemption) | C | $0 |
| SFR 751 Briggs – 100% (formed – no stock issued) (#13) ) (subject to exemption) | C | $0 |
| Southport Commercial Inc – 100% (#13) (subject to exemption) | C | $0 |
| Southport Industrial - 100% (#13) (subject to exemption) | C | $0 |
| S&I Holdings Inc. – 100% (#13) (subject to exemption) | C | $0 |
| Sunrise Properties & Development Inc. – 100% (#13) (subject to exemption) | H | $0 |
| Southport Triangle Owners Association – interest unknown (#13) | C | $0 |
| Ironwood Properties & Development Inc. – interest unknown (#13) | W | $0 |
| Food Operations Inc. 100% suspended (#13) | C | $0 |
| Property Upkeep & Support Services Inc – suspended 100% (#13) | C | $0 |
| Las Palmas LLC – 50% interest (#13) | C | $0 |
| SA West Builders LLC – no stock issued (#13) | C | $0 |
| Southport Beer Barn – no stock issued (#13) | C | $0 |

**Exhibit 4 - Page 9 of 110**

| | | | |
|---|---|---|---|
| | TXBFT GP, LLC – no stock issued (#13) | C | $0 |
| | Westside Funding Group – no stock issued (#13) | C | $0 |
| | TCBR GP, LLC – no stock issued (#13) | C | $0 |
| | BR Vacation Owners Association Inc. – interest unknown | C | $0 |
| | Briggs Lifestyle Development LP – no stock issued | C | $0 |
| | | C | $0 |
| 16. Accounts receivable. | Any possible claim to a profit participation with Hanford-Southport LLC. Debtors estimate payoff cost is higher than the market value of the property. Debtors estimate a zero value (Southwest Joint Ventures) (subject to exemption).<br><br>See also #12 listed above for the entities that have a (#14) are included in this section as well (subject to exemption) | | $0 |
| 23. Licenses, franchises, and other general intangibles. | See also #12. #13 and #14 above<br>Business license of Hollyhills Development Inc.<br>State of Texas, Timeshare license for Briggs Ranch Grand Vacation Club LP possibly expires. Website: eastsidevision.info. | C | Unknown |
| 25. Automobiles. | 2000 BMW 323i (Manhattan) (subject to exemption) | C | $7,500 |
| 29. Machinery, fixtures, equipment, and supplies used in business | Office supplies (subject to exemption) | C | $100 |
| 35. Other personal property of any kind not already listed. Itemize | Potential Claims in (all below, subject to exemption):<br><br>1.  Case entitled United States of America v. Jerry Demario Guess, U.S. District Court of Western District of North Carolina, Docket No. 3:10CR145-FDW (subject to exemption). Debtors were defrauded by Mr. Guess for $575,000 who has pled guilty in this criminal case. Any recovery would have to be from restitution as defendant is presently in custody. | C | Unknown |
| | 2.  Master Fee Agreements and Bank Guarantees listed below have already been confirmed that they were fraudulently issued and given to Debtors. Any repayment would come through restitution in a criminal case, amount unknown. Amount of possible restitution is unknown.<br><br> * Master Fee Protection agreement dated 2/25/2010 issued to Town Center at Briggs Ranch<br> * Bank Guarantee dated 3/1/2010 issued to Town Center at Briggs Ranch<br> * Bank Guarantee dated 3/22/2010 issued to Somerset Marketing Corp<br> * Bank Guarantee dated 3/22/2010 issued to Village | C | Unknown |

Page 5 of 9

**Exhibit 4 - Page 10 of 110**

|  |  |  | Equities LLC<br>* Bank Guarantee dated 3/22/2010 issued to Village<br>Equities LLC<br>* Bank Guarantee dated 4/20/2010 issued to Village<br>Equities LLC<br>* Bank Guarantee dated 4/20/2010 issued to Town<br>Center at Briggs Ranch<br>* Bank Guarantee dated 4/20/2010 issued to Town<br>Center at Briggs Ranch<br>* Bank Guarantee dated 4/20/2010 issued to Somerset<br>Marketing Corp<br>* Bank Guarantee dated 6/15/2020 issued to Bailey<br>Family Trust<br>* Master Fee Protection dated 8/23/2010 issued to<br>Daniel Bailey |  |  |
|--|--|--|--|--|--|
|  |  | 3. | Any potential claim in the pending bankruptcy case In re<br>Briggs Ranch Grand Vacation Club LP, Case No. 6:08-<br>bk-23655. Estimated recovery is \$0.00 - \$15,000<br>(subject to exemption). | C | Unknown |
|  |  | 4. | Any possible value to any tax loss in any of the above<br>trusts, corporations, limited partnerships, limited<br>liability companies listed in 12, 13 and 14 above<br>(subject to exemption) | C | Unknown |
|  |  | 5. | Any possible claim to a foreclosure sale overage in<br>Brigg Ranch, LTD (Gil Hodge) 40 acre parcel<br>foreclosure sale | C | Unknown |
|  |  | 6. | Any possible claim against SMS including but not<br>limited to any credit violations for improper debt<br>collection practices under any laws including but not<br>limited to the Fair Debt Collections Practices Act | C | Unknown |

**Exhibit 4 - Page 11 of 110**

## Exhibit "A" to Schedule B – Personal Property

### Marital Household Furniture – Estimated Value
### Daniel N. Bailey and Marlene Y. Bailey, Co-Debtors

Living Room

| | |
|---|---|
| Sofa | $350.00 |
| 2 Chairs | $150.00 |
| Glass Coffee Table | $200.00 |
| Leather Chair | $200.00 |
| Side Table w/Lamp | $100.00 |
| 2 Round End Tables 2/Lamps | $100.00 |
| Big Screen TV (10 yrs old) | $250.00 |
| 7 Small Flower Pots | $ 70.00 |
| 6 Paintings | $200.00 |
| 1 Large Palm Tree | $100.00 |
| 3 Wrought Iron Stools | $225.00 |
| 3 Iron Statutes | $200.00 |
| Plant | $ 10.00 |

Entry Way

| | |
|---|---|
| 2 Entry Tables | $200.00 |
| 2 Mirrors | $200.00 |
| 4 Decorative Statutes | $100.00 |
| Rug | $ 50.00 |
| 1 Plant | $ 10.00 |

Dining Room

| | |
|---|---|
| Dining Room Table | $500.00 |
| 8 Chairs | $400.00 |
| Hutch | $250.00 |
| Large Mirror | $150.00 |
| Globe | $ 25.00 |
| 2 Flower Arrangements | $ 50.00 |
| Rug | $200.00 |

Kitchen

| | |
|---|---|
| 4 Leather Bar Stools | $400.00 |
| Kitchenette Table | $100.00 |
| 6 Cloth Chairs | $150.00 |
| Rug | $ 20.00 |

Page **7** of **9**

**Exhibit 4 - Page 12 of 110**

| Desk Chair | $ 25.00 |
| Metal Wine Rack | $ 10.00 |
| Small TV | $ 50.00 |
| Misc. Appliances | $100.00 |

Master Bedroom & Bath

| Master Bed, Frame & Mattress | $350.00 |
| 2 Night Stands w/Lamps | $100.00 |
| TV Cabinet | $250.00 |
| Big Screen TV(10 yrs old) | $200.00 |
| 2 Leather Chairs | $150.00 |
| Round End Table w/Lamp | $ 50.00 |
| 1 Large Palm Tree | $100.00 |
| Metal Towel Rack | $ 25.00 |
| Dressing Table Chair | $ 20.00 |
| 10 Misc. Paintings | $500.00 |

Exercise Room

| 2 Treadmills | $200.00 |
| TV w/VCR | $100.00 |
| Tapestry | $ 50.00 |

Guest Bedroom & Bath

| Guest Bed, Frame & Mattress | $200.00 |
| Dresser | $100.00 |
| 2 Night Stands w/Lamps | $100.00 |
| 2 small plants | $ 10.00 |
| 2 Paintings | $ 20.00 |
| TV | $ 25.00 |

Office:

| 3 Secretary chairs | $ 30.00 |
| Dell 3100cn Printer | $ 50.00 |
| Brother MFC 6490 Printer | $ 75.00 |
| 3 Monitors | $ 30.00 |
| Brother Sewing Machine | $ 25.00 |
| 2 Metal filing racks | $ 10.00 |
| 3 Small Paintings | $ 30.00 |
| NEC Phone System | $200.00 |
| Kaweah Copier | $150.00 |

**Exhibit 4 - Page 13 of 110**

Miscellaneous
Washer & Dryer                    $100.00

Garage
2 Bicycles                        $100.00
Safe                              $250.00
Refrigerator                      $200.00
King mattress set                 $  25.00
File cabinets                     $  50.00
Miscellaneous tools               $  50.00
Golf Clubs                        $  50.00

Patio Furniture:
  Sofa & Love Seat                $100.00
  3 Lounge Chairs                 $  75.00
  2 Tables w/6 Chairs             $100.00
  Round Table w/4 Chairs          $  75.00
  Roll Up Table                   $  25.00
Patio small refrigerator          $  50.00
Barbeque                          $  10.00

Addl. Misc. household goods
@ Yankee storage moved from
480 E. Bogert                     $2,000  - $4,000

**TOTAL**                         **$11,555 - $13,555**

**Exhibit 4 - Page 14 of 110**

B 6D (Official Form 6D) (12/07)

In re  Bailey, Daniel, Norman                    ,          Case No.  6:11-bk-42675
              **Debtor**                                                    **(If known)**

FIRST AMENDED

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Adams & Polunsky Ad Val <br> One Forum, Suite 1145 <br> 8000 IH-10 West <br> San Antonio, TX 78230 | X | | Judgment <br><br><br> VALUE $    6,500 | | x | x | $6,500.00 | None |
| ACCOUNT NO. <br><br> Deleted & Moved to Sch F <br> Argus Associates, LP <br> 6365 Via Cabrera <br> La Jolla, CA 92037 | x | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. 127620452 <br><br> Bank of America <br> PO Box 5170 <br> Simi Valley, CA <br> 93082-5170 | x | | Correct address <br> 480 E. Bogert <br> Palm Springs, CA <br><br> VALUE $  1,039,676 | x | x | x | $1,039,676.00 | None |

|  |  |  |
|---|---|---|
| 3  continuation sheets attached | Subtotal ▶ (Total of this page) | $  1,046,176 | $  0.00 |
| | Total ▶ (Use only on last page) | $  12,669,098 | $  0.00 |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**Exhibit 4 - Page 15 of 110**

## AMENDED ATTACHMENT TO SCHEDULE D – Creditors Holding Secured Claims
### (Continued)

| CREDITOR'S NAME, MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (see instructions) | C O D E B T O R | Hus. Wife Joint Or Com m | Date Claim was Incurred and, Nature of Lien, and Description and Value of Property Subject to Lien | C O N T I N G E N T | U N L I Q U I D A T e d | D I S P U T E D | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|---|
| Central Valley Holdings Company Hanford Development Properties c/o Duckor Spradling 3043 4th Ave. San Diego, CA 92103 | X | C | 2/18/2009 Judgment Hanford Dev. Hollyhills Dev. | X | X | X | $452,950.00 | |
| Chang & Cote, LLP 19138 Walnut Drive, Suite 100 Rowland Heights, CA 91748 | X | C | 2/26/2010 Judgment Hollyhills GP, LLC Hollyhill Investments Alberni Group LLC Village Equities LLC Sunrise Properties S&I Holdings Inc. Hollyhills D LLC Hollyhills Dev. | X | X | X | $183,801.96 | |
| Charles Cundiff PO Box 1204 Burleson, TX 76097 | X | | 2/5/2009 Judgment Hollyhills Investments | X | X | X | $7,900.00 | |
| Connolly & Company Ltd. 7744 Broadway #103 San Antonio, TX 78209 | X | C | 7/18/2010 UCC Filing & 2nd lien on all real & personal property @ 480 E. Bogert Trail, Palm Springs CA (Debtor's residence) $700,000 | X | X | X | $660,000.00 | |
| Conoco Phillips Company 3900 Kilroy Airport Way #210 Long Beach, CA 90806 | X | C | Judgment 3/30/2009 Bailey Family Trust Hollyhills Investments | X | X | X | $101,942.73 | |
| David M. Herley Trustee c/o William Windham 790 Beaumont Avenue, Ste. 124 Beaumont, CA 92223 | X | | 5/2010 Judgment (Hanford Central Park) | X | X | X | $13,467.90 | |
| Edwards Aquifer Authority c/o DKemp Smith LLP 816 Congress Ave., Ste 1150 Austin, TX 78701 | X | | 1/29/2009 Judgment BRTC Investments LP Holyhills GP, LLC | X | X | X | Unknown | |
| Edwards Aquifer Authority c/o DKemp Smith LLP 816 Congress Ave., Ste 1150 Austin, TX 78701 | X | | 1/29/2009 Judgment Mt. Laurel Investments Hollyhills GP, LLC | X | X | X | $117,000.00 | |

Continuation Sheet 1 of 3          Subtotal of This Page Only     $1,537,062.59

**Exhibit 4 - Page 16 of 110**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Feola Inc.<br>Frasca Rooney LLP<br>117 E. Colorado Blvd., Suite 117<br>Pasadena, CA 91105 | X | C | 1/29/2009<br>Judgment<br>Hollyhills Development<br>Hollyhills D LLC | X | X | X | $140,056.00 | |
| Insurance Company of the West<br>11455 El Camino Real<br>San Diego, CA 92130-2045 | X | C | 3/21/2011<br>Judgment<br>Bailey Family Trust<br>Hanford Development<br>Hanford GP<br>Hanford Central Park<br>Hanford Montecito<br>Ranch<br>Hanford Investments<br>Villas at Mulholland | X | X | X | $1,300,000.00 | |
| Interdirect USA, LTD<br>Sloan & Moyer LLP<br>11767 Katy Freeway, Suite 1130<br>Houston, TX 77079 | | | 1/30/2009<br>Judgment<br>Hollyhills Investments | X | X | X | $17,600.00 | |
| Allan & Peggy Lieb<br>6861 Hyde Park Drive<br>San Diego, CA 92119 | X | C | 1/31/2011<br>Judgment<br>Hanford Central Park<br>Hanford Investments | X | X | X | $60,000.00 | |
| Motivational Systems<br>2695 N. Fowler<br>Fresno, CA 93727 | X | | 2008<br>Judgment<br>Advertising<br>Hanford Montecito<br>Ranch<br>Hollyhills Development | X | X | X | $35,722.47 | |
| Motschiedler, Michaelides,<br>Wishon, Brewer<br>1690 W. Shaw, Suite 200<br>Fresno, CA 93711 | X | C | 8/21/2011<br>Judgment<br>Bailey Family Trust<br>Hanford Development | X | X | X | $123,753.60 | |
| Oil Patch Petroleum<br>c/o Guy Watts<br>P. O. Box 6865<br>Corpus Christi, TX 78466 | X | H | 1/2/2011<br>Judgment<br>Nueces Marina Mngmt<br>Bailey Family Trust | X | X | X | $23,413.80 | |
| Saeed Oehme<br>c/o Lee Lubin<br>16133 Ventura lvd., Ste 1175<br>Encino, CA 91436 | X | C | 7/28/2008<br>Judgment<br>S&I Holdings<br>Sunrise Properties | X | X | X | $50,000.00 | |
| Sahara Mobilehome Park<br>1955 El Camino Real<br>Palm Springs, CA 92264 | X | C | 8/1/2011<br>Mobilehome space rent | X | X | X | $1,693.88 | |
| SMS Hanford LLC<br>2645 North 7th Avenue<br>Phoenix, AZ 85007 | X | C | 4/6/2011<br>Judgment<br>Hanford Montecito<br>Ranch<br>Bailey Family Trust | X | X | X | $6,378,992.91 | |
| Southwest Planning<br>512 Main Street, Ste 1100<br>Fort Worth, TX 76102 | X | | 2008<br>Judgment<br>(Hollyhills) | X | X | X | $16,920.15 | |

Continuation Sheet 2 of 3          Subtotal of This Page Only   $8,148,152.81

**Exhibit 4 - Page 17 of 110**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| State of Nevada<br>555 E. Washington Ave., Ste 4100<br>Las Vegas, NV 89101 | X | H | 7/9/2009<br>Judgment<br>Hollyhills Dev | X | X | X | $25,032.73 | |
| Suncoast Resources, Inc.<br>Habbeshaw Kalmans PC<br>9901 IH 10 West Suite 800<br>San Antonio, TX 78230 | X | | 1/14/2010<br>Judgment<br>Nueces Marina Mgmt<br>Hollyhills GP | X | X | X | $84,221.80 | |
| TBF Financial<br>c/o Martin F. Goldman<br>10880 Wilshire Blvd., Ste 2240<br>Los Angeles, CA 90024 4123 | X | | 2008<br>Judgment<br>(Hollyhills) | X | X | X | $11,980.59 | |
| Texas Workforce Commission<br>101 E. 15th St, Room 556<br>Austin, TX 78778 | X | H | 2006-2007<br>Judgment | X | X | X | $5,685.89 | |
| The Golf Club of Texas<br>Lee Elms<br>7800 IH 10 West, Suite 600<br>San Antonio, TX 78230 | | H | 5/6/2010<br>Judgment | X | X | X | $900,000.00 | |
| Transtar Holdings LLC<br>2029 Century Blvd., Ste. 1040<br>Los Angeles, CA 90067 | X | H | 3/24/2010<br>Judgment<br>BRTC Investments<br>Hollyhills Investments | X | X | X | $57,220.63 | |
| Walter Holiday<br>c/o Daniel L. Alexander<br>Coleman Frost LLP<br>~~501 Colorado Ave., Ste. 204~~<br>~~Santa Monica, CA 9040~~<br>429 Santa Monica Blvd. Ste 700<br>Santa Monica, CA 90401<br>CORRECTED ADDRESS ONLY | X | C | 5/7/2008<br>Judgment<br>S&I Holdings<br>Hollyhills Development<br>Sunrise Properties<br>Village Equitics | X | X | X | $810,000.00 | |
| Westgate Community Association<br>Peters & Freedman LLP<br>191 Calle Magdelena, Suite 220<br>Encinitas, CA 92024 | X | C | 1/24/2011<br>Judgment<br>Bailey Family Trust | X | X | X | $12,715.00 | |

Summary Total of Page 3        $1,906,856.64

## ADDITIONS TO SCHEDULE D

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Ramiro Canales<br>Tax Collector-Nueces County<br>PO Box 2810<br>Corpus Christi, TX 78403 | X | | Property Taxes<br>Marker 37 Marina | X | X | X | $30,920.06 | None |

Summary Total of Additions        $30,920.06

Continuation Page 3 of 3

| | |
|---|---|
| Summary Total of Schedule D Face Page | $ 1,046,176.00 |
| Summary Total of Continuation Page 1 | $ 1,537,062.59 |
| Summary Total of Continuation Page 2 | $ 8,148,152.81 |
| Summary Total of Continuation Page 3 | $ 1,906,856.64 |
| Summary Total of Additions on Page 3 | $ 30,920.06 |
| **TOTAL** | **$ 12,669,098.10** |

Exhibit 4 - Page 18 of 110

B 6E (Official Form 6E) (04/10)

In re **Bailey, Daniel, Norman**                ,            Case No. **6:11-bk-42675**
            Debtor                                              *(if known)*

FIRST AMENDED

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

## Exhibit 4 - Page 19 of 110

B 6E (Official Form 6E) (04/10) – Cont.

In re Bailey, Daniel, Norman_____,          Case No. 6:11-bk-42675_____
_____Debtor                                      *(if known)*

☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

  Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* *Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

4___ continuation sheets attached

**Exhibit 4 - Page 20 of 110**

B 6E (Official Form 6E) (04/10) – Cont.

In re  Bailey, Daniel, Norman                    ,     Case No.  6:11-bk-42675
_____            _____
             **Debtor**                                          **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **Account No.** <br><br> Comptroller of Public Acct <br> 111 E. 17th St <br> Austin, TX 78774-0100 | X | | 2008 Franchise Tax Hanford Dev | X | X | | $8,830.74 | Unknown | Unknown |
| **Account No.** <br><br> Dept of the Treasury <br> Ogden, UT 84201-0038 | X | | Income Tax & Assessments | X | X | X | Unknown | Unknown | Unknown |
| **Account No.** <br><br> County of Riverside <br> Tax Collector <br> PO Box 12005 <br> Riverside, CA 92502 | X | | 2006/2007 Tax Lien Hollyhills Dev | X | X | | $4,258.84 | Unknown | Unknown |
| **Account No.** <br><br> Don Kent, Treasurer <br> 4080 Lemon Street <br> PO Box 12005 <br> Riverside, CA 92502-2205 | X | W | 2010 Property Taxes | | X | X | $2,277.52 | Unknown | Unknown |
| Sheet no. _1_ of _4_ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotals▶ (Totals of this page) | | | | $ 15,367.10 | $ Unknown | Unknown |
| | | | Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $ 106,779.94 | | |
| | | | Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $ | $ |

**Exhibit 4 - Page 21 of 110**

B 6E (Official Form 6E) (04/10) – Cont.

In re Bailey, Daniel, Norman_____, Case No. 6:11-bk-42675
          **Debtor**                                                 **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 445-4768-5<br><br>EDD<br>PO Box 826805<br>Sacramento, CA<br>94205-0001 | X | | 2009, 2010 & 2011<br>Hollyhills Dev | X | X | X | $13,068.22 | Unknown | Unknown |
| Account No. 2492534000<br><br>Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257 | X | C | Income Tax | | | | $78,646.91 | Unknown | Unknown |
| Account No. 2009209091A<br><br>Linebarger Goggan Blair<br>1301 Travis St., Ste. 10<br>Houston, TX 77253 | X | | 2009<br>BRTC<br>Investments | X | X | | $416.00 | Unknown | Unknown |
| Account No. 2008145397A<br><br>Linebarger Goggan Blair<br>1301 Travis St., Ste. 10<br>Houston, TX 77253 | X | | 2008<br>G&D Furniture | X | X | | $832.00 | Unknown | Unknown |

Sheet no. _2_ of _4_ continuation sheets attached to Schedule
of Creditors Holding Priority Claims

|  | Subtotals▶<br>(Totals of this page) | $ 92,963.13 | $ Unknown | Unknown |
|---|---|---|---|---|
|  | Total▶<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
|  | Totals▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

**Exhibit 4 - Page 22 of 110**

B 6E (Official Form 6E) (04/10) – Cont.

In re  Bailey, Daniel, Norman _____,  Case No.  6:11-bk-42675 _____
             **Debtor**                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 04345-000-1090<br><br>Loraine Newman<br>1102 15th Street<br>Hondo, TX 78861 | X | | 2011<br>Property Taxes<br>Town Center | X | X | | $34.50 | Unknown | Unknown |
| Account No. 3898-0000-0060<br><br>Nueces County<br>PO Box 2810<br>Corpus Christi, TX 78403 | X | C | 2010<br>Property Taxes<br>Nueces Marina | X | X | | $13,363.12 | Unknown | Unknown |
| Account No. 244013.00<br><br>Nevada Dept of Employ.<br>500 E. Third Street<br>Carson City, NV 89713 | X | | 2008<br>Employment<br>Taxes<br>Hollyhills Dev | X | X | | $4,993.67 | Unknown | Unknown |
| Account No. 513570017-7<br><br>Paul McDonnell<br>4080 Lemon Street<br>Riverside, CA 92502 | X | | 2008<br>Property Taxes<br>Hollyhills Dev<br>Palm Springs<br>Lots | X | X | | $247.88 | Unknown | Unknown |

Sheet no. _3_ of _4_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)     $ 18,639.17     $ Unknown     Unknown

Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)     $

Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)     $     $

**Exhibit 4 - Page 23 of 110**

B 6E (Official Form 6E) (04/10) – Cont.

In re **Bailey, Daniel, Norman** _____ ,   Case No. **6:11-bk-42675**
_____
**Debtor**   (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

AMENDED TO CORRECT AMOUNT OF CLAIM AND AMOUNT ENTITLED TO PRIORITY

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>State of Nevada<br>555 E. Washington Ave<br>Ste. 4100<br>Las Vegas, NV 89101 | X | | 2008 Wages | X | X | | $25,032.73 | Unknown | Unknown |
| Account No. 04345-000-0190<br><br>Sylvia S. Romo<br>PO Box 839950<br>San Antonio, TX 78283 | X | | 2011 Property Taxes Town Center | X | X | | $8,216.25 | Unknown | Unknown |
| Account No.<br><br>Texas Workforce Comm.<br>101 East 15th Street<br>Austin, TX 78778-0001 | X | C | 2008 Wages Briggs Ranch timeshare | X | X | | $25,208.47 | Unknown | Unknown |
| Account No.<br><br><br><br> | | | | | | | | | |

Sheet no. **4** of **4** continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | Subtotals▶ (Totals of this page) | $ 58,457.45 | $ Unknown | Unknown |
|---|---|---|---|---|---|---|

Total▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$ 106,779.94

Totals▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

$ Unknown   $ Unknown

**Exhibit 4 - Page 24 of 110**

B 6F (Official Form 6F) (12/07)

In re __Bailey, Daniel, Norman_____,    Case No. __6:11-bk-42675_____
                    **Debtor**                              (if known)

SECOND AMENDED

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>See Attachment | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | Subtotal▶ | | | | $ |
| | | | Total▶ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ 57,483,845.70 |

__14__  continuation sheets attached

**Exhibit 4 - Page 25 of 110**

## SECOND AMENDMENT TO ATTACHMENT TO
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (see instructions) | C O D E B T O R | Hus. Wife Joint Or Comm | Date Claim was Incurred and Consideration For Claim. If Claim is Subject to Setoff, so state. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Allen Boone Humphries LLP 3200 Southwest Fwy #2600 Houston, TX 77027 | X | | 12/7/2005-10/31/2007 Legal Services | | | X | $47,485.62 |
| American Medical Response PO Box 467600 Atlanta, GA 31146 | | X | 5/2008 Ambulance for mother | | | | $1,350.61 |
| Assessment Technologies 121 Interpark Blvd. #308 San Antonio, TX 78216 | X | | Property Tax Work | | | X | $32,838.20 |
| Account No. 854652801 AT&T Payment Center Sacramento, CA 95887-0001 | X | | 6/2009 Phone Service | | | | $41.11 |
| AT&T Long Distance PO Box 5017 Carol Stream, IL 60197-5017 | X | | 12/2009 Long Distance service | | | | $44.11 |
| Account No. 4707650000328203 ACI P2420 Sweet Home Rd, Ste 150 Amherst, NY 14228-244 | | W | 2009 Credit card | X | X | | $6,749.56 |
| American Bank NA P. O. Box 6469 Corpus Christi, TX 78466-6469 | X | C | 10/28/2005. Promissory Notes Guaranty | X | X | X | $111,820.91 |
| Accurate Court Reporting Inc. 24650 Sandhill Blvd., Suite 401 Punta Gorda, FL 33983 | | C | 01/19/2010 Reporters costs | X | X | | $3,414.25 |
| Account No. WC0033626620 AIG Caine & Weiner 1699 East Woodfield Rd. Schaumburg, IL 60173 | X | | 2008 Insurance (Hollyhills) | X | X | X | $17,690.00 |
| All-Cal Collection Services PO Box 1614 Osage Beach, MO 65065 | | W | 7/2008 Medical lab reports | | | | $82.06 |
| Account No. 370601 All-Cal Collections Physicians Automated Lab Inc PO Box 1500 Bakersfield, CA 93302 | | H | 7/2008 Medical lab reports | X | X | | $202.07 |

Page 1 of 14

**Exhibit 4 - Page 26 of 110**

| Creditor | | | Date / Description | | | | Amount |
|---|---|---|---|---|---|---|---|
| Account No.XXXX-XXXXXX-21005<br>American Express<br>PO Box 297871<br>Fort Lauderdale, FL 3329 | | H | 2010<br>Credit Card | | | X | $50,000.00 |
| Acct No. 329194005<br>Anthem Blue Cross<br>c/o Slater, Tenaglia, Fritz & Hunt<br>PO Box 5476<br>Mt. Laurel, NU 08054 | X | | 8/2007<br>Health Insurance<br>(Hollyhills) | X | X | X | $15,972.50 |
| Argus Associates<br>MacHutchin Development<br>6365 Via Cabrera<br>La Jolla, CA 92037 | X | C | 2007<br>Personal Guarantees | X | X | X | $2,300,000 |
| Account No. 0023803323<br>Arrowhead Waters<br>PO Box 5010<br>Woodland Hills, CA 91365-5010 | | W | 2010<br>Water | X | X | X | $433.06 |
| Account No. 49053352366<br>ARS<br>PO Box 469046<br>Escondido, CA 92046 | | W | 2009<br>Credit card | X | X | | $470.96 |
| Account No. XXXXXXX906439028<br>Asset Acceptance, LLC<br>PO Box 2036<br>Warren, MI 48090-2036 | | W | 2009<br>Credit card | X | X | | $5,990.24 |
| Account No. XXXXXXXXX7125<br>Associated Recovery Systems<br>PO Box 469046<br>Escondido, CA 92046 | | W | 2009<br>Credit card | X | X | | $14,101.34 |
| Account No. 4603234015846<br>AT&T West<br>c/o ARSI<br>555 St. Charles Dr., Ste 100<br>Thousand Oaks, CA 91360 | | | Telephone service | X | X | | $60.40 |
| AT&T Long Distance<br>PO Box 5017<br>Carol Stream, IL 60197-5017 | | | Phone | X | X | | $200.00 |
| Badkoubehi, Dadmehr, LLP<br>10866 Wilshire Blvd., Ste. 400<br>Los Angeles, CA 90024 | | C | 2009-2010<br>Legal Fees | X | X | X | $8,277.87 |
| Ballys/Paris<br>3645 Las Vegas Blvd., South<br>Las Vegas, NV 89109 | | H | 2007<br>Credit Line | X | X | X | $34,000.00 |
| Account No. 4888930097312109<br>Bank of America<br>PO Box 1598<br>Norfolk, VA 23501 | | W | 2010<br>Credit Card | X | X | | $7,913.92 |
| Account No. 4313038280022370<br>Bank of America<br>PO Box 1598<br>Norfolk, VA 23501 | | H | 2010<br>Credit Card | X | X | | $4,103.19 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Barbara Trout<br>128 Mecca<br>Palm Springs, CA 92264 | | C | 2011 | | | X | $3,800.00 |
| Account No. XXXXXXXXXX9445<br>Barclays Bank<br>125 South West Street<br>Wilmington, DE 19801 | | H | 2010<br>Credit Card | X | X | | $2,661.89 |
| Acct 003001<br>Barefoot Digital Solutions<br>528 E. Nueva<br>San Antonio, TX 78205 | X | | Copying | X | X | X | $148.77 |
| Better Days Cleaning Services<br>c/o A&S Collection<br>PO Box 35<br>Williamstown, Vermont 05679 | | C | 2008<br>Cleaning Services | X | X | | $5,140.00 |
| BFT & Affiliates<br>P. O. Box 5818<br>Palm Springs, CA 92263 | X | | 2004-2011<br>211 Investments LP<br>Loans | X | X | | $1,483,923.00 |
| BFT & Affiliates<br>P. O. Box 5818<br>Palm Springs, CA 92263 | X | | 2004-2011<br>BRTC Investments LP<br>Loans | X | X | | $1,426,614.00 |
| BFT & Affiliates<br>P. O. Box 5818<br>Palm Springs, CA 92263 | X | | 2004-2011<br>CalTex Management LP<br>Loans | X | X | | $13,970.00 |
| BFT & Affiliates<br>P. O. Box 5818<br>Palm Springs, CA 92263 | X | | 2004-2011<br>CalTex Builders Inc.<br>Loans | X | X | | $34,800.00 |
| BFT & Affiliates<br>P. O. Box 5818<br>Palm Springs, CA 92263 | X | | 2004-2011<br>Golf Clubs of America LP<br>Loans | X | X | | $1,907,396.00 |
| BFT & Affiliates<br>P. O. Box 5818<br>Palm Springs, CA 92263 | X | | 2001-2011<br>Hanford Development Inc.<br>Loans | X | X | | $237,426.00 |
| BFT & Affiliates<br>P. O. Box 5818<br>Palm Springs, CA 92263 | X | | 1997-2011<br>Hollyhills Development Inc.<br>Loans | X | X | | $8,998,339.00 |
| BFT & Affiliates<br>P. O. Box 5818<br>Palm Springs, CA 92263 | X | | 2004-2011<br>Hollyhills Investments LP<br>Loans | X | X | | $2,502,164.00 |
| BFT & Affiliates<br>P. O. Box 5818<br>Palm Springs, CA 92263 | X | | 2006-2011<br>Hollyhills Motor Sports LLC<br>Loans | X | X | | $46,292.00 |
| BFT & Affiliates<br>P. O. Box 5818<br>Palm Springs, CA 92263 | X | | 2004-2011<br>Hanford Investments LP<br>Loans | X | X | | $11,383.00 |
| BFT & Affiliates<br>P. O. Box 5818<br>Palm Springs, CA 92263 | X | | 2005-2011<br>Homble Partners LLC<br>Loans | X | X | | $158,974.00 |
| BFT & Affiliates<br>P. O. Box 5818<br>Palm Springs, CA 92263 | X | | 2005-2011<br>Keystone Waterfront Grp LP<br>Loans | X | X | | $1,015,875.00 |
| BFT & Affiliates<br>P. O. Box 5818<br>Palm Springs, CA 92263 | X | | 2006-2011<br>Mt. Laurel Investments LP<br>Loans | X | X | | $708,713.00 |

**Exhibit 4 - Page 28 of 110**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BFT & Affiliates<br>P. O. Box 5818<br>Palm Springs, CA 92263 | X | | 2004-2011<br>San Antonio Alamos LP<br>Loans | X | X | | $3,320,400.00 |
| BFT & Affiliates<br>P. O. Box 5818<br>Palm Springs, CA 92263 | X | | 1995-2011<br>S&I Holdings Inc.<br>Loans | X | X | | $3,449,905.00 |
| BFT & Affiliates<br>P. O. Box 5818<br>Palm Springs, CA 92263 | X | | 1998-2011<br>Somerset Marketing Corp<br>Loans | X | X | | $1,193,959.00 |
| BFT & Affiliates<br>P. O. Box 5818<br>Palm Springs, CA 92263 | X | | 2004-2011<br>SST Holdings LLC | X | X | | $161,217.00 |
| BFT & Affiliates<br>P. O. Box 5818<br>Palm Springs, CA 92263 | X | | 1991-2011<br>Sunrise Properties & Dev<br>Loans | X | X | | $5,526,314.00 |
| BFT & Affiliates<br>P. O. Box 5818<br>Palm Springs, CA 92263 | X | | 2008-2011<br>Southwest Joint Ventures<br>LLC<br>Loans | X | X | | $766,250.00 |
| BFT & Affiliates<br>P. O. Box 5818<br>Palm Springs, CA 92263 | X | | 2008-2011<br>Town Center at Briggs<br>Ranch LLC<br>Loans | X | X | | $441,393.00 |
| Blue Shield of California<br>c/o RMS<br>77 Hartland St., Ste 401<br>PO Box 280431<br>East Hartford, CT 06128-0431 | X | | Health Insurance<br>(Hollyhills) | X | X | X | $3,578.10 |
| Acct No. Panorama T-1 2212<br>Bombard Mechanical<br>3933 W. Ali Baba<br>Las Vegas, NV 89118 | X | | 11/3/2008<br>Repair | X | X | | $427.50 |
| Briggs Ranch Nominee I, LP<br>c/o Fortress VRF Advisors<br>1209 Orange Street<br>Wilmington, DE 19801 | X | | Guarantee | X | X | X | $3,300,000.00 |
| BRTC Investments LP<br>P. O. Box 5818<br>Palm Springs, CA 92263 | X | | 2008-2011<br>Town Center at Briggs<br>Ranch | X | X | | $800,000.00 |
| Account No 399XXXX<br>Caine & Weiner<br>21210 Erwin Street<br>Woodland Hills, CA 91367 | | C | 2010<br>Credit Card | X | X | | $211.00 |
| Account No. 21325<br>Cable Marine<br>2491 State Road 84<br>Fort Lauderdale, FL 33312 | | H | 12/2008<br>Storage | X | X | | $20,556.82 |
| Caesar's Palace<br>3570 Las Vegas Blvd.<br>Las Vegas, NV 89109 | | H | 2007<br>Credit Line | X | X | X | $59,000.00 |
| California Friends Foundation<br>12151 Dale Ave<br>Stanton, CA 90680 | X | | 2006/2007<br>Personal Guarantees | X | X | X | $4,283,345.63 |

| | | | | | | | |
|---|---|---|---|---|---|---|---:|
| Account No. 3762693 & 81234109<br>CalTrans<br>PO Box 510950<br>New Berlin, WI 53151 | X | | 12/2008<br>(Hanford Auto Mall Project) | X | X | | $3,810.00 |
| Account No. 900613<br>Capital Management Services, LP<br>726 Exchange Street, Ste 700<br>Buffalo, NY 14210 | | H | 2008<br>Credit card | X | X | | $2,661.89 |
| Account No. 5178052329595074<br>Capital One<br>PO Box 71083<br>Charlotte, NC 28272-1083 | | W | 2010<br>Credit Card | X | X | | $2,740.21 |
| Account No. XXXXXXXX1303<br>Cardworks Servicing LLC<br>PO Box 9201<br>Old Betpage, NY 11804 | | H | 2009<br>Credit card | X | X | | $3,721.64 |
| Account No. 11257<br>Cartwright Termite & Pest Control<br>PO Box 658<br>La Quinta, CA 92247 | | W | 4/2010<br>Exterminator services | X | X | | $135.00 |
| Account No. 905855<br>CBS Outdoor<br>5678 E. Sields<br>Fresno, CA 93727 | X | | 5/2008<br>Billboard<br>(Hanford project) | X | X | X | $1,184.04 |
| Account No. XXXXX-8504&9467<br>Chase Bank<br>300 S. Grand Ave – 4th Floor<br>Los Angeles, CA 90071 | | W | 2010<br>Credit Card | X | X | | $10,389.29 |
| Account No. XXXX-XXXXX-9483<br>Chase Bank<br>300 S. Grand Ave – 4th Floor<br>Los Angeles, CA 90071 | | H | 2010<br>Credit Card | X | X | | $5,147.15 |
| Account No. XXXX-XXX-XX-8191<br>Chase Bank<br>300 S. Grand Ave – 4th Floor<br>Los Angeles, CA 90071 | | W | 2010<br>Credit Card | X | X | | $45,971.80 |
| Account No. XXXXXXXXXX7125<br>Citi<br>PO Box 6500<br>Sioux Falls, SD 57117 | | W | 2010<br>Credit Card | X | X | | $14,101.34 |
| Account No. XXXXXXXXX4240<br>Citi<br>PO Box 6500<br>Sioux Falls, SD 57117 | | H | 2010<br>Credit Card | X | X | | $17,530.73 |
| Account No. XXXXXXXXX5472<br>Citi<br>PO Box 6500<br>Sioux Falls, SD 57117 | | W | 2010<br>Credit Card | X | X | | $10,617.60 |
| Account No. 15408363<br>City of Palm Springs<br>PO Box 3294<br>Palm Springs, CA 92263 | | C | 11/2007<br>Alarm Costs | X | X | X | $2,472.00 |
| City of West Hollywood<br>9355 Burton Way<br>Beverly Hills, CA 90210 | X | | 2005 | X | X | X | $350.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Cliff Douglas<br>P. O. Box 2729<br>Rancho Santa Fe, CA 92067 | X | C | 2008<br>Possible Future Liability<br>Southport Ground Lease &<br>Option, Personal Guarantee | X | X | X | Unknown |
| Account No. W1-924700241<br>Coachella Valley Path Assoc<br>PO Box 2311<br>Chatsworth, CA 91313-2311 | | H | 2009<br>Medical Expenses | X | X | | $10.23 |
| Account No. 24 0001419566<br>Coachella Valley Collection<br>44825 san Pablo<br>Palm Desert, CA 92260 | | H | 2010<br>Medical Expenses | X | X | | $504.31 |
| Account No. 405233.117.0.0<br>Coachella Valley Water District<br>PO Box 1058<br>Coachella, CA 92236 | X | | 2/2008<br>Water bill for 67 Royal St<br>George Way lot<br>Bailey Family Trust | X | X | X | $246.20 |
| Account No. 13749251<br>Collection Bureau of America<br>P. O. Box 5013<br>Hayworth, CA 94540 | | W | Water | X | X | | $941.71 |
| Connolly & Company<br>7744 Broadway #103<br>San Antonio, TX 78209 | X | C | PR Marketing Services &<br>Personal Loans | X | X | | $660,324.00 |
| Account No. 46613<br>CoPower<br>1600 W. Hillsdale Blvd.<br>San Mateo, CA 94402 | X | | 12/2007<br>Vision Insurance<br>(Hollyhills) | X | X | | $1,670.65 |
| Account No. 300-1610-676<br>CPS Energy<br>PO Box 2678<br>San Antonio, TX 78289-0001 | | W | 7/2010<br>Electric bill for 230 Dwyer | | | X | $112.41 |
| De Lage Landen #24699131<br>c/o A/R Recovery Specialist<br>NCO Financial Systems, Inc.<br>3850 N. Causeway Blvd., 3rd Floor<br>Metairie, LA 70002 | X | | 2007<br>Lease<br>(CalTex)<br>Possible future liability | X | X | | Unknown |
| Denise Jusko<br>c/o Razaghi<br>16828 Bollinger Drive<br>Pacific Palisades, CA 90272 | X | H | 8/2010<br>Personal Guarantee | X | X | X | $80,000.00 |
| Account No. 3251<br>Desert Alarm<br>73-168 Highway 111, Suite 204<br>Palm Desert, CA 92260 | | W | 2010<br>Alarm | X | X | X | $1,275.00 |
| Account No. 4707650000328211<br>Deotto<br>PO Box 23060<br>Columbus, GA 31902-3060 | | W | 2010<br>Credit Card | X | X | | $5,749.10 |
| Account No. 00680896094<br>Desert Imaging<br>MD Collections<br>PO Box 73848<br>San Clemente, CA 92673 | | W | 2010<br>Medical Expenses | X | X | | $320.61 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. 00680895-04<br>Desert Medical Imaging<br>PO Box 73848<br>San Clemente, CA 92673 | | H | 2010<br>Medical Expenses | X | X | | | $56.07 |
| Diamond Bay<br>6212 W. Desert Inn Road<br>Las Vegas, NV 89146 | X | C | Possible future liability<br>Personal Guarantee | X | X | X | | Unknown |
| Account No. 41449728418648<br>DS Waters of America<br>PO Box 660579<br>Dallas, TX 75266-0579 | | C | 2010<br>Water | X | X | | | $814.12 |
| Account No. 1-30-48865-06360-00-<br>0000-2-01<br>LA DWP<br>PO Box 30808<br>Los Angeles, CA 90030-0808 | X | | 12/2008<br>Electric, Sewer & Trash<br>(Manhattan Holdings) | X | X | X | | $2,100.62 |
| Eloy's Pool Service & Repairs<br>PO Box 746<br>Cathedral City, CA | | W | 3/2011<br>Pool Service | X | X | X | | $590.00 |
| Account No. 111733-ERMG-050411<br>& 100410<br>Eisenhower Imaging<br>CMRE Financial<br>3075 E. Imperial Hwy #200<br>Brea, CA 92821 | | W | 2010<br>Medical Expenses | X | X | | | $377.09 |
| Eisenhower Medical Center<br>c/o CMRE Financial<br>3075 E. Imperial Hwy #200<br>Brea, CA 92821 | | H | 2009-2010<br>Medical Expenses | X | X | | | $3,473.83 |
| Eisenhower Radiology Med Group<br>c/o CMRE Financial<br>3075 E. Imperial Hwy #200<br>Brea, CA 92821 | | H | 2010<br>Medical Expenses | X | X | | | $22.34 |
| Account No. XXXXXXXXX2283<br>Enhanced Recovery Company<br>8014 Bayberry Rd<br>Jacksonville, FL 32256 | | W | 2009<br>Credit card | X | X | | | $1783.39 |
| Account No. 40203221<br>Ever Bank<br>Dept #1608<br>Denver, CO 80291 | X | | 2010<br>Golf Clubs of America | X | X | | | $1,743.65 |
| Account No. 4085025906439028<br>First Bancard<br>Asset Acceptance<br>PO Box 2036<br>Warren, MI 48090-2036 | | W | 2010<br>Credit Card | X | X | | | $5,990.24 |
| Account No. 338651-1<br>Food Lovers<br>7120 Havenhurst Ave., Ste. 111<br>Van Nuys, CA 91406 | | W | 3/2010 | X | X | | | $104.85 |
| Account No. 102897-91707<br>Golden Tree Maintenance<br>1080 E. Highway 121<br>Lewisville, TX 75057 | X | | 8/2008<br>Judgment<br>(Hollyhills) | X | X | X | | $14,441.52 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account No. 171413<br>Grist & Associates<br>4570 Van Nuys Blvd. #331<br>Sherman Oaks, CA 91403 | X | | 10/2006<br>Architectural Services<br>(Hollyhills) | X | X | X | $8,680.67 |
| Account No. Bailey Litigation<br>Gupta Legal Center<br>402 West Broadway, Suite 400<br>San Diego, CA 92101 | | C | 4/2009<br>Legal Services | X | X | X | $1,900.00 |
| Hollyhills Investments LP<br>P. O. Box 5818<br>Palm Springs, CA 92263 | X | | 2008-2011<br>Town Center Briggs Ranch<br>Loans | X | X | | $1,200,000.00 |
| Account No. Ligna<br>Horack Talley<br>2600 One Wachovia Center<br>301 S. College Street<br>Charlotte, NC 28202-6038 | X | C | 8/2009<br>Legal Services<br>Mario | X | X | | $15,159.17 |
| Account No. 1207871<br>Generation Marine<br>2525 Marina Bay Dr. West #203<br>Fort Lauderdale, FL 33312 | X | | 3/2008<br>Expenses | X | X | | $11,362.20 |
| Account No. GV161968629<br>Gevalia Kaffe<br>Holmparken Square<br>PO Box 6264<br>Dover, PE 19905-6264 | | H | 2/2010<br>Coffee | X | X | | $156.80 |
| Harrah's<br>3700 West Flamingo Road<br>Las Vegas, NV 8903 | | H | 2007<br>Credit line | X | X | X | $59,000.00 |
| Account No. 5466160224145472<br>Hunt & Henriques<br>151 Bernal Rd, Suite 8<br>San Jose, CA 95119-1306 | | H | 2008<br>Credit card | X | X | | $10,617.60 |
| Incorp Services Inc<br>PO Box 94438<br>Las Vegas, NV 89193 | X | W | 2010<br>Collections | | | | $417.00 |
| Internal Medicine Specialist<br>c/o Coachella Valley Collection<br>44825 San Pablo<br>Palm Desert , CA 92260 | | H | 2010<br>Medical Expenses | X | X | | $375.79 |
| Jay Roberts, MC<br>c/o American Capital<br>42145 Lyndie Lane Ste 212<br>Temecula, CA 92591 | | H | 2010<br>Medical Expenses | X | X | | $201.97 |
| Kambiz Razaghi<br>16828 Bollinger Drive<br>Pacific Palisades, CA 90272 | | C | Possible future liability | X | X | X | $50,000.00 |
| Keveh Razaghi<br>16828 Bollinger Drive<br>Pacific Palisades, CA 90272 | X | H | 10/2010<br>Personal Guarantee | X | X | X | $25,000.00 |
| KHF Lending<br>5415 Obelin Drive<br>San Diego, CA 92121 | X | C | 4/2006<br>Potential Future Claim on<br>Personal Guarantee | X | X | X | Unknown |
| Kleinfelder, Inc.<br>4836 Brocksville Rd<br>PO Box 498<br>Richfield, OH 44286 | X | | 2008 | X | X | X | $1,310.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account No. R1019301329,<br>R1107302922, R1109401439<br>Labwest, Inc.<br>PO Box 74929<br>Los Angeles, CA 90004 | | W | 2011<br>Medical Expenses | X | X | | $892.05 |
| Law Office of John D. Ott<br>550 N. Parkcenter Dr.<br>Suite 204<br>Santa Ana, CA 92705 | | C | 11/2010<br>Legal Fees | X | X | X | $6,100.20 |
| Account 8079874<br>Legal Recovery Law Office<br>P. O. Box 84060<br>San Diego, CA 92138 | | W | 2009<br>Credit card | X | X | | $2,740.21 |
| Account No.<br>Linebarger Goggan Blair<br>P. O. Box 2991<br>Corpus Christi, TX 78403 | X | | 2011<br>Property Taxes<br>Keystone | X | X | X | $30,097.53 |
| Account No. 2008145397A<br>Linebarger Goggan Blair<br>1301 Travis St, Ste 210<br>Houston, TX 77002 | X | | 2008<br>Trustee Fees<br>G&D Furniture | X | X | X | $832.00 |
| Account No. 2009209091A<br>Linebarger Goggan Blair<br>1301 Travis St, Ste 210<br>Houston, TX 77002 | X | | 2009<br>Trustee Fees<br>BRTC Investments | X | X | X | $416.00 |
| Account No. 2009059993A<br>Linebarger Goggan Blair<br>1301 Travis St, Ste 210<br>Houston, TX 77002 | X | | 2009<br>Trustee Fees<br>Mt. Laurel Investments | X | X | X | $416.00 |
| Account No. 04345-000-0190<br>Loraine Neuman, RTA, CTA<br>1102 15th Street<br>Hondo, TX 78861 | X | | 2011<br>Property Taxes<br>Town Center | X | X | X | $34.50 |
| Account No. 014748452<br>Macy's<br>PO Box 689195<br>Des Moines, IA 50368-9195 | | W | 2008<br>Credit Card | X | X | | $470.96 |
| Account No MS-12206<br>MailStreet Service<br>Apptix Inc<br>8000 Peters Rd, Ste A-100<br>Fort Lauderdale, FL 33324 | X | | 2007<br>IT Services<br>Hollyhills Development | X | X | X | $3,894.82 |
| Account No. 4120614032171303<br>Merrick Bank<br>PO Box 9201<br>Old Bethpage, NY 11804 | | H | 2008<br>Credit Card | X | X | | $3,721.64 |
| Michael Somero MD<br>PO Box 73848<br>San Clemente, CA 92673 | | H | 2010<br>Medical Expenses | X | X | | $78.73 |
| Miracle Rooter<br>PO Box 9295<br>North Hollywood, CA 91609 | | C | 2008<br>Plumbing services | X | X | | $2,500.00 |
| Mt. Laurel Holdings I, LP<br>c/o DB Zwirn & Co<br>745 Fifth Avenue<br>New York, NY 10151 | X | | 2006<br>Mt. Laurel Project | X | X | X | $7,000,000.00 |

Exhibit 4 - Page 34 of 110

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account No. XXXXXXXXX9445<br>NCO Financial Systems<br>PO Box 15372<br>Wilmington, DE 19850-5372 | | H | 2009<br>Credit card | X | X | X | $2,661.89 |
| Account No. XXXXXXXXX328208<br>NCO Financial<br>507 Prudential Road<br>Horsham, PA 19044 | | W | 2009<br>Credit card | X | X | X | $5,786.41 |
| Acct #551774425<br>North Shore Agency-NQB<br>O Box 9205<br>Old Bethpage, NY 11804-9005 | | C | 11/2009<br>Health Book | X | X | | $47.94 |
| Account No. 060708<br>NRAI<br>PO Box 927<br>West Windsor, NJ 08550-0927 | X | | 2008-2009<br>Registered Agent Services<br>Possible future liability | X | X | X | $4,965.00 |
| Account No. 1384007340<br>NR Software<br>600 West 7th Street<br>Suite #510<br>Los Angeles, CA 90017 | X | | 2009<br>IT Services<br>(Hollyhills) | X | X | X | $2,555.00 |
| Account No. 5778566 &5776981<br>OCB Reprographics<br>17721 Mitchell North<br>Irvine, CA | X | | 2010<br>Copying | X | X | | $441.25 |
| Account No. 4217942000831713<br>Orchard Bank<br>Porfolio Recovery<br>PO Box 12914<br>Norfolk, VA 23541 | | W | 2010<br>Credit Card | X | X | | $5087.61 |
| Account No. 51559900097567914<br>Orchard Bank<br>PO Box 60102<br>City of Industry, CA 91716-0102 | | H | 2010<br>Credit Card | X | X | | $675.00 |
| Account No. 4663090014116793<br>Orchard Bank<br>PO Box 5253<br>Carol Stream, IL 60197-9901 | ` | H | 2010<br>Credit Card | X | X | | $641.23 |
| Account No. 1-0067440-5<br>Pal m Springs Disposal Services<br>P. O. Box 2711<br>Palm Springs, CA 9226302711 | | W | 2011<br>Trash Service | X | X | | $210.48 |
| Patel Architecture<br>71-711 San Jacinto Dr.<br>Rancho Mirage, CA 92270 | X | | 2007<br>Copying | | | X | $4,415.96 |
| Account No. PAN00001221202<br>Panorama Towers<br>630 Trade Center Drive, Ste 100<br>Las Vegas, NV 89119 | X | | 2009<br>HOA Dues | X | X | X | $4,858.27 |
| Physicians Billing Service<br>78-931 Ave 41<br>Bermuda Dunes, CA 92203 | | W | 2010<br>Medical Expenses | X | X | | $490.00 |
| Peter Thompson<br>337 Crestview Drive<br>Bonita, CA 91902 | X | C | 2009<br>Legal Services | | | X | $5,922.00 |

Page 10 of 14

Exhibit 4 - Page 35 of 110

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account No. XXXXXX5074<br>Portfolio Recovery<br>PO Box 12903<br>Norfolk, VA 23541 | | W | 2009<br>Credit card | X | X | | $2,819.18 |
| Account No. XXXXXXXX7914<br>Portfolio Recovery<br>PO Box 12914<br>Norfolk, VA 23541 | | H | 2009<br>Credit card | X | X | | $675.00 |
| Account No. XXXXXX000831713<br>Portfolio Recovery Associates<br>P. O. Box 12914<br>Norfolk, Virginia 23541 | | C | 2009<br>Credit card | X | X | | $5,087.61 |
| Account No. XXXXXXXX6793<br>Professional Recovery<br>PO Box 1880<br>Voorhiees, NJ 08043 | | H | 2009<br>Credit card | X | X | | $660.95 |
| RAFCO<br>123 N. Lake Avenue<br>Pasadena, CA 91101 | X | C | 2008<br>Personal Guarantee | X | X | X | $60,000.00 |
| Rapid Cash<br>Advanced Group Inc.<br>4001 S. Decatur Blvd #7<br>Las Vegas, NV 89103 | X | H | 2009<br>Unknown | | | X | $1,000.00 |
| Richie & Gueringer<br>100 Congress Ave., Ste 1750<br>Austin, TX 78701 | X | | 2007<br>Legal Services | X | X | | $127,678.35 |
| Account No. 0029966664<br>RJM Acquisitions<br>575 Underhill Blvd., Suite 224<br>Syosset, NY 11791 | X | | 8/2010<br>Account | X | X | | $1,807.98 |
| R.L. Goodrich<br>Chapter 7 Trustee-Briggs Ranch<br>Grand Vacation Club<br>22365 Barton Rd., Ste. 220<br>Grand Terrace, CA 92313 | X | | 2011<br>Assignment of McCasland v.<br>Briggs Ranch Grand<br>Vacation Club ("BRGVC")<br>lawsuit - Possible Future<br>Claim Settled but bankruptcy<br>case of  BRGVC still open | | | X | $0.00 |
| Robert J. Lytle, DDS<br>500 N. Central Ave #710<br>Glendale, CA 91203 | | H | 2010<br>Dental | X | X | | $12.40 |
| Rio<br>3700 W. Flamingo Road<br>Las Vegas, NV 89103 | | H | 2007<br>Casino credit line | X | X | X | $64,000.00 |
| Rocky's Pawn Shop<br>691 South Palm Canyon<br>Palm Springs, CA 92264 | | W | 2011<br>Pawned jewelry | X | X | | $2,314.45 |
| Roslyn Millet and Robert Millet<br>Transtar Holdings<br>Macapa Holdings I & II<br>2029 Century Blvd., Ste. 1040<br>Los Angeles, CA 90067 | X | C | 2008<br>Possible Future Liability<br>Omnibus Agreement | X | X | X | $400,000.00 |
| SettlePou<br>3333 Lee Parkway, Eighth Floor<br>Dallas, TX 75219 | X | C | 2010<br>Legal Fees<br>(Briggs Ranch Project) | X | X | X | $7,368.35 |

| Creditor Name / Address | | | Date / Consideration | | | | Amount |
|---|---|---|---|---|---|---|---|
| Account No. 093288664-7<br>Silkies<br>PO Box 70101<br>Philadelphia, PA 19176-0101 | | W | 2010<br>Hosiery | X | X | | $35.38 |
| Skip Gaskell<br>7 Westport<br>Irvine, CA 92620 | X | | 2008<br>Legal Services-Timeshare | X | X | X | $7,205.31 |
| Account No. 3312770<br>Speakeasy Inc.<br>PO Box 34654<br>Seattle, WA 98124 | X | | 2008<br>IT Services | X | X | X | $1,088.43 |
| SMS Briggs Ranch LLC<br>c/o David Frische<br>921 Proton Road<br>San Antonio, Texas 78258 | X | C | 2009<br>Personal guarantee | X | X | X | $1,650,000.00 |
| Southwest Planning<br>512 Main Street, Ste 1100<br>Fort Worth, TX 76102 | X | | 2008<br>Judgment<br>(Hollyhills) | X | X | X | $16,920.15 |
| Southern California Gas<br>PO Box C<br>Monterey Park, CA 91756-5111 | X | | 2009 | X | X | | $419.24 |
| Account No. 924041391<br>Sprint<br>PO Box 660075<br>Dallas, TX 75266-0075 | X | | 2008<br>Long Distance | X | X | | $38.87 |
| Stag Golf<br>c/o Johnson, Christopher<br>5802 IH 10 West<br>San Antonio, TX 78201 | X | | 2008<br>Golf course repairs<br>(Briggs Ranch Project) | X | X | X | $102,000.00 |
| Account No. CQ2247126<br>Stanley Pest Control<br>c/o American Agencies<br>1660 Hotel Circle Dr N Ste 210<br>San Diego, CA 92108 | X | | 2008<br>(Manhattan Holdings) | | | | $197.90 |
| Startex Gas<br>5412 Leopard St.<br>Corpus Christi, TX 78408 | X | | 2010<br>Gas | X | X | X | $1,419.57 |
| Strasburger & Price<br>300 Convent Street, Ste 900<br>San Antonio, TX 78205 | X | C | 2009<br>Legal Services | | | X | $146,456.05 |
| Suntrust Bank<br>c/o Nelson & Kennard<br>2180 Harvard St., Ste 160<br>Sacramento, CA 95853 | X | C | 2008<br>Boat loan | X | X | X | $646,284.05 |
| Texas General Land Office<br>PO Box 12873<br>Austin, TX 78711 | X | | 2010<br>(Keystone) | X | X | X | $13,700.00 |
| Account No. 8448410850122098<br>Time Warner Cable<br>PO Box 60506<br>City of Industry, CA 91716-0506 | | W | 2011<br>Cable | X | X | | $1,020.37 |
| Account No. 8448300320847095<br>Time Warner Cable<br>PO Box 60506<br>City of Industry, CA 91716-0506 | X | C | 2008<br>Cable | X | X | | $1,100.00 |

**Exhibit 4 - Page 37 of 110**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. 3030785207<br>TRS Recovery<br>P. O. Box 60022<br>City of Industry, CA 91716 | X | | 2011<br>Bank fees<br>(Keystone) | X | X | | | $53.91 |
| Account No. 40209585<br>US Express Leasing<br>Dept #1608<br>Denver, CO 80291 | X | | 2007<br>Equipment lease | X | X | X | | $14,977.00 |
| Verizon<br>PO Box 920041<br>Dallas, TX 75392-0041 | X | | 2011<br>Telephone Service | X | X | | | $2,000.00 |
| Verizon Wireless<br>P. O. ox 3397<br>Bloomington, IL 61702 | X | | 2011<br>Mobile Phone | X | X | | | $1,411.55 |
| Account No. XXXXXXX091042283<br>Walmart<br>PO Box 530927<br>Atlanta, GA 30353-0927 | | W | 2010<br>Credit Card | X | X | | | $1,783.39 |
| Account No. 26383843<br>Web Listings Inc<br>1623 Military Rd #926<br>Niagara Falls, NY 14304-1745 | X | W | 2011<br>IT | X | X | X | | $65.00 |
| Westcliff Labs<br>PO Box 7153<br>Pasadena, CA 91109 | | W | 2010<br>Medical Expenses | X | X | | | $200.00 |
| Westcliff Labs<br>1821 E. Dyer Rd Ste 100<br>Santa Ana, CA 92705 | | H | 2008<br>Medical Expenses | X | X | | | $7.56 |
| | | | | | | TOTAL | | $57,207,845.70 |

**Exhibit 4 - Page 38 of 110**

**ADDITIONS TO SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

| CREDITOR'S NAME, MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (see instructions) | CODEBTOR | Hus. Wife Joint Or Comm | Date Claim was Incurred and Consideration For Claim. If Claim is Subject to Setoff, so state. | CONTINGENT | UNLIQUIDATED | DISPUTED | Amount of Claim |
|---|---|---|---|---|---|---|---|
| James Brakke 30729 Paseo Elegancio San Juan Capistrano, CA 92675 | X | H | 9/21/2007 Guaranty Deficiency | | | X | $100,000.00 |
| OneWest Bank, FSB 2900 Esperanza Crossing Austin, TX 78758 | X | C | 3/29/2007 Promissory Note Lot 17 Potential Deficiency | | | X | Unknown |
| OneWest Bank, FSB 2900 Esperanza Crossing Austin, TX 78758 | X | C | 3/29/2007 Promissory Note Lot 18 Potential Deficiency | | | X | Unknown |
| The Bank of New York 101 Barclay Street New York, NY 10286 | X | C | 1/30/2006 Promissory Note 230 Dwyer #1201 Potential Deficiency | | | X | Unknown |
| The Bank of New York 101 Barclay Street New York, NY 10286 | X | C | 1/30/2006 Promissory Note 230 Dwyer #1205 Potential Deficiency | | | X | Unknown |
| Jeffrey Neeley c/o Paul J. Shardlow, Esq. 28212 Kelly Johnson Pkwy Suite 195 Valencia, CA 91355 | X | C | 7/9/2009 Agreement | | | X | $170,000.00 |
| Dale and Marie Pinkington 9307 Shelton Pointe Dr Mechanicsville, VA 23116 | X | C | 2008 Deposit on unit 1205 | X | X | X | $4,000.00 |
| Robert and Adriana Turner 2276 Prenda Avenne Riverside, CA 92504 | X | C | 2008 Deposit on Prenda | X | X | X | $1,600.00 |

| | |
|---|---|
| Subtotal: | $57,207,845.70 |
| Subtotal of Additions: | $275,600.00 |
| Total: | $57,483,845.70 |

**Exhibit 4 - Page 38 of 110**

In re  Bailey, Daniel, Norman                          ,          Case No.  6:11-bk-42675
           **Debtor**                                                              **(if known)**

FIRST AMENDED ONLY TO CORRECT ADDRESS OF CREDITOR

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Hollyhills Development Inc.; S&I Holdings Inc.; Sunrise Properties & Dev Inc; Village Equities LLC<br>480 E. Bogert Trail<br>Palm Springs, CA 92264 | Walter Holiday c/o Daniel Alexander, Esq.<br>Coleman Frost LLP<br>429 Santa Monica Blvd. Ste 700<br>Santa Monica, CA 90401 |

**Exhibit 4 - Page 40 of 110**

B 7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT

Central District of California

In re: Bailey, Daniel, Norman
_____,   Case No. 6:11-bk-42675
Debtor                                              (if known)

AMENDED

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1.    Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT |  | SOURCE |
|---|---|---|---|
| PERSONAL - | $41,978 | 1/1/2011 to 10/20/2011 | Business/Self Employment |
| PERSONAL - | $18,783 | 2009 | Business/Self Employment |
| PERAONAL - | $74,365 | 2010 | Business/Self Employment |
|  |  | Total Income for 2009 & 2010 = $93,148 |  |

See Attachments - Addendum 1A and Addendum 1B for Explanation

**Exhibit 4 - Page 41 of 110**

Bailey, Daniel & Marlene Case No. 6:11-bk-42675

## ADDENDUM 1A
## TO STATEMENT OF FINANCIAL AFFAIRS QUESTION 1 - GROSS INCOME EXPLANATION
### For Years 2009, 2010 & 2011 (to date of filing 10/20/2011)

| | 2009 | | 2010 | | 1/1/2011 – 10/20/2011 | |
|---|---|---|---|---|---|---|
| | Income to Business | Personal Income to Debtors | Income to Business | Personal Income to Debtors | Income to Business | Personal Income to Debtors |
| **Hollyhills Development Inc.** dba Hollyhills Group | $0 | $0 | $0 | $4,400[1] | $0 | $0 |
| HHIWG LLC | $0 | $0 | $0 | $0 | $0 | $0 |
| Hollyhills D LIC | $0 | $0 | $0 | $0 | $0 | $0 |
| Model Production Co. | $0 | $0 | $0 | $0 | $0 | $0 |
| River Investments Inc. | $0 | $0 | $0 | $0 | $0 | $0 |
| Village Equities LLC | $0 | $0 | $0 | $0 | $0 | $0 |
| Villas at Ridge Mountain LLC | $11,400 | $0 | $200 | $10 | $0 | $0 |
| Alberni Group LLC | $720 | $0 | $0 | $0 | $0 | $0 |
| CalTex Builders Inc. | $0 | $0 | $0 | $0 | $0 | $0 |
| G&D Furniture LLC | $0 | $0 | $0 | $0 | $0 | $0 |
| Manhattan Holdings LLC | $17,500 | $0 | $0 | $0 | $0 | $623[2] |
| **Bailey Retirement Plan & Trust** | $0 | $0 | $0 | $0 | $0 | $0 |
| Hanford Development Inc. | $0 | $0 | $0 | $0 | $0 | $0 |
| Southwest Joint Ventures LLC | $0 | $0 | $0 | $0 | $0 | $0 |
| Homble Partners LLC | $0 | $0 | $0 | $30,929[3] | $0 | $2,565[4] |
| Town Center at Briggs Ranch LLC | $5,412 | $18,783[5] | $75,240 | $21,402[6] | $3,300 | $11,557[7] |
| Marker 37 Management LLC | $0 | $0 | $0 | $0 | $0 | $0 |
| **Bailey Family Trust** | $13,426 | $0 | $15,481 | $0 | $0 | $0 |
| Hollyhills Motor Sports LLC | $0 | $0 | $0 | $0 | $0 | $0 |
| **San Antonio Alamos LP** | $0 | $0 | $0 | $0 | $0 | $0 |
| 211 Investments LP | $0 | $0 | $0 | $0 | $0 | $0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Mt. Laurel Investments LP | $0 | $0 | $0 | $0 | $0 | $0 |
| BRTC Investments LP | $800,000[8] | $0 | $0 | $0 | $0 | $0 |
| Golf Clubs of America LP | Unknown[9] | $0 | $0 | $0 | $0 | $0 |
| Hollyhils Investments LP | | | | | | |
| 33 Acres, San Antonio, TX | $1,200,000[10] | $0 | $0 | $0 | No cash - just a note receivable | $0 |
| Keystone Waterfront Group LP | $537,761[11] | $0 | $298,156[12] | $0 | $1,000 | $0 |
| Nueces Management LC | included in Keystone above | $0 | included in Keystone above | $0 | included in Keystone above | $0 |
| **Villas at Mulholland LP** | $0 | $0 | $0 | $0 | $0 | $0 |
| Hanford Investments LP | $17,995 | $0 | $16,174 | $16,470[13] | $6,266 | $3,004[14] |
| CalTex Management LP | $0 | $0 | $0 | $0 | $0 | $0 |
| Hanford Central Park LLC | $0 | $0 | $0 | $0 | $0 | $0 |
| Hanford Montecito Ranch LLC | $0 | $0 | $0 | $0 | $0 | $0 |
| Timeshare of America Trust | included in BRGVC below | | included in BRGVC below | | included in BRGVC below | |
| Briggs Ranch Grand Vac Club LP ("BRGVC") | $16 per Chapter 7 Trustee CPA tax returns | $0 | $27 per Chapter 7 Trustee CPA tax returns | $0 | $12 interest income plus $1,385,000 from sale of land per 2011 tax return prepared by Trustee's CPA | $0 |
| 751 GP, LLC | $0 | $0 | $0 | $0 | $0 | $0 |
| Harbor Landing of Channel Islands Inc. | $0 | $0 | $0 | $0 | $0 | $0 |
| Food Operations Inc. | $0 | $0 | $0 | $0 | $0 | $0 |
| Somerset Marketing Corp | $466,082 | $0 | $262,489 | $0 | $32,142 | $5,561[15] |

| Kalona Establishment | Included in Somerset | $0 | Included in Somerset | | Included in Somerset | |
|---|---|---|---|---|---|---|
| SFR 751 Briggs LLC | $0 | $0 | $0 | $0 | $0 | $0 |
| Southport Commercial LP | $0 | $0 | $0 | $0 | $0 | $0 |
| Southport Industrial LLC | $0 | $0 | $0 | $0 | $0 | $0 |
| S&I Holdings Inc. | $0 | $0 | $0 | $0 | $0 | $0 |
| Sunrise Properties & Development Inc. | $0 | $0 | $0 | $1,154[16] | $0 | $3,172[17] |
| SST Holdings LLC | $0 | $0 | $0 | $0 | $0 | $0 |
| Hanford GP, LLC | $0 | $0 | $0 | $0 | $0 | $0 |
| Briggs GP, LLC | $0 | $0 | $0 | $0 | $0 | $0 |
| Hollyhills GP, LLC | $0 | $0 | $0 | $0 | $0 | $0 |
| BR Vacation Resorts Marketing Inc. * | Unknown | $0 | Unknown | $0 | Unknown | $0 |
| BR Vacation Club Management LP * | Unknown | $0 | Unknown | $0 | Unknown | $0 |
| BR Vacation Owners Association Inc. * | Unknown | $0 | Unknown | $0 | Unknown | $0 |
| SA West Builders LLC | $0 | $0 | $0 | $0 | $0 | $0 |
| Property Upkeep & Support Services | $0 | $0 | $0 | $0 | $0 | $0 |
| Southport Beer Barn LLC | $0 | $0 | $0 | $0 | $0 | $0 |
| TXBFT GP, LLC | $0 | $0 | $0 | $0 | $0 | $0 |
| Westside Funding Group | $0 | $0 | $0 | $0 | $0 | $0 |
| TCBR GP, LLC | $0 | $0 | $0 | $0 | $0 | $0 |
| Briggs Lifestyle Development LP | $0 | $0 | $0 | $0 | $0 | $0 |
| Southport Triangle Owners Association | $0 | $0 | $0 | $0 | $0 | $0 |
| **TOTALS** | $3,070,312[18] | **$18,783\*\*** | $667,767 | **$74,365\*\*** | $1,427,728[19] | **$41,978\*\*** |

1. Imputed income to Debtors for expenses paid on their behalf by Hollyhills Development.

2. Imputed income to Debtors for expenses paid on their behalf by Manhattan Holdings.

3. Imputed income to Debtors for expenses paid on their behalf by Homble Partners.

4. Imputed income to Debtors for expenses paid on their behalf by Homble Partners.

5.Personal rental income to Debtors deposited directly into Town Center account.

6.Imputed income to Debtors for expenses paid on their behalf by Town Center.

7.Imputed income to Debtors for expenses paid on their behalf by Town Center.

8.BRTC received from sale of land at Briggs Ranch (13.97 ac., 25.39 ac., & 5.085 ac.) zero cash only a note receivable of $800,000 net.

9.Unknown as the golf course was not under Debtors' management or control.

10.Hollyhills Investments received from sale of land at Briggs Ranch zero cash only a note receivable of $1,200,000 net.

11.The gross income was generated from the operations of the Marker 37 marina.

12.The gross income was generated from the operation of the Marker 37 marina.

13.Imputed income to Debtors for expenses paid on their behalf by Hanford Investments.

14.Imputed income to Debtors for expenses paid on their behalf by Hanford Investments.

15.Imputed income to Debtors for expenses paid on their behalf by Somerset Marketing.

16.Imputed income to Debtors for expenses paid on their behalf by Sunrise Properties and Development Inc.

17.Imputed income to debtors for expenses paid on their behalf by Sunrise Properties and Development Inc.

18.Business Gross Income for 2009 equals $2,070,312. However, of this number, $2,000,000 is from inter-company sales of Briggs Ranch properties which if subtracted from the $3,070,312 figure, would reduce the number to $1,070,312.

19.Business Gross Income for 2011 equals $1,427,720. However, of this figure, $1,385,000 is for the sale of property under the control of the U.S. Bankruptcy Court in the Briggs Ranch Grand Vacation Club LP ("BRGVC") bankruptcy. Debtors received zero funds from this sale. Therefore, the Gross Income to Business (minus the BRGVC Gross Income) for the fiscal year January 1, 2011 through and including October 20, 2011 (date of filing) equals $42,720 without the BRGVC Sale.

\* Unknown as these entities were created to manage the timeshare project and HOA of the Briggs Ranch Grand Vacation Club (BRGVC) which is now under a separate Chapter 7 Bankruptcy case since 2009.

\*\* These totals match precisely to the amount filed in the Amended Statement of Financial Affairs filed on November 8, 2011.

Bailey, Daniel & Marlene Case No. 6:11-bk-42675

**ADDENDUM 1B**
**TO STATEMENT OF FINANCIAL AFFAIRS QUESTION 1-GROSS INCOME GENERATED FROM THE**
**INVOLUNTARY SALE OF DEBTORS' ASSETS (AND DEBT RECAPTURE PER IRS GUIDELINES)**

| DEBTORS' ASSETS  - Description of Asset | Type of Sale Sale Date | 2009 Gross Sales Price | 2010 Gross Sales Price | 1/1/2011- 10/20/2011 Gross Sales Price | Cash Received, if any |
|---|---|---|---|---|---|
| 230 Dwyer #1201, San Antonio, TX | Involuntary Foreclosure Sold: 12/1/2009 Cancelled Debt Recapture | $484,000 $319,269 | | | $0 $0 |
| 230 Dwyer #1205, San Antonio, TX | Involuntary Foreclosure Sold: 4/7/2009 Cancelled Debt Recapture | $467,500 $181,198 | | | $0 $0 |
| Westgate Lot 17, Rancho Mirage, CA Sale cancelled by lender in 2010 | Involuntary Foreclosure Sold: 6/4/2009 Cancelled Debt Recapture | $478,401 $54,112 | | | $0 $0 |
| Westgate Lot 17, Rancho Mirage, CA Sale rescheduled by lender and resold @ trustee's sale | Involuntary Foreclosure Resold: 1/21/2010 Cancelled Debt Recapture | | $334,184 $215,682 | | $0 $0 |
| Westgate Lot 18, Rancho Mirage, CA | Involuntary Foreclosure Sold: 6/3/2009 Cancelled Debt Recapture | $495,753 $141,465 | | | $0 $0 |
| 4525 Dean Martin #2212, Las Vegas, NV | Involuntary Foreclosure Sold: 10/19/2010 Cancelled Debt Recapture | | $420,000 $580,000 | | $0 $0 |
| **Subtotal of Debtors' Assets** | | **$2,621,698** | **$1,549,866** | **$0** | **$0** |

**Exhibit 4 - Page 46 of 110**

Bailey, Daniel & Marlene Case No. 6:11-bk-42675

## ADDENDUM 1B
## TO STATEMENT OF FINANCIAL AFFAIRS QUESTION 1-GROSS INCOME GENERATED FROM THE INVOLUNTARY SALE OF DEBTORS' ASSETS (AND DEBT RECAPTURE PER IRS GUIDELINES)

| BUSINESS ASSETS - Description of Asset | Type of Sale Sale Date | 2009 Gross Sales Price | 2010 Gross Sales Price | 1/1/2011-10/20/2011 Gross Sales Price | Cash Received, if any |
|---|---|---|---|---|---|
| **Bailey Retirement Plan & Trust ("BRPT")** **Plus Gross Income from Subsidiary Companies** | | Gross Income included in subsidiary companies' Gross Income | Gross Income included in subsidiary companies' Gross Income | Gross Income included in subsidiary companies' Gross Income | $0 |
| **Town Center at Briggs Ranch LLC/BRPT** | | | | | |
| Sale of 10 acres, San Antonio, TX | Involuntary Foreclosure Sold: 9/7/2010 | | $250,000 | | $0 |
| Sale of 21 Acres, San Antonio, TX | Involuntary Foreclosure Sold: 4/15/2010 | | $1,300,000 | | $0 |
| Sale of 25.39, San Antonio, TX | Involuntary Foreclosure Sold 9//2010 | | $300,000 | | $0 |
| **Homble Partners LLC** | | | | | |
| Born Again (yacht) | Involuntary Repossession 2010 | | $893,000 | | $0 |
| **Bailey Family Trust ("BFT")** | | | | | |
| 6360 La Punta Dr., Los Angeles, CA 90068 Recapture of Debt-3rd Trust Deed | Involuntary Foreclosure Sold: 2009 Recapture of Debt | $3,665,000 $575,000 | | | $0 |
| Westgate Lot 17, Rancho Mirage, CA | Trust Revocation to Debtors 2/15/2009 | $950,812 | | | $0 |
| Westgate Lot 18, Rancho Mirage, CA | Trust Revocation to Debtors 2/15/2009 | $950,812 | | | $0 |
| **Hollyhills Investments LP** | | | | | |

**Exhibit 4 - Page 47 of 110**

Bailey, Daniel & Marlene Case No. 6:11-bk-42675

**ADDENDUM 1B**
**TO STATEMENT OF FINANCIAL AFFAIRS QUESTION 1-GROSS INCOME GENERATED FROM THE INVOLUNTARY SALE OF DEBTORS' ASSETS (AND DEBT RECAPTURE PER IRS GUIDELINES)**

| | | | | | |
|---|---|---|---|---|---|
| 4 Acres, Colleyville, TX | Involuntary Foreclosure Sold: 1/6/2009 | $225,000 | | | $0 |
| | Recapture of Debt | $100,000 | | | $0 |
| Westgate Lot 1, Rancho Mirage, CA | Involuntary Foreclosure Sold: 1/30/2009 | $350,000 | | | $0 |
| **Keystone Waterfront Group LP** | | | | | |
| Leases w/GLO on Tracts A, B & C, Corpus, TX | Involuntary Forfeiture 9/16/2010 | | $0 | $0 | $0 |
| Marker 37 marina, Corpus Christ, TX | Involuntary Forfeiture 2/14/2011 | | $0 | $0 | $0 |
| **Mt. Laurel Investments LP** | | | | | |
| 487.5 Acres, San Antonio, TX | Involuntary Foreclosure 4/7/2009 | $9,272,472 | | | $0 |
| **211 Investments LP** | | | | | |
| 43 Acres, Briggs Ranch, San Antonio, TX (SMS Briggs) | Involuntary Foreclosure 3/3/2009 | $2,775,000 | | | $0 |
| | Recapture of Debt | $555,000 | | | $0 |
| 427 Acres, Briggs Ranch, San Antonio, TX 470 Acres | Involuntary Foreclosure 4/17/2009 | $4,500,564 | | | $0 |
| 25.39 Acres, San Antonio, TX Sale of collateral note | Involuntary Foreclosure 9/7/2010 | | $1,100,000 | | $0 |
| **BRTC Investments LP** | | | | | |
| 40 Acres, San Antonio, TX | Involuntary Foreclosure 4/7/2009 | $2,550,000 | | | $0 |
| **Hanford Investments LP** | | | | | |

F:\DOCS\DAN MARLENE BAILEY\SOFA QUESTION 1 GROSS INCOME - INVOLUNTARY SALES EXPLANATION-2.wpd
3/22-8:34pm

Page 3 of 4

**Exhibit 4 - Page 48 of 110**

Bailey, Daniel & Marlene Case No. 6:11-bk-42675

## ADDENDUM 1B
### TO STATEMENT OF FINANCIAL AFFAIRS QUESTION 1-GROSS INCOME GENERATED FROM THE INVOLUNTARY SALE OF DEBTORS' ASSETS (AND DEBT RECAPTURE PER IRS GUIDELINES)

| 59.55 Acres, Hanford, CA | Involuntary Foreclosure 1/31/2009 | $5,824,606 | | | $0 |
|---|---|---|---|---|---|
| Prenda, Riverside, CA | Involuntary Foreclosure 2/18/2011 | | | $125,000 | $0 |
| **Hanford Montecito Ranch LLC** | | | | | |
| Montecito Ranch Lots 2 & 3, Hanford, CA | Involuntary Foreclosure Sale: 1/2/2009 | $1,986,000 | | | $0 |
| **Description of Asset** | **Type of Sale Sale Date** | **2009 Gross Sales Price** | **2010 Gross Sales Price** | **1/1/2011-10/20/2011 Gross Sales Price** | **Cash Received, if any** |
| Walnut Grove, Hanford, CA (SMS Hanford) Includes sale and recapture of debt total | Involuntary Foreclosure Sale: | $4,932,832 | | | $0 |
| **Villas at Ridge Mountain** | | | | | |
| 1450 Locust, Long Beach | Deed in Lieu of Foreclosure 12/24/2007 | $135,000 | | | $0 |
| **Subtotal of Business Assets** | | $39,348,098 | $3,843,000 | $125,000 | $0 |

## SUMMARY

| Subtotal of Debtors' (Dan and Marlene Bailey) Involuntary Sale and Debt Recapture on Page 1 | $2,621,698 | $1,549,866 | $0 | $0 |
|---|---|---|---|---|
| Subtotal of Involuntary Sale of Business Assets and Debt Recapture | $39,348,098 | $3,843,000 | $125,000 | $0 |
| **TOTAL OF GROSS INCOME FROM SALE OF DEBTORS' ASSETS AND BUSINESS ASSETS** | **$41,969,796** | **$5,392,866** | **$125,000** | **$0** |

**Exhibit 4 - Page 49 of 110**

2

**2. Income other than from employment or operation of business**

None

☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

---

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None

☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

---

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**Exhibit 4 - Page 50 of 110**

3

None
☐    c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case
to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must
include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and
a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

See Attachment 3c-1 Payments Made for Benefit of Debtors Within One Year

See Attachment 3c-2 Payments Made to Insiders (Transfers) Within One Year

See Attachment 3c-3 Payments Made for Benefit of Family Members Within One Year

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

See Attachment 4a

None
☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one
year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

See Attachment 4b

---

**5. Repossessions, foreclosures and returns**

None
☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu
of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

See Attachment 5

---

**Exhibit 4 - Page 51 of 110**

## Payments Made for Benefit of Debtors Within One Year

### As of October 20, 20 11

| Type | Date | Num | Name | Paid Amount |
|------|------|-----|------|-------------|
| Check | 10/20/2010 | Debit | Webaccess | 358.32 |
| Check | 10/20/2010 | Debit | The Falls | 101.82 |
| Check | 10/20/2010 | Debit | Web Access | 938.95 |
| Check | 10/20/2010 | Debit | Ralphs | 123.58 |
| Check | 10/21/2010 | Debit | Web Access | 821.16 |
| Check | 10/21/2010 | Debit | Petco | 99.35 |
| Check | 10/22/2010 | 2322 | Eloy' pool Service | 110.00 |
| Check | 10/22/2010 | Debit | Palm Springs Cleaners | 71.55 |
| Check | 10/25/2010 | Debit | Toys R Us | 50.95 |
| Check | 10/25/2010 | Debit | Ralphs | 29.98 |
| Check | 10/25/2010 | Debit | Ralphs | 70.40 |
| Check | 10/26/2010 | Debit | Thirty 3 Newport | 76.34 |
| Check | 10/26/2010 | Debit | Rusty Pelican | 133.35 |
| Check | 10/27/2010 | Debit | Olive Garden | 80.00 |
| Check | 10/27/2010 | Debit | Ralphs | 201.47 |
| Check | 10/28/2010 | Debit | Webaccess | 376.80 |
| Check | 10/28/2010 | Debit | Web Access | 100.48 |
| Check | 10/29/2010 | Debit | Ralphs | 88.38 |
| Check | 10/29/2010 | Wire | Scott Bailey | 2,000.00 |
| Check | 11/01/2010 | Debit | Webaccess | 1,002.41 |
| Check | 11/01/2010 | Debit | Webaccess | 806.03 |
| Check | 11/01/2010 | Debit | Webaccess | 302.26 |
| Check | 11/01/2010 | Debit | Webaccess | 831.20 |
| Check | 11/01/2010 | Debit | Web Access | 125.29 |
| Check | 11/01/2010 | Debit | Web Access | 100.24 |
| Check | 11/01/2010 | Debit | Rite Aid | 477.18 |
| Check | 11/01/2010 | Debit | Javier's | 154.89 |
| Check | 11/01/2010 | Debit | Web Access | 806.03 |
| Check | 11/01/2010 | Debit | Web Access | 1,007.53 |
| Check | 11/01/2010 | Debit | Web Access | 1,360.16 |
| Check | 11/01/2010 | Debit | Web Access | 503.77 |
| Check | 11/01/2010 | Debit | Web Access | 352.63 |
| Check | 11/01/2010 | Debit | Subway | 16.34 |
| Check | 11/01/2010 | Debit | Javier's | 58.85 |
| Check | 11/01/2010 | Debit | Web Access | 100.24 |
| Check | 11/01/2010 | Debit | Rusty Pelican | 98.08 |
| Check | 11/01/2010 | Debit | Simplexity | 59.98 |
| Check | 11/02/2010 | Debit | El Pollo Loco | 27.43 |
| Check | 11/02/2010 | Transfer | Marlene Bailey | 30.00 |
| Check | 11/03/2010 | Debit | Webaccess | 1,202.90 |
| Check | 11/03/2010 | 2332 | Gricelda D. de Caro | 120.00 |
| Check | 11/03/2010 | Debit | La Quinta Cliffhouse | 18.87 |
| Check | 11/03/2010 | Debit | La Quinta Cliffhouse | 116.61 |
| Check | 11/03/2010 | Debit | Web Access | 125.25 |
| Check | 11/03/2010 | Debit | Web Access | 200.40 |

**Exhibit 4 - Page 52 of 110**                    Page 1 of 11

## Payments Made for Benefit of Debtors Within One Year

### As of October 20, 2011

| Check | 11/03/2010 | Debit | Web Access | 300.60 |
|-------|-----------|-------|------------|--------|
| Check | 11/03/2010 | Debit | Web Access | 300.60 |
| Check | 11/05/2010 | Debit | AAA Auto Club | 119.74 |
| Check | 11/05/2010 | Debit | Web Access | 507.40 |
| Check | 11/05/2010 | Debit | Web Access | 608.88 |
| Check | 11/08/2010 | Debit | Ralphs | 81.68 |
| Check | 11/08/2010 | Debit | Ralphs | 307.48 |
| Check | 11/08/2010 | Debit | Cannery Seafood | 114.42 |
| Check | 11/08/2010 | Debit | Rusty Pelican | 107.19 |
| Check | 11/08/2010 | Debit | Newport Beach Islands | 42.08 |
| Check | 11/08/2010 | Debit | True Food Kitchen | 75.15 |
| Check | 11/08/2010 | Debit | Roscoe Grill | 134.80 |
| Check | 11/08/2010 | Debit | ChemDry | 220.00 |
| Check | 11/08/2010 | Debit | Rite Aid | 32.59 |
| Check | 11/08/2010 | Debit | Rite Aid | 20.50 |
| Check | 11/10/2010 | Debit | Ralphs | 155.29 |
| Check | 11/12/2010 | Debit | Ralphs | 157.29 |
| Check | 11/12/2010 | Debit | Ruby's | 33.01 |
| Check | 11/12/2010 | Debit | Houston's | 86.95 |
| Check | 11/15/2010 | 2333 | Tonya Gaitely | 50.00 |
| Check | 11/15/2010 | Debit | Palm Springs Cleaners | 154.98 |
| Check | 11/15/2010 | Debit | Lenovo Group | 119.62 |
| Check | 11/15/2010 | 2336 | Pablo Dominguez | 350.00 |
| Check | 11/15/2010 | Debit | Direct TV | 251.72 |
| Check | 11/15/2010 | Debit | Desert Water Agency | 70.48 |
| Check | 11/15/2010 | Debit | Desert Water Agency | 3.50 |
| Check | 11/15/2010 | Debit | Roscoe Grill | 98.65 |
| Check | 11/15/2010 | Debit | Web Access | 201.48 |
| Check | 11/15/2010 | Debit | Web Access | 233.91 |
| Check | 11/15/2010 | Debit | Web Access | 302.22 |
| Check | 11/16/2010 | Debit | Time Warner Cable | 523.47 |
| Check | 11/16/2010 | Debit | Time Warner Cable | 61.93 |
| Check | 11/16/2010 | Debit | Roscoe Grill | 95.65 |
| Check | 11/16/2010 | Debit | Leon's | 39.63 |
| Check | 11/17/2010 | Debit | Southern California Edison | 885.70 |
| Check | 11/17/2010 | 2346 | Desert Alarm | 75.00 |
| Check | 11/17/2010 | 2349 | Gricelda D. de Caro | 120.00 |
| Check | 11/17/2010 | Debit | southern california Gas | 24.39 |
| Check | 11/17/2010 | Debit | Claim Jumper | 28.49 |
| Check | 11/18/2010 | 2345 | Cecilia Afosah/El Shaddai Ministries | 300.00 |
| Check | 11/18/2010 | Debit | The BOD Beauty SUpply | 15.76 |
| Check | 11/18/2010 | Debit | Waterfrpmt Emt | 113.96 |
| Check | 11/19/2010 | 2337 | Eloy pool Service | 110.00 |
| Check | 11/19/2010 | Debit | Plum's | 37.04 |
| Check | 11/22/2010 | Debit | Rusty Pelican | 64.84 |
| Check | 11/22/2010 | Debit | Olive Garden | 97.20 |

**Exhibit 4 - Page 53 of 110**

Page 2 of 11

Payments Made for Benefit of Debtors Within One Year
As of October 20, 20 11

| Check | 11/22/2010 | Debit | Rite Aid | 10.00 |
|-------|-----------|-------|----------|-------|
| Check | 11/22/2010 | Debit | Haute Cakes | 17.37 |
| Check | 11/22/2010 | Debit | Palm Springs Cleaners | 67.91 |
| Check | 11/22/2010 | Debit | Fresh & Easy | 147.67 |
| Check | 11/23/2010 | Debit | VCA Desert Animal Hospital | 17.70 |
| Check | 11/23/2010 | 2351 | H&R Block | 1,260.00 |
| Check | 11/24/2010 | Debit | Write Your Wrong | 197.43 |
| Check | 11/24/2010 | Debit | Write Your Wrong | 197.43 |
| Check | 11/24/2010 | Debit | Write Your Wrong | 296.15 |
| Check | 11/26/2010 | Debit | Write Your Wrong | 98.88 |
| Check | 11/26/2010 | Debit | Rusty Pelican | 138.55 |
| Check | 11/26/2010 | Debit | Jennifer Moreno | 150.00 |
| Check | 11/26/2010 | Debit | LG's Steakhouse | 172.95 |
| Check | 11/26/2010 | Debit | Write Your Wrong | 203.68 |
| Check | 11/26/2010 | Debit | Write Your Wrong | 197.76 |
| Check | 11/28/2010 | Debit | Vons | 63.84 |
| Check | 11/29/2010 | Debit | Trader Joe's | 130.42 |
| Check | 11/29/2010 | 2356 | J. Anthony Plumbing | 130.00 |
| Check | 11/29/2010 | Debit | Ralphs | 179.52 |
| Check | 11/29/2010 | Debit | Plum's | 29.47 |
| Check | 11/30/2010 | 2361 | Gricelda D. de Caro | 120.00 |
| Check | 12/01/2010 | 2363 | Pablo Dominguez | 446.17 |
| Check | 12/02/2010 | 2362 | J. Anthony Plumbing | 275.00 |
| Check | 12/02/2010 | Debit | Palm Springs Cleaners | 86.50 |
| Check | 12/02/2010 | Debit | Roscoe Grill | 115.15 |
| Check | 12/02/2010 | 2365 | Pablo Dominguez | 125.00 |
| Check | 12/03/2010 | Debit | Time Warner Cable | 61.93 |
| Check | 12/03/2010 | | Rite Aid | 461.91 |
| Check | 12/03/2010 | Debit | Fresh & Easy | 162.10 |
| Check | 12/03/2010 | Debit | Ralphs | 195.28 |
| Check | 12/06/2010 | Transfer | Marlene Bailey | 30.00 |
| Check | 12/06/2010 | Debit | Trader Joes | 82.08 |
| Check | 12/06/2010 | Debit | Olive Garden | 18.05 |
| Check | 12/07/2010 | Debit | Ralphs | 39.70 |
| Check | 12/08/2010 | | ATM Withdrawal | 200.00 |
| Check | 12/08/2010 | Debit | AAA Auto Club | 118.15 |
| Check | 12/08/2010 | Debit | Leon's | 169.99 |
| Check | 12/08/2010 | Debit | CVS Pharmacy | 15.53 |
| Check | 12/08/2010 | Debit | Ralphs | 70.51 |
| Check | 12/09/2010 | Debit | Rusty Pelican | 155.77 |
| Check | 12/10/2010 | Debit | Cheesecake Factory | 46.56 |
| Check | 12/13/2010 | | ATM Withdrawal | 300.00 |
| Check | 12/13/2010 | Debit | Fresh & Easy | 82.96 |
| Check | 12/13/2010 | Debit | Lola Gaspar | 42.34 |
| Check | 12/15/2010 | Debit | Ralphs | 24.32 |
| Check | 12/15/2010 | Debit | Palm Springs Cleaners | 149.94 |

**Exhibit 4 - Page 54 of 110**

Attachment 3c-1
Payments Made for Benefit of Debtors Within One Year

**As of October 20, 20 11**

| | | | | |
|---|---|---|---|---|
| Check | 12/15/2010 | Debit | Santa Monica Seafood | 79.61 |
| Check | 12/15/2010 | Debit | Santa Monica Seafood | 28.28 |
| Check | 12/15/2010 | Debit | Catalina Fish Kitchen | 18.86 |
| Check | 12/16/2010 | Debit | Ralphs | 44.49 |
| Check | 12/16/2010 | Debit | Petco | 133.13 |
| Check | 12/16/2010 | Debit | Eddie's Wildfish | 228.20 |
| Check | 12/17/2010 | Debit | Dr. Rita Stec | 150.00 |
| Check | 12/17/2010 | 2166 | Pablo Dominguez | 200.00 |
| Check | 12/17/2010 | Debit | Daily Grille | 73.78 |
| Check | 12/18/2010 | Debit | Ralphs | 18.37 |
| Check | 12/18/2010 | Debit | Fresh & Easy | 73.17 |
| Check | 12/18/2010 | Debit | Olive Garden | 23.40 |
| Check | 12/20/2010 | 2165 | Gricelda D. de Caro | 120.00 |
| Check | 12/20/2010 | Debit | Ralphs | 37.25 |
| Check | 12/20/2010 | Debit | Houston's | 15.00 |
| Check | 12/21/2010 | 2167 | Karla Padilla | 175.00 |
| Check | 12/21/2010 | Debit | Rite Aid | 53.70 |
| Check | 12/22/2010 | Debit | Bluewater Grill | 80.00 |
| Check | 12/23/2010 | Debit | Santa Monica Seafood | 51.29 |
| Check | 12/23/2010 | Debit | Jennifer Moreno | 175.00 |
| Check | 12/23/2010 | Debit | Beautiful Spa | 66.00 |
| Check | 12/23/2010 | Debit | Eddie V's Wildfish | 119.40 |
| Check | 12/23/2010 | Debit | Eddie V's Wildfish | 38.71 |
| Check | 12/23/2010 | Debit | Plums Cafe | 37.63 |
| Check | 12/24/2010 | 2369 | Marlene Bailey | 1,000.00 |
| Check | 12/24/2010 | Debit | Walgreens | 17.59 |
| Check | 12/24/2010 | Debit | Bed Bath & Beyond | 54.35 |
| Check | 12/24/2010 | Debit | ATM Withdrawal | 300.00 |
| Check | 12/27/2010 | 2169 | Tonya Gaitely | 50.00 |
| Check | 12/27/2010 | 2171 | Vicki Welch | 50.00 |
| Check | 12/27/2010 | 2172 | Cheyanne Welch | 50.00 |
| Check | 12/27/2010 | 2173 | Isabella Welch | 50.00 |
| Check | 12/27/2010 | 2174 | Toni & Jason Thurber | 50.00 |
| Check | 12/27/2010 | 2175 | Tanner Edstedt | 50.00 |
| Check | 12/27/2010 | 2176 | Kelsie Thurber | 50.00 |
| Check | 12/27/2010 | 2177 | Kylie Thurber | 50.00 |
| Check | 12/27/2010 | Debit | Palm Springs Cleaners | 127.30 |
| Check | 12/27/2010 | Debit | Principal Secret | 28.21 |
| Check | 12/27/2010 | Debit | Ralphs | 74.34 |
| Check | 12/27/2010 | Debit | Vons | 110.14 |
| Check | 12/27/2010 | Debit | Roscoe Grill | 114.50 |
| Check | 12/27/2010 | Debit | Borders | 95.62 |
| Check | 12/28/2010 | Debit | Ralphs | 169.79 |
| Check | 12/29/2010 | 2371 | Gricelda D. de Caro | 120.00 |
| Check | 12/29/2010 | | ATM Withdrawal | 204.00 |
| Check | 12/30/2010 | 2170 | Evan Welch | 50.00 |

**Exhibit 4 - Page 55 of 110**

Page 4 of 11

| Check | 12/30/2010 | Debit | Roscoe Grill | 176.80 |
|-------|-----------|-------|--------------|--------|
| Check | 12/31/2010 | Debit | Southern California Edison | 529.98 |
| Check | 12/31/2010 | Debit | AAA Auto Club | 109.56 |
| Check | 12/31/2010 | 2372 | Patton Door & Gate | 194.13 |
| Check | 12/31/2010 | Debit | UMWQT | 525.00 |
| Check | 12/31/2010 | Debit | UMWQT | 315.00 |
| Check | 12/31/2010 | Debit | Perfect Pen | 201.58 |
| Check | 12/31/2010 | Debit | Perfect Pen | 201.58 |
| Check | 12/31/2010 | Debit | Kaiser Grille | 106.93 |
| Check | 01/03/2011 | Debit | Kaiser Grille | 101.03 |
| Check | 01/03/2011 | Debit | Steakhouse | 117.23 |
| Check | 01/03/2011 | Debit | Kaiser Grille | 133.40 |
| Check | 01/03/2011 | Debit | Ralphs | 64.87 |
| Check | 01/04/2011 | Debit | Kaiser Grille | 102.49 |
| Check | 01/05/2011 | Debit | ATM Withdrawal | 304.00 |
| Check | 01/06/2011 | Transfer | Marlene Bailey | 29.00 |
| Check | 01/06/2011 | Debit | Islands | 49.17 |
| Check | 01/07/2011 | Debit | CVS Pharmacy | 24.88 |
| Check | 01/07/2011 | Debit | Fresh & Easy | 72.27 |
| Check | 01/10/2011 | Debit | Direct TV | 241.33 |
| Check | 01/10/2011 | Debit | Palm Springs Cleaners | 133.78 |
| Check | 01/12/2011 | 1172 | Gricelda D. de Caro | 120.00 |
| Check | 01/15/2011 | 2146 | Dr. William Longfellow | 104.00 |
| Check | 01/17/2011 | Debit | Fresh & Easy | 125.88 |
| Check | 01/20/2011 | Debit | Roscoe Grill | 120.00 |
| Check | 01/24/2011 | Debit | Ralphs | 83.99 |
| Check | 01/24/2011 | Debit | Islands | 82.56 |
| Check | 01/24/2011 | Debit | Santa Monica Seafood | 80.61 |
| Check | 01/24/2011 | Debit | Plum's | 45.06 |
| Check | 01/24/2011 | Debit | Fresh & Easy | 137.12 |
| Check | 01/25/2011 | Debit | ATM Withdrawal | 304.00 |
| Check | 01/25/2011 | Debit | ATM Withdrawal | 304.00 |
| Check | 01/25/2011 | Debit | Rascals Teriyaki Grill | 15.42 |
| Check | 01/28/2011 | Debit | The Rave Diet | 42.57 |
| Check | 01/31/2011 | Debit | Ralphs | 146.99 |
| Check | 01/31/2011 | Debit | Fresh & Easy | 168.39 |
| Check | 01/31/2011 | Debit | Kings Fish | 135.18 |
| Check | 02/01/2011 | Debit | Principal Secret | 46.50 |
| Check | 02/03/2011 | Debit | Rite Aid | 240.52 |
| Check | 02/03/2011 | Debit | Vons | 42.93 |
| Check | 02/04/2011 | Debit | Fresh & Easy | 16.73 |
| Check | 02/04/2011 | Debit | Fresh & Easy | 158.80 |
| Check | 02/04/2011 | Debit | ATM Withdrawal | 300.00 |
| Check | 02/07/2011 | Debit | AAA Auto Club | 239.53 |
| Check | 02/07/2011 | Debit | Fish House | 126.82 |
| Check | 02/07/2011 | Transfer | Marlene Bailey | 30.00 |

Exhibit 4 - Page 56 of 110

Page 5 of 11

| | | | | |
|---|---|---|---|---|
| Check | 02/07/2011 | Debit | Veermain Ltr | 99.99 |
| Check | 02/07/2011 | Debit | Veermain Ltr | 99.99 |
| Check | 02/07/2011 | Debit | ATM Withdrawal | 304.00 |
| Check | 02/07/2011 | Debit | Southern California Edison | 490.60 |
| Check | 02/07/2011 | Debit | Desert Water Agency | 89.81 |
| Check | 02/07/2011 | Debit | Desert Water Agency | 3.50 |
| Check | 02/10/2011 | Debit | southern california Gas | 74.43 |
| Check | 02/10/2011 | Debit | Time Warner Cable | 261.12 |
| Check | 02/11/2011 | Debit | Vons | 8.29 |
| Check | 02/11/2011 | Debit | Vons | 45.56 |
| Check | 02/14/2011 | Debit | Ralphs | 89.05 |
| Check | 02/14/2011 | Debit | Ralphs | 141.72 |
| Check | 02/14/2011 | Debit | Fresh & Easy | 192.05 |
| Check | 02/15/2011 | 1179 | Ed Bailey | 25.00 |
| Check | 02/15/2011 | Debit | ATM Withdrawal | 220.00 |
| Check | 02/16/2011 | Debit | Direct TV | 230.74 |
| Check | 02/17/2011 | Debit | Kaiser Grille | 35.69 |
| Check | 02/22/2011 | Debit | Santa Monica Seafood | 84.70 |
| Check | 02/22/2011 | Debit | The Orchard | 43.11 |
| Check | 02/22/2011 | Debit | Olive Garden | 31.74 |
| Check | 02/22/2011 | Debit | The Orchard | 31.03 |
| Check | 02/22/2011 | Debit | Roscoe Grill | 103.07 |
| Check | 02/22/2011 | Debit | Kaiser Grille | 24.95 |
| Check | 02/24/2011 | Debit | Santa Monica Seafood | 151.33 |
| Check | 02/24/2011 | Debit | Chili's | 76.90 |
| Check | 02/25/2011 | Debit | Fresh & Easy | 96.78 |
| Check | 03/03/2011 | Debit | Principal Secret | 29.95 |
| Check | 03/03/2011 | Debit | Ralphs | 159.94 |
| Check | 03/04/2011 | Transfer | Marlene Bailey | 31.00 |
| Check | 03/04/2011 | Debit | Rite Aid | 252.64 |
| Check | 03/07/2011 | Debit | Time Warner Cable | 132.59 |
| Check | 03/07/2011 | Debit | Palm Springs Cleaners | 185.14 |
| Check | 03/07/2011 | 2395 | Pablo Dominguez | 100.00 |
| Check | 03/07/2011 | Debit | Ralphs | 59.14 |
| Check | 03/07/2011 | Debit | Fresh & Easy | 35.85 |
| Check | 03/07/2011 | Debit | Fresh & Easy | 24.52 |
| Check | 03/08/2011 | Debit | Rite Aid | 84.23 |
| Check | 03/10/2011 | Debit | Dowling Fruit | 7.42 |
| Check | 03/10/2011 | Debit | Santa Monica Seafood | 47.78 |
| Check | 03/10/2011 | Debit | Kaiser Grille | 18.35 |
| Check | 03/12/2011 | Debit | Fisherman's Market | 5.77 |
| Check | 03/12/2011 | Debit | Fisherman's Market | 27.91 |
| Check | 03/12/2011 | Debit | Vons | 136.06 |
| Check | 03/12/2011 | Debit | Smart & Final | 106.32 |
| Check | 03/14/2011 | Debit | Time Warner Cable | 542.21 |
| Check | 03/17/2011 | Debit | Ralphs | 98.78 |

**Exhibit 4 - 57 of 110**
Page 6 of 110

| Check | 03/17/2011 | Debit | Roscoe Grill | 106.24 |
|-------|-----------|-------|--------------|--------|
| Check | 03/17/2011 | Debit | Leon's | 61.87 |
| Check | 03/21/2011 | Debit | Fresh & Easy | 133.59 |
| Check | 03/22/2011 | Debit | Direct TV | 230.74 |
| Check | 03/22/2011 | Debit | Southern California Gas | 75.18 |
| Check | 03/22/2011 | Debit | Southern California Gas | 3.50 |
| Check | 03/22/2011 | | Southern California Gas | 3.50 |
| Check | 03/22/2011 | Debit | Southern California Gas | 58.41 |
| Check | 03/22/2011 | Debit | Desert Water Agency | 61.29 |
| Check | 03/23/2011 | Debit | Southern California Edison | 435.30 |
| Check | 03/23/2011 | Debit | Ralphs | 91.10 |
| Check | 03/23/2011 | Debit | Fresh & Easy | 60.45 |
| Check | 03/25/2011 | Debit | Ralphs | 21.00 |
| Check | 03/25/2011 | Debit | Southern California Edison | 25.00 |
| Check | 03/28/2011 | Debit | Fresh & Easy | 71.50 |
| Check | 03/28/2011 | Debit | Fish House | 63.68 |
| Check | 03/28/2011 | Debit | The Living Desert | 66.50 |
| Check | 03/31/2011 | Debit | Palm Springs Cleaners | 106.33 |
| Check | 04/01/2011 | Debit | Kaiser Grille | 36.18 |
| Check | 04/01/2011 | Debit | Roscoe Grill | 106.98 |
| Check | 04/04/2011 | Debit | Total Toys | 99.99 |
| Check | 04/04/2011 | Debit | Kaiser Grille | 72.31 |
| Check | 04/04/2011 | Debit | Rite Aid | 40.00 |
| Check | 04/04/2011 | Debit | Rite Aid | 117.99 |
| Check | 04/04/2011 | Debit | Fresh & Easy | 7.53 |
| Check | 04/04/2011 | Debit | Ralphs | 69.13 |
| Check | 04/04/2011 | Debit | Fresh & Easy | 93.49 |
| Check | 04/06/2011 | Debit | Roscoes Grill | 107.98 |
| Check | 04/15/2011 | Debit | Southern California Edison | 435.30 |
| Check | 04/17/2011 | Debit | Kingfish | 109.45 |
| Check | 04/17/2011 | Debit | Ralphs | 86.68 |
| Check | 04/17/2011 | Debit | Fresh & Easy | 127.84 |
| Check | 04/18/2011 | Debit | CVS Pharmacy | 26.84 |
| Check | 04/22/2011 | Debit | Trader Joe's | 51.25 |
| Check | 04/25/2011 | Debit | Roseville | 17.14 |
| Check | 04/25/2011 | Debit | southern California Gas | 243.30 |
| Check | 04/25/2011 | Debit | Raley's | 50.40 |
| Check | 04/25/2011 | Debit | Salt Creek Inn | 95.06 |
| Check | 04/27/2011 | Debit | Salt Creek | 69.09 |
| Check | 05/02/2011 | Debit | Rite Aid | 225.13 |
| Check | 05/02/2011 | Debit | Ralphs | 161.25 |
| Check | 05/05/2011 | Debit | Rite Aid | 6.74 |
| Check | 05/05/2011 | Debit | Rite Aid | 40.74 |
| Check | 05/05/2011 | Debit | Rite Aid | 88.99 |
| Check | 05/09/2011 | Debit | Ralphs | 31.58 |
| Check | 05/09/2011 | Debit | Walgreens | 33.10 |

Exhibit 4 - 58 of 110

Page 7 of 11

| | | | | | |
|---|---|---|---|---|---|
| Check | 05/09/2011 | Debit | Smart & Final | 85.12 | |
| Check | 05/09/2011 | Debit | Fresh & Easy | 112.07 | |
| Check | 05/09/2011 | | ATM Withdrawal | 40.00 | |
| Check | 05/17/2011 | Debit | Desert Water Agency | 38.45 | |
| Check | 05/17/2011 | | Olive Garden | 35.06 | |
| Check | 05/19/2011 | Debit | Southern California Edison | 505.57 | |
| Check | 05/19/2011 | Debit | Fresh & Easy | 49.43 | |
| Check | 05/19/2011 | Debit | ATM Withdrawal | 100.00 | |
| Check | 05/23/2011 | | ATM Withdrawal | 300.00 | |
| Check | 05/24/2011 | Debit | Rite Aid | 40.00 | |
| Check | 05/25/2011 | Debit | PayPal | 19.49 | |
| Check | 05/26/2011 | Debit | Fresh & Easy | 12.30 | |
| Check | 05/26/2011 | Debit | AAA Auto Club | 40.33 | |
| Check | 05/26/2011 | Debit | AAA Auto Club | 73.00 | |
| Check | 05/27/2011 | Debit | Southern California Edison | 562.42 | |
| Check | 05/30/2011 | Debit | Ralphs | 101.35 | |
| Check | 05/30/2011 | | ATM Withdrawal | 100.00 | |
| Check | 05/31/2011 | 2040 | Pacific Pool Service | 282.00 | |
| Check | 05/31/2011 | 2386 | DMV | 198.00 | |
| Check | 06/01/2011 | Debit | Rite Aid | 123.69 | |
| Check | 06/02/2011 | Debit | Chop House | 52.04 | |
| Check | 06/03/2011 | Debit | ATM Withdrawal | 140.00 | |
| Check | 06/03/2011 | | ATM Withdrawal | 300.00 | |
| Check | 06/03/2011 | Debit | King Fish | 80.54 | |
| Check | 06/06/2011 | Debit | Fresh & Easy | 74.86 | |
| Check | 06/07/2011 | Debit | Rite Aid | 18.99 | |
| Check | 06/08/2011 | Debit | Ralphs | 36.15 | |
| Check | 06/08/2011 | Debit | Fresh & Easy | 83.56 | |
| Check | 06/13/2011 | Transfer | Marlene Bailey | 31.00 | |
| Check | 06/13/2011 | | ATM Withdrawal | 100.00 | |
| Check | 06/14/2011 | Debit | Ralphs | 14.19 | |
| Check | 06/14/2011 | Debit | El Torito Grill | 69.10 | |
| Check | 06/14/2011 | 2387 | William S. Longfellow, M.D. | 104.00 | |
| Check | 06/15/2011 | Debit | Ralphs | 21.73 | |
| Check | 06/15/2011 | Debit | Direct TV | 230.70 | |
| Check | 06/17/2011 | Debit | Desert Water Agency | 3.50 | |
| Check | 06/17/2011 | Debit | Desert Water Agency | 93.02 | |
| Check | 06/17/2011 | | Marlene Bailey | 100.00 | |
| Check | 06/17/2011 | | Marlene Bailey | 100.00 | |
| Check | 06/17/2011 | 2122 | Marlene Bailey | 870.00 | |
| Check | 06/17/2011 | Debit | Ralphs | 19.27 | |
| Check | 06/20/2011 | Debit | Fresh & Easy | 70.29 | |
| Check | 06/20/2011 | Debit | albertsons | 17.36 | |
| Check | 06/20/2011 | Debit | Claimjumper | 78.15 | |
| Check | 06/20/2011 | Debit | Fresh & Easy | 11.94 | |
| Check | 06/24/2011 | Debit | Budget Pharmacy | 28.25 | |

Exhibit 4 - Page 59 of 110

Page 8 of 11

| Check | 06/27/2011 | Debit | The Fish House | 66.82 |
| Check | 06/27/2011 | Debit | The Fish House | 71.99 |
| Check | 06/27/2011 | Debit | Southern California Gas | 77.66 |
| Check | 06/27/2011 | Debit | Desert Water Agency | 82.32 |
| Check | 06/27/2011 | Debit | Southern California Gas | 77.66 |
| Check | 06/27/2011 | Debit | Desert Water Agency | 82.32 |
| Check | 06/28/2011 | Debit | AAA Auto Club | 154.92 |
| Check | 06/29/2011 | Debit | Ralphs | 87.39 |
| Check | 07/01/2011 | Debit | Ralphs | 11.44 |
| Check | 07/01/2011 | Debit | Ralphs | 11.44 |
| Check | 07/03/2011 | Debit | Fresh & Easy | 88.26 |
| Check | 07/03/2011 | Debit | Walgreens | 10.78 |
| Check | 07/03/2011 | Debit | Rite Aid | 61.14 |
| Check | 07/03/2011 | Debit | Smart & Final | 87.13 |
| Check | 07/03/2011 | Debit | Walgreens | 51.70 |
| Check | 07/05/2011 | Debit | CVS Pharmacy | 32.84 |
| Check | 07/05/2011 | Debit | ATM Withdrawal | 123.50 |
| Check | 07/05/2011 | Debit | Subway | 12.00 |
| Check | 07/06/2011 | Debit | Rusty Pelican | 88.01 |
| Check | 07/06/2011 | Debit | Olive Garden | 19.50 |
| Check | 07/07/2011 | Transfer | Marlene Bailey | 29.25 |
| Check | 07/07/2011 | Debit | Gulliver's | 75.35 |
| Check | 07/09/2011 | Debit | Ralphs | 41.65 |
| Check | 07/09/2011 | Debit | Rite Aid | 12.43 |
| Check | 07/11/2011 | Debot | Fresh & Easy | 34.30 |
| Check | 07/11/2011 | Debit | Ralphs | 51.64 |
| Check | 07/11/2011 | Debit | Margarita's | 81.91 |
| Check | 07/18/2011 | Debit | Fresh & Easy | 59.54 |
| Check | 07/18/2011 | Debit | Fresh & Easy | 35.77 |
| Check | 07/18/2011 | Debit | Fresh & Easy | 59.54 |
| Check | 07/18/2011 | Debit | Fresh & Easy | 143.14 |
| Check | 07/18/2011 | Debit | Subway | 13.99 |
| Check | 07/18/2011 | Debit | Ralphs | 24.03 |
| Check | 07/18/2011 | Debit | Pizza Hut | 24.24 |
| Check | 07/21/2011 | Debit | Direct TV | 237.06 |
| Check | 07/25/2011 | Debit | Fresh & Easy | 48.88 |
| Check | 07/25/2011 | Debit | Ralphs | 11.17 |
| Check | 07/25/2011 | Debit | Fresh & Easy | 50.61 |
| Check | 07/26/2011 | Debit | Ralphs | 24.45 |
| Check | 07/28/2011 | 2411 | Southern California Edison | 685.61 |
| Check | 07/28/2011 | Debit | Ralphs | 49.69 |
| Check | 08/01/2011 | Debit | Vons | 16.41 |
| Check | 08/01/2011 | Debit | Subway | 13.99 |
| Check | 08/01/2011 | Debit | Ralphs | 63.34 |
| Check | 08/02/2011 | Debit | Ralphs | 7.35 |
| Check | 08/02/2011 | Debit | Ralphs | 13.20 |

Exhibit 4 - Page 60 of 110

Page 9 of 11

Payments Made for Benefit of Debtors Within One Year
As of October 20, 20 11

| Check | 08/02/2011 | 2412 | AAA Auto Club | 153.23 |
|-------|-----------|------|---------------|--------|
| Check | 08/04/2011 | Debit | Ralphs | 34.57 |
| Check | 08/04/2011 | 2388 | Rite Aid | 117.13 |
| Check | 08/09/2011 | Debit | Southern California Edison | 891.88 |
| Check | 08/09/2011 | Debit | Pizza Hut | 27.24 |
| Check | 08/15/2011 | Debit | Direct TV | 236.33 |
| Check | 08/15/2011 | Debit | Payments | 7.00 |
| Check | 08/15/2011 | Debit | Desert water agency | 240.00 |
| Check | 08/16/2011 | Debit | Scoresense.com | 1.00 |
| Check | 08/17/2011 | Debit | southern California Gas | 136.32 |
| Check | 08/22/2011 | Debit | Ralphs | 141.46 |
| Check | 08/22/2011 | Debit | Fresh & Easy | 47.09 |
| Check | 08/25/2011 | Debit | Fresh & Easy | 73.25 |
| Check | 08/29/2011 | Debit | Mimi's Cafe | 43.62 |
| Check | 08/31/2011 | Debit | Denny's | 27.16 |
| Check | 09/02/2011 | Debit | Ralphs | 32.66 |
| Check | 09/06/2011 | Debit | Smart & Final | 42.94 |
| Check | 09/08/2011 | Debit | AAA | 150.70 |
| Check | 09/09/2011 | Transfer | Marlene Bailey | 61.00 |
| Check | 09/09/2011 | Debit | Rite Aid | 17.23 |
| Check | 09/09/2011 | Debit | Fresh & Easy | 66.48 |
| Check | 09/12/2011 | Debit | Direct TV | 300.31 |
| Check | 09/12/2011 | Debit | Ralphs | 72.54 |
| Check | 09/12/2011 | Debit | ATM Withdrawal | 60.00 |
| Check | 09/13/2011 | Debit | Vons | 31.46 |
| Check | 09/13/2011 | 2141 | Southern California Edison | 750.00 |
| Check | 09/16/2011 | Debit | Smart & Final | 51.43 |
| Check | 09/16/2011 | Debit | Vons | 35.56 |
| Check | 09/16/2011 | Debit | Ralphs | 67.19 |
| Check | 09/22/2011 | Debit | Ralphs | 37.67 |
| Check | 09/26/2011 | Debit | Ralphs | 32.24 |
| Check | 09/26/2011 | Debit | Fresh & Easy | 14.33 |
| Check | 09/26/2011 | Debit | Rite Aid | 69.74 |
| Check | 09/27/2011 | | ATM Withdrawal | 200.00 |
| Check | 09/30/2011 | Debit | Fresh & Easy | 60.97 |
| Check | 10/04/2011 | Debit | Smart & Final | 167.90 |
| Check | 10/04/2011 | Debit | Direct TV | 266.47 |
| Check | 10/05/2011 | Debit | Southern California Gas | 26.42 |
| Check | 10/06/2011 | Transfer | Marlene Bailey | 30.00 |
| Check | 10/06/2011 | 2145 | Pacific Pool Service | 120.00 |
| Check | 10/06/2011 | Debit | AAA | 148.72 |
| Check | 10/11/2011 | Debit | Fresh & Easy | 10.23 |
| Check | 10/11/2011 | 2147 | Southern California Edison | 775.00 |
| Check | 10/13/2011 | Debit | Desert Water Agency | 136.43 |
| Check | 10/14/2011 | Debit | Fresh & Easy | 109.44 |
| Check | 10/14/2011 | Debit | Rite Aid | 129.67 |

Exhibit 4 - Page 61 of 110

| Check | 10/14/2011 | Debit | Ralphs | 92.94 |
| Check | 10/17/2011 | Debit | Smart & Final | 71.05 |
| Check | 10/20/2011 | | ATM Withdrawal | 300.00 |
| | | | | **$67,789.78** |

Exhibit 4 - Page 62 of 110

Page 11 of 11

| Type | Date | Num | Name | Paid Amount |
|------|------|-----|------|-------------|
| Check | 10/26/2010 | Transfer | Town Center at Briggs Ranch LLC | 100.00 |
| Check | 10/26/2010 | Transfer | Hollyhills Development Inc. | 1,020.00 |
| Check | 10/27/2010 | 4250 | Nueces Marina Management LP | 1,000.00 |
| Check | 10/29/2010 | Transfer | Hanford Investments LP | 1,200.00 |
| Check | 11/01/2010 | Transfer | Hollyhills Development Inc. | 3,598.10 |
| Check | 11/01/2010 | Transfer | Hollyhills Development Inc. | 5.00 |
| Check | 11/01/2010 | Debit | Hollyhills Development Inc. | 3,000.00 |
| Check | 11/01/2010 | Transfer | Hanford Investments LP | 2,000.00 |
| Check | 11/01/2010 | Transfer | Hanford Investments LP | 5.00 |
| Check | 11/02/2010 | Transfer | Town Center at Briggs Ranch | 1,000.00 |
| Check | 11/02/2010 | Transfer | Town Center at Briggs Ranch | 1,000.00 |
| Check | 11/02/2010 | Transfer | Bailey Family Trust | 30.00 |
| Check | 11/02/2010 | Transfer | Golf Clubs of America LP | 30.00 |
| Check | 11/04/2010 | Transfer | Hanford Investments LP | 1,400.00 |
| Check | 11/05/2010 | 4251 | Nueces Marina Management LP | 300.00 |
| Check | 11/10/2010 | 4252 | Nueces Marina Management LP | 1,000.00 |
| Check | 11/10/2010 | Transfer | Hollyhills Development Inc. | 1,132.00 |
| Check | 11/12/2010 | Transfer | Hollyhills Development Inc. | 35.00 |
| Check | 11/30/2010 | 2360 | Hanford Development | 200.00 |
| Check | 12/02/2010 | Transfer | Hollyhills Development Inc. | 20.00 |
| Check | 12/02/2010 | Transfer | Hollyhills Development Inc. | 253.00 |
| Check | 12/03/2010 | 2353 | Merrill Lynch | 500.00 |
| Check | 12/03/2010 | 2354 | Merrill Lynch | 500.00 |
| Check | 12/06/2010 | Transfer | Bailey Family Trust | 30.00 |
| Check | 12/08/2010 | Transfer | Golf Clubs of America LP | 15.00 |
| Check | 12/13/2010 | Transfer | Hanford Investments LP | 300.00 |
| Check | 12/14/2010 | Transfer | Golf Clubs of America LP | 15.00 |
| Check | 12/16/2010 | Transfer | Town Center at Briggs Ranch LLC | 500.00 |
| Check | 12/21/2010 | Transfer | Town Center at Briggs Ranch LLC | 400.00 |
| Check | 12/27/2010 | Transfer | Hanford Investments LP | 200.00 |
| Check | 12/30/2010 | Transfer | Hanford Investments LP | 540.00 |
| Check | 01/03/2011 | Transfer | Hollyhills Development Inc. | 5.00 |
| Check | 01/03/2011 | Transfer | Town Center at Briggs Ranch LLC | 20.00 |
| Check | 01/03/2011 | Transfer | Town Center at Briggs Ranch LLC | 1,050.00 |
| Check | 01/06/2011 | Transfer | Golf Clubs of America LP | 14.53 |
| Check | 01/06/2011 | Transfer | Bailey Family Trust | 29.00 |
| Check | 01/07/2011 | Transfer | Town Center at Briggs Ranch LLC | 40.00 |
| Check | 01/11/2011 | Transfer | Hollyhills Development Inc. | 262.00 |
| Check | 01/11/2011 | Transfer | Somerset Marketing | 38.00 |
| Check | 01/14/2011 | Transfer | Hollyhills Development Inc. | 9.16 |
| Check | 01/14/2011 | Transfer | Golf Clubs of America LP | 15.00 |
| Check | 01/14/2011 | Transfer | Hollyhills Development Inc. | 35.00 |
| Check | 01/15/2011 | Transfer | Homble Partners | 140.00 |

| | | | | |
|---|---|---|---|---|
| Check | 01/20/2011 | Transfer | Town Center at Briggs Ranch LLC | 21.00 |
| Check | 01/24/2011 | 1156 | Homble Partners | 300.00 |
| Check | 01/24/2011 | Transfer | Hanford Investments LP | 0.00 |
| Check | 01/31/2011 | Transfer | Town Center at Briggs Ranch LLC | 44.00 |
| Check | 02/02/2011 | Transfer | Homble Partners | 55.00 |
| Check | 02/02/2011 | Transfer | Hollyhills Development Inc. | 5.00 |
| Check | 02/02/2011 | Transfer | Hollyhills Development Inc. | 20.00 |
| Check | 02/02/2011 | Transfer | Hanford Investments LP | 20.00 |
| Check | 02/07/2011 | Transfer | Bailey Family Trust | 30.00 |
| Check | 02/08/2011 | Transfer | Golf Clubs of America LP | 15.00 |
| Check | 02/10/2011 | Transfer | Bailey Family Trust | 10.00 |
| Check | 02/12/2011 | Transfer | Hanford Investments LP | 25.00 |
| Check | 02/15/2011 | Transfer | Hanford Investments LP | 40.00 |
| Check | 02/15/2011 | Transfer | Hanford Investments LP | 50.00 |
| Check | 02/16/2011 | Transfer | Hanford Investments LP | 400.00 |
| Check | 02/23/2011 | Transfer | Town Center at Briggs Ranch LLC | 60.00 |
| Check | 02/28/2011 | Transfer | Hanford Investments LP | 7.50 |
| Check | 03/03/2011 | 999992 | Town Center at Briggs Ranch LLC | 2,100.00 |
| Check | 03/03/2011 | Transfer | Hanford Investments LP | 300.00 |
| Check | 03/03/2011 | Transfer | Hollyhills Development Inc. | 325.00 |
| Check | 03/03/2011 | Transfer | Hollyhills Development Inc. | 5.00 |
| Check | 03/04/2011 | 2394 | Hollyhills Investments LP | 50.00 |
| Check | 03/04/2011 | Transfer | Bailey Family Trust | 28.00 |
| Check | 03/07/2011 | 2396 | Homble Partners LLC | 80.00 |
| Check | 03/07/2011 | Transfer | Hanford Investments LP | 35.00 |
| Check | 03/09/2011 | Transfer | Golf Clubs of America LP | 15.00 |
| Check | 03/11/2011 | Transfer | Town Center at Briggs Ranch LLC | 30.00 |
| Check | 03/11/2011 | 999993 | Town Center at Briggs Ranch LLC | 250.00 |
| Check | 03/14/2011 | Transfer | Hanford Investments LP | 250.00 |
| Check | 03/18/2011 | Transfer | Golf Clubs of America LP | 15.00 |
| Check | 03/18/2011 | Transfer | Hollyhills Development Inc. | 35.00 |
| Check | 03/21/2011 | Transfer | Hanford Investments LP | 337.00 |
| Check | 03/22/2011 | Transfer | Hanford Investments LP | 53.00 |
| Check | 03/22/2011 | Transfer | Hanford Investments LP | 200.00 |
| Check | 03/24/2011 | Transfer | Somerset | 80.00 |
| Check | 03/30/2011 | 2383 | Somerset Marketing | 500.00 |
| Check | 04/01/2011 | Transfer | Town Center at Briggs Ranch LLC | 166.00 |
| Check | 04/01/2011 | Transfer | Hollyhills Development Inc. | 25.00 |
| Check | 04/02/2011 | Transfer | Homble Partners | 30.00 |
| Check | 04/05/2011 | Transfer | Hanford Investments LP | 10.00 |
| Check | 04/14/2011 | Transfer | Golf Clubs of America LP | 28.00 |
| Check | 04/14/2011 | Transfer | Hanford Investments LP | 700.00 |
| Check | 04/22/2011 | Transfer | Alberni Group LLC | 95.00 |
| Check | 04/25/2011 | Transfer | Alberni Group LLC | 97.00 |
| Check | 05/18/2011 | Transfer | Sunrise Properties | 365.00 |

| Check | 05/23/2011 | 2033 | Somerset Marketing | 135.00 |
|-------|------------|------|--------------------|--------|
| Check | 05/23/2011 | 2037 | Homble Partners | 800.00 |
| Check | 05/23/2011 | 2038 | Town Center at Briggs Ranch | 950.00 |
| Check | 05/24/2011 | 2032 | Alberni Group | 300.00 |
| Check | 05/24/2011 | Transfer | Golf Clubs of America LP | 54.20 |
| Check | 05/24/2011 | Transfer | Hollyhills Development Inc. | 5.00 |
| Check | 05/24/2011 | Transfer | Bailey Family Trust | 59.00 |
| Check | 05/24/2011 | Transfer | Hollyhills Development Inc. | 90.00 |
| Check | 05/24/2011 | Transfer | Golf Clubs of America LP | 14.56 |
| Check | 05/24/2011 | Transfer | Hanford Investments LP | 400.00 |
| Check | 05/24/2011 | Transfer | Bailey Family Trust | 60.00 |
| Check | 06/03/2011 | Transfer | Town Center at Briggs Ranch LLC | 30.00 |
| Check | 06/03/2011 | Transfer | Hanford Investments LP | 135.00 |
| Check | 06/05/2011 | 2046 | Hanford Investments LP | 75.00 |
| Check | 06/13/2011 | Transfer | Hollyhills Development Inc. | 20.00 |
| Check | 06/13/2011 | Transfer | Bailey Family Trust | 30.00 |
| Check | 06/14/2011 | Transfer | Hanford Investments LP | 0.25 |
| Check | 06/15/2011 | Transfer | Town Center at Briggs Ranch LLC | 150.00 |
| Check | 06/15/2011 | 2124 | Manhattan Holdings LLC | 500.00 |
| Check | 06/17/2011 | 2130 | Homble Partners | 580.00 |
| Check | 06/17/2011 | 2131 | Town Center at Briggs Ranch LLC | 420.00 |
| Check | 06/17/2011 | 2132 | Hanford Investments LP | 500.00 |
| Check | 06/17/2011 | 2129 | Homble Partners | 80.00 |
| Check | 06/20/2011 | 2147 | Manhattan Holdings LLC | 1,000.00 |
| Check | 06/20/2011 | Transfer | Somerset Marketing | 45.00 |
| Check | 06/20/2011 | Transfer | Somerset Marketing | 3.20 |
| Check | 06/20/2011 | Transfer | Hanford Investments LP | 11.00 |
| Check | 06/20/2011 | 1391 | Homble Partners | 800.00 |
| Check | 06/21/2011 | Transfer | Hanford Investments LP | 11.00 |
| Check | 06/24/2011 | Transfer | Homble Partners | 46.00 |
| Check | 07/02/2011 | Transfer | Sunrise Properties | 5.00 |
| Check | 07/02/2011 | Transfer | Homble Partners | 800.00 |
| Check | 07/05/2011 | Transfer | Sunrise Properties | 200.00 |
| Check | 07/07/2011 | Transfer | Hollyhills Development Inc. | 20.00 |
| Check | 07/07/2011 | Transfer | Bailey Family Trust | 30.00 |
| Check | 07/07/2011 | 2140 | Hanford Investments LP | 100.00 |
| Check | 07/07/2011 | 2141 | Manhattan Holdings | 150.00 |
| Check | 07/07/2011 | 2140 | Hanford Investments LP | 100.00 |
| Check | 07/07/2011 | 2141 | Manhattan Holdings | 150.00 |
| Check | 07/08/2011 | 92 | Manhattan Holdings | 120.00 |
| Check | 07/19/2011 | Transfer | Sunrise Properties | 48.00 |
| Check | 07/29/2011 | 2415 | Homble Partners LLC | 400.00 |
| Check | 07/29/2011 | Transfer | Hanford Investments LP | 265.00 |
| Check | 08/11/2011 | Transfer | Homble Partners | 2.00 |
| Check | 08/16/2011 | Transfer | Somerset Marketing | 15.00 |

| Check | 08/19/2011 | Transfer | Sunrise Properties | 488.00 |
|---|---|---|---|---|
| Check | 08/29/2011 | Transfer | Somerset Marketing | 2.00 |
| Check | 09/09/2011 | Transfer | Town Center at Briggs Ranch LLC | 750.00 |
| Check | 09/09/2011 | Transfer | Homble Partners | 1,250.00 |
| Check | 09/09/2011 | Transfer | Southwest Joint Venture | 32.00 |
| Check | 09/09/2011 | Transfer | Bailey Family Trust | 60.00 |
| Check | 09/09/2011 | Transfer | Hollyhills Development Inc. | 40.00 |
| Check | 09/16/2011 | Transfer | Somerset Marketing | 10.52 |
| Check | 09/16/2011 | Transfer | Somerset Marketing | 6.00 |
| Check | 09/22/2011 | Transfer | Homble Partners | 4.00 |
| Check | 09/24/2011 | Transfer | Town Center at Briggs Ranch LLC | 5.80 |
| Check | 09/27/2011 | Transfer | Somerset Marketing | 1.00 |
| Check | 09/28/2011 | Transfer | Somerset Marketing | 99.00 |
| Check | 10/03/2011 | Transfer | Hollyhills Development Inc. | 20.00 |
| Check | 10/03/2011 | 2146 | Hanford Investments LP | 200.00 |
| Check | 10/03/2011 | Transfer | Sunrise Properties | 115.00 |
| Check | 10/03/2011 | Transfer | Southwest Joint Venture | 29.00 |
| Check | 10/03/2011 | Transfer | Homble Partners | 500.00 |
| Check | 10/06/2011 | Transfer | Bailey Family Trust | 30.00 |
| Check | 10/07/2011 | Transfer | Bailey Family Trust | 41.00 |
| Check | 10/11/2011 | 2043 | Hanford Investments LP | 75.00 |
| Check | 10/15/2011 | 2149 | Town Center at Briggs Ranch LLC | 100.00 |
| Check | 10/15/2011 | Transfer | Homble Partners | 85.00 |
| Check | 10/15/2011 | Transfer | Hanford Investments LP | 46.00 |
| Check | 10/19/2011 | Transfer | Town Center at Briggs Ranch LLC | 10.00 |
| Check | 10/19/2011 | Transfer | Town Center at Briggs Ranch LLC | 100.00 |
| | | | | 44,100.82 |

3c3 - Payments made for Benefit of Family Members Within One Year

Case 6:19-bk-01626-WH   Doc 54   Filed 03/25/19   Entered 03/25/19 16:08:32   Desc
Main Document   As of October 20, 2017   Page 110 of 193

| Type | Date | Num | Name | | Paid Amount |
|------|------|-----|------|--|-------------|
| Check | 07/05/2011 | 2184 | Ed Bailey | Family Member | 25.00 |
| Check | 02/11/2011 | Debit | US Medical | Mother | 60.90 |
| Check | 09/15/2011 | 2140 | Worthington | Mother | 1,800.00 |
| Check | 10/15/2011 | 2148 | Ed Bailey | Family Member | 23.00 |
| Check | 07/05/2011 | 2055 | Mary K. Bailey | Mother | 780.00 |
| Check | 10/20/2010 | 2323 | Budget Pharmacy | Mother | 190.76 |
| Check | 10/25/2010 | 2328 | Ed Bailey | Family Member | 200.00 |
| Check | 12/03/2010 | Debit | Budget Pharmacy | Mother | 247.29 |
| Check | 01/31/2011 | 2378 | John | Mother | 50.00 |
| Check | 03/30/2011 | 2385 | Ed Bailey | Family Member | 40.00 |
| | | | | | 3,416.95 |

Exhibit 4 - Page 67 of 110

## STATEMENT OF FINANCIAL AFFAIRS – QUESTION 4a
Suits and Administrative Proceedings within One Year

| Caption of Suit And Case Number | Nature of Proceeding | Court or Agency And Location | Status or Disposition |
|---|---|---|---|
| Walter Holiday v. Bailey Case No. BC342578 | Private Dispute | Superior Court | Judgment |
| Connoco Phillips v. Hollyhills Investments, et al. Case No. NC050289 Texas Case No. 2011-CI-113507 | Lease Collection | Superior Court Long Beach & Bexar County, Texas Sister State | Judgment |
| McCasland v. Briggs Ranch Grand Vacation Club, et al. Case No. 2008-CI-03833 | Timeshare | Bexar County Texas District Court | Full Settlement in Briggs Ranch Grand Vacation Club Bankruptcy Case |
| American Express v. Daniel Bailey Case No.INC10006141 | Credit Card | Superior Court Riverside County | Pending |
| Allan Lieb v. Hanford Investments, et al. Case No. 37-2008-00097659-CU-BC-CTL | Lender Guarantee | Superior Court San Diego County | Judgment |
| Insurance of the West v. Daniel Bailey Case No. BC422864 | Private Dispute | Superior Court Los Angeles | Judgment |
| Chang & Cote v. Daniel Bailey, et al. Case No. KC05627 | Collection | Superior Court Los Angeles-Pomona | Judgment |
| Westgate Community Association v. Daniel Bailey, et al. Case No. INC077789 | HOA Collection Case | Superior Court Riverside | Judgment |
| The Golf Club of Texas v. Daniel Bailey Texas Case No. 2008-CI-08520 Riverside Case No. RIC10014024 | Personal Guarantee Case | Bexar County, Texas District Court & Superior Court Riverside | Judgment |
| Motschielder, et al. v. Daniel Bailey, et al. Case No.SIC0054 | Collection | Superior Court Kings County | Judgment |
| SMS Hanford LLC v. Hanford Montecito Ranch LLC, et al. Case No.08C0006 Riverside Case No.RIC1111004 | Deficiency Judgment-Personal Guarantee | Superior Court Kings County & Superior Court Riverside | Judgment |
| SMS Briggs Ranch LLC v. Hollyhills Investments LP, et al. Case No.2010-CI-10811 | Deficiency Judgment – Guarantee | Bexar County, Texas District Court | Pending |
| Oil Patch Petroleum v. Nueces Marina Management, et al. Case No. 10-60411-00-0-1 | Collection | District Court, Nueces County, Texas | Judgment |

**Exhibit 4 - Page 68 of 110**

| Stag Golf v. The Golf Club of Texas, et al. Case No. 2008-CI-17195 | Contract | District Court, Bexar County, Texas | Pending |
| RVK v. Hollyhills Development Case No. 2007-CI-06191 | Collection | District Court, Bexar County, Texas | Judgment |
| Suntrust Bank v. Daniel Bailey, et al. Case No. BC452096 | Collection | Superior Court Los Angeles | Dismissed |

## ADDITIONS TO QUESTION NO. 4a

| Caption of Suit And Case Number | Nature of Proceeding | Court or Agency And Location | Status or Disposition |
| --- | --- | --- | --- |
| In Re: Briggs Ranch Grand Vacation Club Case No. 6:08-bk-23655-MJ | Chapter 11 Bankruptcy of BRGVC converted to a Chapter 7 by Trustee | Bankruptcy Court, Central District, Riverside | Pending |
| R.L. Goodrich, Chapter 7 Trustee for Briggs Ranch Grand Vacation Club v. Bailey Family Trust, et al. Adv. Proc No 6:10-ap-01588-MJ | Complaint to Avoid & Recovery Avoidable Transfers | Bankruptcy Court, Central District, Riverside | Dismissed |
| R.L. Goodrich, Chapter 7 Trustee for Briggs Ranch Grand Vacation Club v. Hollyhills Investments Adv. Proc No 6:10-ap-01589-MJ | Complaint to Avoid & Recovery Avoidable Transfers | Bankruptcy Court, Central District, Riverside | Dismissed |
| Neeley v. Bailey, et al. Case No. PC051219 | Contract | Superior Court Los Angeles | Pending |
| Chase Bank v. Marlene Bailey Case No. INC10006215 | Collection | Superior Court Riverside | Dismissed |
| Clark County v. Daniel Bailey Case No.x0040094 | Checks | Clark County Nevada | Pending |
| Citibank v. Bailey Case No. INC1101765 | Collection | Superior Court Riverside | Dismissed |
| Chase Bank v. Bailey Case No. RIC11013010 | Collection | Superior Court Riverside | Dismissed |

## STATEMENT OF FINANCIAL AFFAIRS – QUESTION 4b

Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OR PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Motschiedler, Michaelides, Wishon, Brewer 1690 W. Shaw, Suite 200 Fresno, CA 93711 | 8/21/2011 Abstract of Judgment attached to 480 E. Bogert Trail, Palm Springs Bailey Family Trust Hanford Development | $123,753.60 Value: $650,000.00 |
| SMS Hanford LLC 2645 North 7th Avenue Phoenix, AZ 85007 | 4/6/2011 Abstract of Judgment 8/22/2011 attached to 480 E. Bogert Trail, Palm Springs Hanford Montecito Ranch Bailey Family Trust | $6,378,992.91 Value: $650,000.00 |
| Walter Holiday Coleman Frost LLP 501 Colorado Ave., Ste. 204 Santa Monica, CA 9040 | 5/7/2008 Judgment attached to 480 E. Bogert Trail, Palm Springs; Judgment recorded on 9/9/2011 S&1 Holdings Hollyhills Development Sunrise Properties Village Equities | $810,000 Value: $650,000.00 |
| Westgate Community Association Peters & Freedman LLP 191 Calle Magdelena, Suite 220 Encinitas, CA 92024 | 1/24/2011 Abstract of Judgment attached to 480 E. Bogert Trail, Palm Springs recorded judgment in 2011 Bailey Family Trust | $12,715.00 Value: $650,000.00 |
| Don Caroline, et al. c/o Financial Freedom Loans Inc. 2375 Jefferson Street Carlsbad, CA 92008 | Foreclosure Sale Date: 2/8/2011 | 2276 Prenda, Riverside, CA Manufactured Home Approx.Value: $150,000 |
| Texas General Land Office 1700 North Congress Avenue Austin, TX 78701 | Repossession of Leased Land: 2/14/2011 | Marker 37 Marina on leased land property seized Approx. Value: $2,000,000 |
| Federal Tax Lien Internal Revenue Service Ogden, Utah | Attached lien on 480 Bogert Trail on 12/14/2010 | Value: $650,000.00 |
| Federal Tax Lien Internal Revenue Service Ogden, Utah | Attached lien on 480 Bogert Trail on 3/15/2011 | Value: $650,000.00 |
| State Tax Lien California Franchise Tax Sacramento, CA | Attached lien 7/27/2011 On 50 acres Hollyhills Development Inc. | Value: $650,000.00 |

**Exhibit 4 - Page 70 of 110**

## STATEMENT OF FINANCIAL AFFAIRS – QUESTION 5

Repossessions, Foreclosures & Returns within One Year from 10/20/2011

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Don Caroline, et al. c/o Financial Freedom Loans Inc. 2375 Jefferson Street Carlsbad, CA 92008 | Foreclosure Sale Date: 2/8/2011 | 2276 Prenda, Riverside, CA Manufactured Home Value: $150,000 |
| Texas General Land Office 1700 North Congress Avenue Austin, TX 78701 | Repossession of Leased Land: 2/14/2011 | Marker 37 Marina on leased land Value: $2,000,000 |

4

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☐ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| Chapter 7 Trustee in the Briggs Ranch Grand Vacation Club BK | U.S. Bankruptcy Court Case No 6:08-bk-23655-MJ | | Land- Value Unknown |

**7. Gifts**

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Cecilia-El Shaddai Ministries Desert Chapel Church | None Church | 11/19/2010 2010 | Mission-$300 Church-$95 |

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**Exhibit 4 - Page 72 of 110**

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Springboard Nonprofit Consumer Credit Management Inc. | 10/20/2011 Somerset Marketing Corp | $55 |

**10. Other transfers**

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

See Attachment 10a

None
☐

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

See Attachment 10b

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

See Attachment 11

**Exhibit 4 - Page 73 of 110**

## STATEMENT OF FINANCIAL AFFAIRS – QUESTION 10a
List of all other property transferred within 2 years
From 10/20/2009 to 10/20/2011

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| ~~The Bank of New York Mellon~~ ~~101 Barclay Street – 4W~~ ~~New York, NY 10286~~ ~~Relationship: Lender~~ | ~~4/7/2009~~ | ~~Foreclosure on Condominium located at 230 Dwyer Unit 1205, San Antonio, Texas~~ ~~Value received: Zero~~ |
| The Bank of New York 101 Barclay Street – 4W New York, NY 10286 Relationship: Lender | 12/1/2009 | Foreclosure on Condominium located at 230 Dwyer Unit 1201, San Antonio, Texas Value received: Zero |
| Recontrust Company 2380 Performance Drive TX2-985-07-03 Richardson, TX 75082 Relationship: Lender | 10/19/2010 | Foreclosure on condominium located at 4525 S. Dean Martin #2212, Las Vegas, Nevada Value received: Zero |
| Suntrust Bank c/o Nelson & Kennard 2180 Harvard St., Ste 160 Sacramento, CA 95853 Relationship: Lender | 2/2010 | Repossession of 74 ft yacht Value received: Zero |
| Texas General Land Office PO Box 12873 Austin, TX 78711 Relationship: Lessor | 2/14/2011 | Termination of Lease - Reclaimed possession of Marker 37 marina, Corpus Christi, TX Value received: zero |
| Texas General Land Office PO Box 12873 Austin, TX 78711 Relationship: Lessor | 9/16/2010 ~~2/14/2011~~ | Termination of Leases - Reclaimed possession of Tracts A, B and C leases, Corpus Christi, TX Value received: zero |
| ~~One West Bank~~ ~~6900 Beatrice Drive~~ ~~Kalamazoo, MI 49009~~ ~~Relationship: Lender~~ | ~~6/3/2009~~ | ~~Foreclosure of vacant land located (Lot 18) 68 Royal St.~~ ~~George, Rancho Mirage, California~~ ~~Value received: zero~~ |
| One West Bank 6900 Beatrice Drive Kalamazoo, MI 49009 Relationship: Lender | ~~6/4/2009 and~~ 1/14/2010 | Foreclosure of vacant land located (Lot 17) 66 Royal St. George, Rancho Mirage, California Value received: zero |
| Major Magic Holdings LP 23161 Mill Creek Dr., Suite 320 Laguna Hills, CA 92653 Relationship: Lender | 10/5/2010 | Foreclosure on approx 21 acres at Briggs Ranch, San Antonio, TX Value received: zero |
| Connolly & Company | 7/18/2010 | UCC Filing as security on $660,000 loan Value received: Extension of note |

Page **1** of **2**

**Exhibit 4 - Page 74 of 110**

| 7744 Broadway #103<br>San Antonio, TX 78209 | | |
|---|---|---|
| California Friends Foundation<br>12151 Dale Ave<br>Stanton, CA 90680<br>Relationship: Lender | 9/7/2010 | Foreclosure on 25.39 acres at Briggs Ranch, San Antonio, TX<br>Value received: zero |
| California Friends Foundation<br>12151 Dale Ave<br>Stanton, CA 90680<br>Relationship: Lender | 9/7/2010 | Foreclosure on 10 acres at Briggs Ranch, San Antonio, TX<br>Value received: zero |
| Insurance of the West<br>11455 El Camino Real<br>San Diego, CA 92130-2045<br>Relationship: Judgment Creditor | 9/2010 | As part of the settlement of lawsuit with ICW, Debtors gave a<br>deed of trust on Prenda, Ridge Mountain 50 acres and Dean<br>Martin condo for $1,300,000 each as additional security.<br>Value received: received settlement but ultimately could not<br>pay amount and judgment was entered. |

## ADDITIONS TO QUESTION 10a

| NAME AND ADDRESS OF<br>TRANSFEREE, RELATIONSHIP<br>TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE<br>RECEIVED |
|---|---|---|
| Argus Associates LP<br>MacHutchin Development<br>6365 Via Cabrera<br>La Jolla, CA 92037 | 11/30/2009 | As part of the settlement, Villas at Ridge Mountain-Deed<br>in Lieu of Foreclosure to lender the property located at<br>1450 Locust, Long Beach, CA |
| Richie & Gueringer<br>112 E. Pecan, Suite 1420<br>San Antonio, TX 78205 | 2009 | Assignment of Judgment in Don Manley v. Hanford<br>Development Inc., USDC Case No SA-06-CA-1082-RF<br>of $ |

**Exhibit 4 - Page 75 of 110**

## STATEMENT OF FINANCIAL AFFAIRS - QUESTION 10b
List of Property Transfer by Debtor within 10 years to a Self-Settled Trust

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| Bailey Family Trust, a Revocable trust | 9/13/2004 | 1.   All shares of common stock of Hanford Development Inc. then revoked 2007. Value: unknown<br>2.   All membership interest in Manhattan Holdings LLC then revoked 2007. Value: unknown<br>3.   All membership interests in Village Equities LLC then revoked 2007. All shares of common stock of Somerset Marketing Corp then revoked 2007. Value: unknown<br>4.   99 shares of stock of Villas at Mulholland LP. Value equals start up company.<br>5.   All membership interest in Villas at Ridge Mountain LLC then revoked 2007. Value: unknown<br>6.   All limited partnership interest in San Antonio Alamos LP. Value equals start up company<br>7.   All shares of common stock of Southport Commercial Inc. Value equals start up company<br>8.   Farmers New World Life Insurance Company (Insured: Daniel N. Bailey; policy 001276374TmPolicy for $200,000, liquidation value approx. $1,000<br>9.   First Colony Life Insurance Company policy (Insured: Marlene Y. Bailey), policy 1988775. Policy for $250,000, no liquidation value<br>10.   State Farm Insurance (Insured: Tanner Edstedt) Value of policy $50,000, no liquidation value<br>11.   230 Dwyer #1201, San Antonio condo revoked 2008. Zero value - foreclosed<br>12.   230 Dwyer #1205, San Antonio condo revoked 2008. Zero value - foreclosed<br>13.   4525 Dean Martin #2212, Las Vegas condo, revoked 2008. Zero value – foreclosed.<br>14.   Timeshares of America Trust. Value equals start up. |
| Bailey Retirement Plan and Trust | 2004<br><br>2008 | All interest in the Bailey Family Trust<br>Value equals start up<br><br>Hanford Development Inc.<br>(negative value when transferred) |
| Timeshares of America Trust | 2004 | 99% interest in Briggs Ranch Grand Vacation Club LP<br>Value equals start up |

Page 1 of 2

Exhibit 4 - Page 76 of 110

## ADDITIONS TO 10b

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| Bailey Family Trust, a Revocable trust | 9/13/2004 | 15.  6360 La Punta Drive, Los Angeles, CA.  Zero value foreclosed. Transfer date 7/30/2007 |
| Bailey Retirement Plan and Trust | | 1.  Town Center at Briggs Ranch LLC.  Value equals start up. Transfer date 6/26/2008<br>2.  Homble Partners LLC – Value equals start up. Transfer Date  6/9/2006<br>3.  Marker 37 Management LLC.  Value equals start up. Transfer date 5/7/2009<br>4.  Southwest Joint Ventures LLC.  Value equals start up. Transfer date 4/22/2008 |

**Exhibit 4 - Page 77 of 110**

## STATEMENT OF FINANCIAL AFFAIRS - QUESTION 11
Closed Financial Accounts
Within One Year

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Union Bank<br>PO Box 512380<br>Los Angeles, CA 90051 | 55 Plus Checking Account ("Cardinale")<br>xxxxxx4157<br>Final Balance:  ($46.81) Charge Off | Balance at Closing:  $0<br>Date Closed:  8/4/2011 |
| Chase Bank<br>PO Box 659754<br>San Antonio, TX 78265 | Business Select Checking ("Alberni")<br>xxxxxx6274<br>Final Balance $9.74 | Balance at Closing:  $9.74<br>Date Closed:  6/21/2011 |
| Union Bank<br>PO Box 512380<br>Los Angeles, CA 90051 | Basic Business Checking ("Villas @ RM")<br>xxxxxx6921<br>Final Balance:  $0.00 | Balance at Closing:  $0.00<br>Date Closed:  11/30/2010 |
| Wells Fargo Bank<br>PO Box 6995<br>Portland, OR 97228 | Merchant Account ("GCOA")<br>Xxxxxx1925<br>Final Balance:  $0.00 | Balance at Closing:  $0.00<br>Date Closed:  5/25/2011 |
| Wells Fargo Bank<br>PO Box 6995<br>Portland, OR 97228 | Checking Account ("GCOA")<br>Xxxxxx2055<br>Final Balance:  $0.00 | Balance at Closing:  $0.00<br>Date Closed:  5/25/2011 |
| Wells Fargo Bank<br>PO Box 6995<br>Portland, OR 97228 | Savings Account ("Hanford Investments")<br>Xxxxxx0920<br>Final Balance:  $0.00 | Balance at Closing:  $0.00<br>Date Closed:  5/25/2011 |
| Wells Fargo Bank<br>PO Box 6995<br>Portland, OR 97228 | Savings Account ("Hollyhills Develop.")<br>Xxxxxx4967<br>Final Balance:  $0.00 | Balance at Closing:  $0.00<br>Date Closed:  5/25/2011 |
| Wells Fargo Bank<br>PO Box 6995<br>Portland, OR 97228 | Savings Account ("Town Center")<br>Xxxxxx1106<br>Final Balance:  $0.00 | Balance at Closing:  $0.00<br>Date Closed:  5/25/2011 |
| Merrill Lynch<br>6040 Tarbell Road<br>Syracuse, NY 13206 | Security Account ("Village")<br>Xxx7D05<br>Final Balance:  $0.00 | Balance at Closing:  $0.00<br>Date Closed2/10/2011 |
| Citizens Business Bank<br>PO Box 3938<br>Ontario, CA 91761 | Business Checking ("Manhattan")<br>Xxxxx2625<br>Final Balance:  $0.00 | Balance at Closing:  $0.00<br>Date Closed:  9/14/2011 |
| Union Bank<br>PO Box 512380<br>Los Angeles, CA 90051 | Business Checking ("Hanford Dev")<br>Xxxxxx5156<br>Final Balance:  $0.00 | Balance at Closing:  $0.00<br>Date Closed:  2/2011 approx. |
| Union Bank<br>PO Box 512380<br>Los Angeles, CA 90051 | Regular Checking<br>Xxxxxx7799<br>Final Balance:  $0.00 | Balance at Closing:  $0.00<br>Date closed:  unknown |

**Exhibit 4 - Page 78 of 110**

## ADDITIONS TO QUESTION 11

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Texas Capital Bank 2350 Lakeside, Ste 800 Richardson, TX 75082 | Business Standard Checking ("Marker 37") Xxxxxx3348 Final Balance: $0.00 | Balance at Closing: $0.00 Date closed: 10/17/2011 |
| Quick Tender Unknown | Silver Account ("Baileys") Xxxxxx2715 Final Balance: unknown | Balance at Closing: unknown Date closed: unknown |
| Compass Bank P. O. Box 10566 Birmingham, AL 35296 | Business Checking ("Hollyhills Inv") Xxxxxx4960 Final Balance: (-$53.91) | Balance at Closing: ($36.68) Date closed: approx. 7/14/2011 Charged off |
| Compass Bank P. O. Box 10566 Birmingham, AL 35296 | Small Business Checking ("Keystone") Xxxxxx5207 Final Balance: (-$53.91) | Balance at Closing: ($53.91) Date closed: approx. 5/16/2011 |
| American Bank PO Box 6469 Corpus Christi, TX 78466 | Business Checking ("Nueces") Xxxxxxxx9297 Final Balance: Unknown | Balance at Closing: unknown Date closed: unknown as last statement received was 1/31/2011 |
| American Bank PO Box 6469 Corpus Christi, TX 78466 | Business Checking ("Nueces") Xxxxxxxx7065 Final Balance: Unknown | Balance at Closing: unknown Date closed: unknown as last statement received was 1/31/2011 |
| American Bank PO Box 6469 Corpus Christi, TX 78466 | Business Checking ("Nueces") Xxxxxxxx6794 Final Balance: Unknown | Balance at Closing: unknown Date closed: unknown as last statement received was 1/31/2011 |

**Exhibit 4 - Page 79 of 110**

6

### 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

See Attachment 13

### 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None ☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

See Attachment 15

**Exhibit 4 - Page 80 of 110**

**STATEMENT OF FINANCIAL AFFAIRS – QUESTION 13**
Setoffs

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| Citizens Business Bank<br>PO Box 3938<br>Ontario, CA 91761 | 9/14/2011 | $135.00 – See Question 11 – Closed Accounts |
| Union Bank<br>PO Box 5123880<br>Los Angeles, CA 90051 | 8/4/2011 | $46.81 – See Question 11 – Closed Accounts |

**Exhibit 4 - Page 81 of 110**

## STATEMENT OF FINANCIAL AFFAIRS – QUESTION 15
Prior Address of Debtor (3 years)

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 6360 La Punta Drive<br>Los Angeles, CA 90068 | Bailey Family Trust | 5/2003-1/2009 |
| 4525 Dean Martin #2212<br>Las Vegas, NV | Bailey Family Trust | 4/2007-1-2009 |
| 230 Dwyer #1201<br>San Antonio, TX 78209 | Bailey Family Trust | 1/2006-7/2010 |

**Exhibit 4 - Page 82 of 110**

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☐ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

See Attachment 17c

---

**18 . Nature, location and name of business**

None ☐ a. *If the debtor is an individual,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing

**Exhibit 4 - Page 83 of 110**

## STATEMENT OF FINANCIAL AFFAIRS - QUETSION 17c
List all Judicial or Administrative Proceeding under any Environmental Law

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| Edwards Acquifer v. 211 Investments, et al. Case No. 2008-CI-19336 | 2008-CI-19336 | Judgment |
| Edwards Acquifer v. Mt. Laurel Investments Case No. 2008-CI-19337 | 2008-CI-19337 | Judgment |
| Edwards Acquifer v. BRTC Investments Case No. 2009-CI-02914 | 2009-CI-02914 | Judgment |

**Exhibit 4 - Page 84 of 110**

executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

See Attachment 18a

None
☑  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

See Attachment 19a

None
☐  b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

See Attachment 19b

**Exhibit 4 - Page 85 of 110**

## STATEMENT OF FINANCIAL AFFAIRS - QUESTION 18a
Nature, Location and Name of Business

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER ID NO. (ITIN/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Bailey Family Trust | 20-4455491 | 480 E. Bogert Trail, Palm Springs, CA 92264 | Trust | 9/2004 to present |
| 751 GP, LLC | None | 480 E. Bogert Trail, Palm Springs, CA 92264 | Incorporated but never formally formed. Was to be entity building out the homes at Briggs Ranch | 8/2007 to present |
| 211 Investments LP | 20-1851852 | 480 E. Bogert Trail, Palm Springs, CA 92264 | Was formed to own property at Briggs Ranch | 11/2004 to present |
| Briggs GP, LLC | 20-1666333 | 480 E. Bogert Trail, Palm Springs, CA 92264 | Was formed as the general partner of Briggs Ranch Grand Vacation Club (timeshare) project at Briggs Ranch | 9/2004 to present |
| Briggs Ranch Grand Vacation Club LP | 20-1666469 | 480 E. Bogert Trail, Palm Springs, CA 92264 | Was formed to operate the timeshare project at Briggs Ranch | 9/2004 to present (currently in a Chapter 7 bankruptcy) |
| BR Vacation Resorts Marketing Inc. | 20-1677163 | Unknown at this time | Was formed to operate the marketing and sales of the timeshare project at Briggs Ranch | 9/2004 to unknown as to status as Debtors are not in management |
| BR Vacation Club Management LP | 20-1666961 | Unknown at this time | Was formed to operate the management of the timeshare project at Briggs Ranch | 9/2004 to unknown as to status as Debtors are not in management |
| BR Vacation Owners Association Inc. | 20-0260756 | Unknown at this time | Was formed to operate the owners association for the timeshare project at Briggs Ranch | 9/2004 to unknown as to status as Debtors are not in management |

| BRTC Investments LP | 20-8051367 | 480 E. Bogert Trail, Palm Springs, CA 92264 | Was formed to own property at Briggs Ranch | 2/2005 to present |
|---|---|---|---|---|
| G&D Furniture LLC | 88-0514390 | 480 E. Bogert Trail, Palm Springs, CA 92264 | Was formed to own property in San Antonio, Texas for east side project | 6/2005 to present |
| Golf Clubs of America LP | 20-5511171 | 480 E. Bogert Trail, Palm Springs, CA 92264 | Was formed to manage the Golf Club of Texas golf course | 11/2004 to present |
| Hollyhills Development Inc | 95-4630248 | 480 E. Bogert Trail, Palm Springs, CA 92264 | Was formed to own and develop property | 4/1997 to present |
| Hollyhills Investments LP | 20-1679827 | 480 E. Bogert Trail, Palm Springs, CA 92264 | Was formed to own and develop property | 9/2004 to present |
| Hollyhills Group | N/A | N/A | Served only as a dba to Hollyhills Development Inc. | 2005 to present |
| Hollyhills GP LLC | 20-1666646 | 480 E. Bogert Trail, Palm Springs, CA 92264 | Was formed as the general partner to several Texas based LPs | 2004 to present |
| Hollyhills D LLC | 20-1691346 | 480 E. Bogert Trail, Palm Springs, CA 92264 | Was formed and never used | 2004 to present |
| Hollyhills Motor Sports LLC | 20-5155613 | 480 E. Bogert Trail, Palm Springs, CA 92264 | Was formed to operate a proposed grand prix race in San Antonio, Texas | 2006 to present |
| Alberni Group LLC | 88-0514390 | 480 E. Bogert Trail, Palm Springs, CA 92264 | A subsidiary of Hollyhills Development | 2000 to present |
| Hanford Development Inc. | 33-0963486 | 480 E. Bogert Trail, Palm Springs, CA 92264 | Was formed to develop property in Hanford, California and San Antonio, Texas | 2001 to present |
| Hanford GP, LLC | 20-4122902 | 480 E. Bogert Trail, Palm Springs, CA 92264 | Was formed as general partner to some California entities | 2004 to present (in process of dissolving) |
| HHIWG LLC | 35-2308315 | Unknown. Membership interest were assigned to lender who now owns Lot 1 property in Rancho Mirage, CA | Was formed to own (as requirement of lender) and develop lot in Rancho Mirage, CA | 2007 to present |

**Exhibit 4 - Page 87 of 110**

| Hanford Investments LP | 20-1681942 | 480 E. Bogert Trail, Palm Springs, CA 92264 | Was formed to own and develop properties in Hanford, California | 2004 to present |
|---|---|---|---|---|
| Hanford Central Park LLC | 20-20-1323602 | 480 E. Bogert Trail, Palm Springs, CA 92264 | Was formed to develop property in Hanford, California | 2004 to present |
| Hanford Montecito Ranch LLC | 77-0638366 | 480 E. Bogert Trail, Palm Springs, CA 92264 | Was formed to develop property in Hanford, California | 2004 to present |
| Homble Partners LLC | 20-5484567 | 480 E. Bogert Trail, Palm Springs, CA 92264 | Debtors did not form this entity; it purchased property that was owned by this entity | 2005 to present |
| Harbor Landing of Channel Islands Inc | 95-4231587 | Unknown | This entity ran and operated an existing marina property in Ventura County, California. No business in last six years | 1998 to present |
| CalTex Builders Inc. | 20-1381091 | P. O. Box 5818 Palm Springs, CA 92264 | Entity was formed to develop homes in Hanford, California | 2004 to present |
| CalTex Management LP | 20-1666714 | PO Box 5818 Palm Springs, CA 92264 | This entity was formed to manage property at Briggs Ranch with joint venture partner, Macapa Holdings | 2004 to present |
| Mt. Laurel Investments LP | 20-4687078 | PO Box 5818 Palm Springs, CA 92264 | This entity was formed to own property at Briggs Ranch | 2006 to present |
| Neuces Marina Management LLC | 20-35553531 | Unknown | This entity was formed to operate the Marker 37 marina in Corpus Christ, TX. | 2005 to 2011 |
| Kalona Establishment | N/A | Acapulco, Mexico | This entity owned condos in Acapulco | Approx. 1988 to present (bought by Somerset in 2002) |
| Property Upkeep Inc.<br><br>Correction: Property Upkeep & Support Services Inc. | 77-0419907 | Unknown | This entity was not formed by Debtors only managed the marina in Ventura County. No business for past 6 years | Unknown |

| Model Productions Inc. | 88-0382206 | | This entity was not formed by Debtors but managed rental properties in Los Angeles back in the late 1990s. a subsidiary of Hollyhills Development | 1997 to present |
|---|---|---|---|---|
| San Antonio Alamos, LP | 20-1680740 | PO Box 5818 Palm Springs, CA 92264 | This entity was formed to own Texas LPs as part of a financial plan | 2004 to present |
| SFR Briggs LLC Correction: SFR 751 Briggs LLC | None | PO Box 5818 Palm Springs, CA 92264 | This entity was formed to develop property at Briggs Ranch; however was never used. | 2008 to present |
| Southport Commercial LP | None | None | This entity was formed to develop commercial land in San Antonio Texas but was never formally formed | 2004 to present |
| SST Holdings LLC | 90-0233788 | PO Box 5818 Palm Springs, CA 92264 | This entity was formed to own the general partners of the Texas entities | 2004 to present |
| Keystone Waterfront Group LP | 20-3190698 | PO Box 5818 Palm Springs, CA 92264 | This entity was formed to own and operate the Marker 37 marina and land in Corpus Christ, Texas | 2005 to 2011 |
| Timeshares of America Trust | 20-6796932 | PO Box 5818 Palm Springs, CA 92264 | This trust was formed as an estate plan | 2004 to present |
| Town Center at Briggs Ranch, LLC | 26-2881406 | 480 E. Bogert Trail Palm Springs, CA 92264 | This entity was formed to own and develop Briggs Ranch as required by lender | 2008 to present |
| Southwest Joint Ventures LLC | 27-3962594 | PO Box 5818 Palm Springs, CA 92264 | This entity was formed to manage investments | 2008 to present |
| Manhattan Holdings LLC | 80-0031783 | PO Box 5818 Palm Springs, CA 92264 | This entity was formed to manage investments. A subsidiary of Hollyhills Development | 2001 to present |

**Exhibit 4 - Page 89 of 110**

| Bailey Retirement Plan & Trust | 27-3967287 | 480 E. Bogert Trail Palm Springs, CA 92264 | This entity was formed a retirement plan and trust | 2004 to present |
|---|---|---|---|---|
| River Investments Inc. | 75-2042443 | 419 N. Larchmont #58 Los Angeles, CA 90004 | This entity was formed to manage investments. A subsidiary of Hollyhills Development | 1980s to present |
| S&I Holdings Inc, | 88-0336920 | 375 N. Stephanie Street, Ste 1411 Henderson, NV 89014 | This entity was formed to manage properties | 1995 to present |
| Somerset Marketing Corp | 88-0398833 | 5190 Neil Road, Suite 430 Reno, NV 89502 | This entity was formed to manage investments | 1998 to present |
| Sunrise Properties & Development Inc. | 88-0278617 | 4455 S. Pecos Rd. #C (F.W.) Las Vegas, NV 89121 | This entity was formed to rehab properties | 1991 to present |
| Village Equities LLC | 88-0509591 | PO Box 5818 Palm Springs, CA 92264 | This entity was formed for a stock trading account but account was closed. | 2001 to 2011 |
| Villas on Mulholland LP | 75-3128934 | PO Box 5818 Palm Springs, CA 92264 | This entity was formed to own property | 2003 to present |
| Food Operations Inc. Correction: | 95-4662660 | 1313 W. 8th Street, Los Angeles, CA ~~Unknown~~ | This entity was an operating entity who ran the food court at the Ventura County marina years ago. No business in last 6 years. | Late 1990s and early 2000s ~~Unknown~~ |
| Marker 37 Management LLC, a Texas LLC | 37-1884668 | 7744 Broadway #103 San Antonio, TX | This entity was formed to purchase and hold real estate investments but was unable to obtain financing | 2009 to present |
| Villas at Ridge Mountain LLC, a Calif. LLC | 57-1166875 | PO Box 5818 Palm Springs, CA 92264 | This entity was formed to own property | 2003 to present |

**Exhibit 4 - Page 90 of 110**

## ADDITIONS TO QUESTION 18a

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER ID NO. (ITIN/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| G&D Furniture LLC Assumed names in Texas: 3-2-1 Ventures Alberni Group Big Boy Produce CalTex Builders NP Properties | 88-0514390 | 480 E. Bogert Trail, Palm Springs, CA 92264 | Was formed to own property in San Antonio, Texas for east side project | 6/2005 to present |
| SA West Builders LLC | None | 419 N. Larchmont, Los Angeles, CA | Was formed to be the builder at Briggs but never materialized | 2008 |
| Southport Beer Barn LLC | Unknown | 419 N. Larchmont, Los Angeles, CA | Was formed to start a Beer Barn at Southport but never materialized | 2007 |
| TxBFT GP, LLC | Unknown | 419 N. Larchmont, Los Angeles, CA | Was formed to be the general partner at Briggs and never used | 2007 |
| Westside Funding Group | None | 419 N. Larchmont, Los Angeles, CA | Was formed to be a funding group but never materialized | 2008 |
| TCBR GP, LLC | Unknown | 419 N. Larchmont, Los Angeles, CA | Was formed to be the general partner of Briggs Lifestyle Development but never materialized | 2007 |
| Briggs Lifestyle Development LP | Unknown | 419 N. Larchmont, Los Angeles, CA | Was formed to develop Briggs Ranch but never materialized | 2007 |
| Patricia Connolly Mental Wellness Foundation Inc. | Unknown | Unknown | Marlene Bailey was a Director for a short period of time | Approx. 2008 |

Page 6 of 7

**Exhibit 4 - Page 91 of 110**

| Southport Triangle Owners Association | Unknown | Unknown | Was formed to manage the Southport triangle properties | Approx. 2007 |

**Exhibit 4 - Page 92 of 110**

## STATEMENT OF FINANCIAL INFORMATION - QUESTION 19a
### List of Bookkeepers and Accountants within Two Years

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| H&R Block<br>Palm Springs | Prepared 2009 Tax Return for Debtors in 2010 |
| Ed Bailey<br>Palm Springs, CA | Prepared tax returns for multiple entities between 2004-2011 |
| Robin Knott<br>Homble, TX | Kept books and records on Marker 37 Marina until it closed down in 12/2009 |
| Jim Griggs<br>Garland, TX | Prepared tax returns for Mt Laurel Investments LP and Town Center in 2011 |

## ADDITIONS TO QUESTION 19a

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Robin Knott<br>Homble, TX | Kept books and records on Marker 37 Marina until it closed down in 12/2009 |
| Jim Griggs<br>Garland, TX | Prepared tax returns for Mt Laurel Investments LP and Town Center in 2011 |

## STATEMENT OF FINANCIAL INFORMATION - QUESTION 19b
List of Bookkeepers and Accountants within Two Years who Audited Books & Records

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| H&R Block<br>Palm Springs | Prepared 2009 Tax Return for Debtors |
| Ed Bailey<br>Palm Springs, CA | Prepared tax returns for multiple entities between 2004-2011 |

## ADDITIONS TO QUESTION 19b

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Robin Knott<br>Homble, TX | Kept books and records on Marker 37 Marina until it closed down in 12/2009 |

Page 1 of 1

**Exhibit 4 - Page 94 of 110**

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                 ADDRESS

See Attachment 19c

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS          DATE ISSUED

CIC, New York, NY

2010-2011

**20. Inventories**

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
|---|---|---|
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

See Attachment 20a

None ☐    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN |
|---|---|
| DATE OF INVENTORY | OF INVENTORY RECORDS |

See Attachment 20b

**21. Current Partners, Officers, Directors and Shareholders**

None ☐    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| Debtors are individuals with DBAs-Schedule B has all | ownership percentages |  |

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Debtors are individuals with DBAs-Schedule B has all | ownership percentages |  |

**Exhibit 4 - Page 95 of 110**

## STATEMENT OF FINANCIAL AFFAIRS - QUESTION 19c

List all firms or individuals who at the time of commencement of this case were in possession of the books of account of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Daniel Bailey and Marlene Bailey | 480 E. Bogert Trail, Palm Springs, CA 92264 |
| Former Offices | Some of the records were kept in former offices which have all closed and records went to storage which had water damage and records were lost |

## ADDITIONS TO QUESTION 19c

| NAME | ADDRESS |
|---|---|
| Ed Bailey Account and tax return information | Palm Springs, CA |
| Robin Knott Marker 37 marina operations | Homble, TX |

**Exhibit 4 - Page 96 of 110**

## STATEMENT OF FINANCIAL AFFAIRS - QUESTION 20a

List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 2010-2011 | Daniel Bailey and Marlene Bailey | See Debtors' list of properties in Schedules A, B and C filed in this case. |
| Unknown if any other inventories were done | | |

## ADDITIONS TO QUESTION 20a

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 2010-2011 | Ed Bailey | No specific amount-worked on financials and tax returns for the various entities |

**Exhibit 4 - Page 97 of 110**

## STATEMENT OF FINANCIAL AFFAIRS - QUESTION 20b
List the name and address of the person having possession of the records of each of the inventories in 20a

| DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| See Attachment 20a | Debtors<br>Daniel and Marlene Bailey<br>480 E. Bogert Trail<br>Palm Springs, CA 92264 |
| See Attachment 20a | Ed Bailey<br>13 Araby<br>Palm Springs, CA 92264 |

Page 1 of 1

Exhibit 4 - Page 98 of 110



**22 . Former partners, officers, directors and shareholders**

None ☑

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ☑

b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------|------|------|
| Debtors are individuals with DBAs; however, see 3c attached for list of | insider payments | |

**24. Tax Consolidation Group.**

None ☐

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|
| See Attachment 24 | |

**25. Pension Funds.**

None ☐

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|
| Debtors are individuals; however | formed Hollyhills 401(k) Plan for the benefit of employees 95-4630248 |

* * * * * *

**Exhibit 4 - Page 99 of 110**

## STATEMENT OF FINANCIAL AFFAIRS - QUESTION 24
### Tax Consolidation Group

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER |
|---|---|
| Debtors are individuals not corporations with DBAs. However, some of the DBAs are corporations with tax consolidation groups which are listed below: | |
| Hollyhills Development Inc. | 95-4630248 |
| Town Center at Briggs Ranch LLC | 26-2881406 |
| Southwest Joint Ventures LLC | 27-3962594 |
| Villas at Mulholland LP | 75-3128934 |
| San Antonio Alamos LP | 20-1680740 |
| Hollyhills Investments LP | 20-1679827 |
| Keystone Waterfront Group | 20-3190698 |
| Timeshares of America | 20-6796932 |
| Bailey Family Trust | 20-4455491 |
| Bailey Retirement Plan and Trust | 27-3967287 |
| SST Holdings LLC | 90-0233788 |
| Briggs GP, LLC | 20-1666333 |
| Hollyhills GP, LLC | 20-1666646 |
| Hanford GP, LLC | 20-4122902 |

Page **1** of **1**

**Exhibit 4 - Page 100 of 110**

11

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs
and any attachments thereto and that they are true and correct.

| | | Signature | |
|---|---|---|---|
| Date | 3/22/2012 | of Debtor | |

| | | Signature of | |
|---|---|---|---|
| | | Joint Debtor | |
| Date | 3/22/2012 | (if any) | |

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments
thereto and that they are true and correct to the best of my knowledge, information and belief.

| Date | | Signature | |
|---|---|---|---|
| | | Print Name and Title | |

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

$50$ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for
compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and
342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy
petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from
the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal,
responsible person, or partner who signs this document.*

_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is
not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in
fines or imprisonment or both. 18 U.S.C. § 156.*

Exhibit 4 - Page 101 of 110

Verification of Creditor Mailing List - (Rev. 10/05)                                    2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-1(d)

Name  Daniel N. Bailey and Marlene Y. Bailey

Address  480 E. Bogert Trail, Palm Springs, CA 92264

Telephone  760-325-1877

☐  Attorney for Debtor(s)
☐  Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years):<br><br><br>Attached | Case No.: 6:11-bk-42675 |
| | Chapter: 7 |
| | |

# VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _8_ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-1(d) and I/we assume all responsibility for errors and omissions.

Date:  3/25/2012

_____
Debtor

_____
Attorney (if applicable)

_____
Joint Debtor

**Exhibit 4 - Page 102 of 110**

## Attachment to Master Mailing List
### All Other Names used by Debtor in last 8 years

Dan Bailey
Daniel N. Bailey, Trustee of the Bailey Family Trust
Marlene Y. Bailey, Trustee of the Bailey Family Trust
Marlene Cardinale
Dba Bailey Family Trust
DBA    751 GP, LLC
DBA    211 Investments LP
DBA    Briggs GP, LLC
DBA    Briggs Ranch Grand Vacation Club LP
DBA    Briggs Lifestyle Development
DBA    BR Vacation Resorts Marketing Inc.
DBA    BR Vacation Club Management LP
DBA    BR Vacation Owners Association Inc.
DBA    BRTC Investments LP
DBA    Food Operations Inc.
DBA    G&D Furniture LLC
      Assumed Names:
      3-2-1 Ventures
      Alberni Group
      Big Boy Produce
      CalTex Builders
      NP Properties
DBA    Golf Clubs of America LP
DBA    Hollyhills Development Inc.
DBA    Hollyhills Investments LP
DBA    Hollyhills Group (only dba of Hollyhills Development Inc.)
DBA    Hollyhills GP LLC
DBA    Hollyhills D LLC
DBA    Hollyhills Motor Sports LLC
DBA    Alberni Group LLC
DBA    Hanford Development Inc.
DBA    Hanford GP, LLC
DBA    HHIWG LLC
DBA    Hanford Investments LP
DBA    Hanford Central Park LLC
DBA    Hanford Montecito Ranch LLC
DBA    Homble Partners LLC
DBA    Harbor Landing Inc.
DBA    Ironwood Properties & Development Inc.

**Exhibit 4 - Page 103 of 110**

DBA  CalTex Builders Inc.
DBA  CalTex Management LP
DBA  Mt. Laurel Investments LP
DBA  Neuces Marina Management LLC
DBA  Kalona Establishment
DBA  Las Palmas LLC
DBA  Property Upkeep & Support Services Inc.
DBA  Model Productions Inc.
DBA  SA West Builders LLC
DBA  San Antonio Alamos, LP
DBA  SFR Briggs LLC
DBA  Southport Beer Barn LLC
DBA  Southport Commercial LP
DBA  Southport Industrial LLC
DBA  Southport Triangle Owners Association
DBA  SST Holdings LLC
DBA  Keystone Waterfront Group LP
DBA  Timeshares of America Trust
DBA  Town Center at Briggs Ranch, LLC
DBA  TXBFT GP, LLC
DBA  Southwest Joint Ventures LLC
DBA  Manhattan Holdings LLC
DBA  Bailey Retirement Plan & Trust
DBA  River Investments Inc.
DBA  S&I Holdings LLC
DBA  Somerset Marketing Corp
DBA  Sunrise Properties & Development Inc.
DBA  TCBR GP, LLC
DBA  Village Equities LLC
DBA  Villas on Mulholland LP
DBA  Westside Funding Group
DBA  Food Operations Inc.
DBA  Harbor Landing of Channel Islands Inc.
DBA  Marker 37 Management LLC, a Texas LLC
DBA  Villas at Ridge Mountain LLC, a Calif. LLC

Exhibit 4 - Page 104 of 110

EXHIBIT 1


Debtor:
Daniel N. Bailey
480 E. Bogert Trail
Palm Springs, CA 92264


Spouse of Debtor:
Marlene Y. Bailey
480 E. Bogert Trail
Palm Springs, CA 92264


Attorney of Debtors:
Baruch C. Cohen, Esq.
Law Office of Baruch C. Cohen, APLC
4929 Wilshire Boulevard, Suite 940
Los Angeles, CA 90010
Telephone (323) 937-4501
Facsimile: (323) 937-4503


Office of the United States Trustee
3685 Main Street, Suite 300
Riverside, CA 92501

**Exhibit 4 - Page 105 of 110**

EXHIBIT 2


Walter Holiday
c/o Daniel L. Alexander
Coleman Frist LLP
429 Santa Monica Blvd. Ste 700
Santa Monica, CA 90401


Bank of America
P. O. Box 5170
Simi Valley, CA 93082-5170


Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001


Dale and Marie Pinkington
9307 Shelton Pointe Dr.
Mechanicsville, VA 23116


Robert and Adriana Turner
2276 Prenda Avenue
Riverside, CA 92504


Internal Revenue Service
Department of the Treasury
Ogden, UT 84201-0038


Franchise Tax Board
P. O. Box 942857
Sacramento, CA 94205-0001


County of Riverside
Tax Collector
P. O. Box 12005
Riverside, CA 92502


**Exhibit 4 - Page 106 of 110**

Don Kent, Treasurer
4080 Lemon Street
P. O. Box 12005
Riverside, CA 92502-2205


EDD
P. O. Box 826805
Sacramento, CA 94205-0001


Nevada Department of Employment
500 E. Third Street
Carson City, NV 89713


Paul McDonnell
4080 Lemon Street
Riverside, CA 92502


Sylvia S. Romo
P. O. Box 839950
San Antonio, TX 78283


CDW
c/o Michael J. Riechmann
Gardener & Riechmann, Inc.
1806 N. Broadway, Suite A
Santa Ana, CA 92706


SMS Hanford
c/o Paul Andonian, Esq.
Hemar, Rousso & Heald, LLP
15910 Ventura Blvd., 12th Floor
Encino, CA 91436


Oil Patch Petroleum
c/o Guy Watts
4237 Ocean Drive
Corpus Christi, TX 78411

**Exhibit 4 - Page 107 of 110**

State of Nevada
555 E. Washington Ave. Ste 4100
Las Vegas, NV 89101

Central Valley Holdings Company
Hanford Development Properties
c/o Duckor Spradling
3043 4th Ave.
San Diego, CA 92103

Chang & Cote, LLP
19138 Walnut Drive, Suite 100
Rowland Heights, CA 91748

Conoco Phillips Company
3900 Kilroy Airport Way #210
Long Beach, CA 90806

David M. Herley Trustee
c/o William Windham
790 Beaumont Avenue, Ste. 124
Beaumont, CA 92223

Edwards Aquifer Authority
c/o DKemp Smith LLP
816 Congress Ave., Ste 1150
Austin, TX 78701

Fcola Inc.
Frasca Rooney LLP
117 E. Colorado Blvd., Suite 117
Pasadena, CA 91105

Insurance Company of the West
11455 El Camino Real
San Diego, CA 92130-2045

**Exhibit 4 - Page 108 of 110**

Interdirect USA, LTD
Sloan & Moyer LLP
11767 Katy Freeway, Suite 1130
Houston, TX 77079


Allan & Peggy Lieb
6861 Hyde Park Drive
San Diego, CA 92119


Motivational Systems
2695 N. Fowler
Fresno, CA 93727


Motschiedler, Michaelides, Wishon, Brewer
1690 W. Shaw, Suite 200
Fresno, CA 93711


Saeed Oehme
c/o Lee Lubin
16133 Ventura lvd., Ste 1175
Encino, CA 91436


The Golf Club of Texas
Lee Elms
7800 IH 10 West, Suite 600
San Antonio, TX 78230


Ramiro Canales
Tax Collector-Nueces County
PO Box 2810
Corpus Christi, TX 78403


Westgate Community Association
Peters & Freedman LLP
191 Calle Magdelena, Suite 220
Encinitas, CA 92024

**Exhibit 4 - Page 109 of 110**

TBF Financial
c/o Martin F. Goldman
10880 Wilshire Blvd., Ste 2240
Los Angeles, CA 90024-4123


Transtar Holdings LLC
2029 Century Blvd., Ste. 1040
Los Angeles, CA 90067

**Exhibit 4 - Page 110 of 110**

EXHIBIT 5

Alex Padilla
California Secretary of State



# 🔍 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Tuesday, April 9, 2019. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## 200506610198    HANFORD DEVELOPMENT PROPERTIES, LLC

| | |
|---|---|
| **Registration Date:** | 03/02/2005 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC |
| **Status:** | CANCELED |
| **Agent for Service of Process:** | ADRIAN JULINSKI |
| | 450 WEST VISTA WAY |
| | VISTA CA 92083 |
| **Entity Address:** | 450 WEST VISTA WAY |
| | VISTA CA 92083 |
| **Entity Mailing Address:** | * |
| **LLC Management** | One Manager |

| Document Type ↕ | File Date | ↓≡ PDF |
|---|---|---|
| CANCELLATION | 03/28/2013 | |
| SI-NO CHANGE | 02/18/2011 | |
| SI-COMPLETE | 05/02/2005 | |
| REGISTRATION | 03/02/2005 | |

* Indicates the information is not contained in the California Secretary of State's database.

**Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

**Modify Search**      **New Search**      **Back to Search Results**

**Exhibit 5 - Page 1 of 2**



**State of California**
**Secretary of State**

LLC-4/7

**LIMITED LIABILITY COMPANY
CERTIFICATE OF CANCELLATION**

**FILED** 𝒟𝒲 / aged
Secretary of State
State of California

**MAR 2 8 2013**

1 PC

There is no fee for filing a Certificate of Cancellation.

IMPORTANT – Read instructions before completing this form.

This Space For Filing Use Only

| FILE NUMBER | ENTITY NAME (Enter the exact name of the limited liability company.) |
|---|---|
| 1. Secretary of State File Number<br><br>**200506610198** | 2. Name of Limited Liability Company<br><br>Hanford Development Properties, LLC |

**TAX LIABILITY** (The following statement should not be altered.)

3. A final franchise tax return, as described by Section 23332 of the Revenue and Taxation Code, or a final annual tax return, as described by Section 17947 of the Revenue and Taxation Code, has been or will be filed with the Franchise Tax Board, as required under Part 10.2 (commencing with Section 18401) of Division 2 of the Revenue and Taxation Code.

**DISSOLUTION** (Domestic limited liability companies ONLY: Check the "YES" or "NO" box, as applicable. Note: If the "NO" box is checked, a Certificate of Dissolution (Form LLC-3) pursuant to Corporations Code section 17356(a) must be filed prior to or together with this Certificate of Cancellation.)

4. The dissolution was made by a vote of all of the members.   ☑ YES   ☐ NO

**ADDITIONAL INFORMATION** (Enter any other information the managers or members filing the Certificate of Cancellation determine to include. Attach additional pages, if necessary. Additional information set forth on attached pages, if any, is incorporated herein by this reference and made part of this certificate. If no other information is to be included, leave Item 5 blank and proceed to Item 6.)

5. -

**EXECUTION**

6. I declare I am the person who executed this instrument, which execution is my act and deed.

_James E. Crowley_
Signature of Authorized Person

James E. Crowley, Manager
Type or Print Name and Title of Authorized Person

Signature of Authorized Person

Type or Print Name and Title of Authorized Person

**RETURN TO** (Enter the name and the address of the person or firm to whom a copy of the filed document should be returned.)

| 7. NAME | ⌈ Andrea Cook | ⌉ |
|---|---|---|
| FIRM | Underwood & Roberts, PLLC | |
| ADDRESS | 3110 Edwards Mill Road, Suite 100 | |
| CITY/STATE/ZIP | ⌊ Raleigh, NC 27612 | ⌋ |

| LLC-4/7 (REV 01/2013) | APPROVED BY SECRETARY OF STATE |
|---|---|

**Exhibit 5 - Page 2 of 2**

# EXHIBIT 6

Case 6:19-ap-01056-MH   Doc 4   Filed 04/17/19   Entered 04/17/19 16:08:03   Desc
Case 6:11-bk-42675-MJ   Main Document   Page 158 of 193 04/13 13:46:57   Desc
Discharge of Debtor (Ch 7)   Page 1 of 2

B18 (Official Form 18)(12/11)

# United States Bankruptcy Court
## Central District Of California

3420 Twelfth Street, Riverside, CA 92501-3819

## DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Daniel Norman Bailey
aka Dan Bailey, aka Daniel N Bailey Trustee of the Bailey Family Trust

**BANKRUPTCY NO.** 6:11-bk-42675-MJ

**CHAPTER** 7

**Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):** xxx-xx-2661
**Employer Tax-Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** 12/4/13

**JOINT DEBTOR INFORMATION:**
Marlene Yvette Bailey
aka Marlene Y Bailey, aka Marlene Cardinale

**Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):** xxx-xx-9320
**Employer Tax-Identification (EIN) No(s).(if any):** N/A
**Joint Debtor Discharge Date:** 12/4/13

**Address:**
480 E Bogert Trail
Palm Springs, CA 92264

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code). SEE THE BACK OF THIS ORDER FOR EXCEPTIONS AND OTHER IMPORTANT INFORMATION.

BY THE COURT,

Dated: December 4, 2013

**Kathleen J. Campbell**
Clerk of the Court

---

* Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social-security numbers or individual taxpayer-identification numbers.

(Form b18-DIS Rev. 12/2011) VAN-30

66 - 15 / TOL

Exhibit 6 - Page 1 of 1

# EXHIBIT 7

DOC # 2014-0025192
01/22/2014 01:28 PM Fees: $34.00
Page 1 of 4
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

**RECORDING REQUESTED BY:**
**LPS Default Title & Closing**
**3220 El Camino Real**
**Irvine, CA 92602**

**WHEN RECORDED MAIL TO:**
**NBS Default Services, LLC**
**301 E. Ocean Blvd. Suite 1720**
**Long Beach, CA 90802**

**This document was electronically submitted
to the County of Riverside for recording**
Receipted by: LJONES

SPACE ABOVE THIS LINE FOR RECORDER'S USE

APN: 009-607-525-6   TS No.: 9462-0812   TSG ORDER No.:130240029-CA-MAI

# NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST
## IMPORTANT NOTICE
NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED

### 違約通知
注：本文件包含一个信息摘要

### 채무 불이행 통지서
참고사항: 본 첨부 문서에 정보 요약서가 있습니다

### AVISO DE INCUMPLIMIENTO
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACION DE ESTE DOCUMENTO

### PABATID NG HINDI PAGKAKABAYAD
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP

### THÔNG BÁO VỀ VIỆC QUÁ HẠN TRẢ NỢ
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

**(The above statement is made pursuant to CA Civil Code Section 2923.3(c)(1). The Summary will
be provided to Trustor(s) and/or vested owner(s) only, pursuant to CA Civil Code Section 2923.3(c)
(2).)**

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN
YOUR PAYMENTS IT MAY BE SOLD WITHOUT ANY COURT ACTION,** and you
may have the legal right to bring your account in good standing by paying all of your past due payments
plus permitted costs and expenses within the time permitted by law for reinstatement of your account,
which is normally five business days prior to the date set for the sale of your property.  No sale date may
be set until approximately 90 days from the date this notice of default may be recorded (which date of
recordation appears on this notice).

This amount is **$338,247.60** as of **01/21/2014**, and will increase until your account becomes
current. While your property is in foreclosure, you still must pay other obligations (such as insurance and
taxes) required by your note and Deed of Trust or mortgage.  If you fail to make future payments on the
loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in
the note and Deed of Trust or mortgage, the beneficiary or mortgagee may insist that you do so in order

Exhibit 7 - Page 1 of 4

to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition of reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than three months after this notice of default is recorded) to, among other things. (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor. To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

**Specialized Loan Servicing LLC**
**c/o NBS Default Services, LLC**
**301 E. Ocean Blvd. Suite 1720**
**Long Beach, CA 90802**
**Attn: Foreclosure Dept.**
**Phone: 800-766-7751**
**Fax: 562-983-5379**

**If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan. Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale provided the sale is concluded prior to the conclusion of the foreclosure.**

## REMEMBER, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.

NOTICE IS HEREBY GIVEN: That NBS Default Services, LLC is either the original trustee, the duly appointed substituted trustee, or acting as agent for the trustee or beneficiary under a Deed of Trust dated 05/19/2006, executed by  MARLENE Y BAILEY, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY, as Trustor(s), to secure certain obligations in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR COUNTRYWIDE HOME LOANS, INC., ITS SUCCESSORS AND/OR ASSIGNS, as beneficiary, recorded on 06/09/2006 as Document No.: 2006-0418627,  of Official Records in the Office of the Recorder of Riverside County, California describing land therein as: As more fully described on said Deed of Trust.

Included among these obligations is one Note(s) for the original sum of **$757,000.00** that that beneficial interest under such Deed of Trust and the obligations secured thereby presently held by the beneficiary or its agent; that a breach of, and default in, the obligations for which said Deed of Trust is security has occurred in that the payment has not been made of:
**Installment of Principal and Interest which became due on 12/01/2008, plus impounds and/or advances together with late charges, and all subsequent installments of principal, interest, plus impounds and/or advances and late charges and any reoccurring obligation that become due, including trustee`s fees and expenses.**

Exhibit 7 - Page 2 of 4

That by reason therefore, the present beneficiary under such Deed of Trust has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

**NOTHING IN THIS NOTICE SHALL BE CONSTRUED AS WAIVER OF ANY OTHER FEES OWING TO THE BENEFICIARY, OR OTHER DEFAULT BY THE TRUSTOR, PURSUANT TO THE TERMS OF THE LOAN DOCUMENTS.**

**The beneficiary, mortgage servicer, or agent of beneficiary or mortgage servicer declares that it has complied with California Civil Code Section 2923.5. and/or 2923.55, wherever applicable. The Declaration is attached.**

**Dated: January 21, 2014**

                    **NBS Default Services, LLC, as Trustee for the Beneficiary**

        **By:** _____

                            Michelle McDonald

"We are attempting to collect a debt, and any information we obtain will be used for that purpose."

Exhibit 7 - Page 3 of 4

# CALIFORNIA DECLARATION OF COMPLIANCE
## (Civil Code § 2923.55(c))

Borrower(s):    Marlene Y. Bailey
Mortgage Servicer:  Specialized Loan Servicing LLC
Property Address:  480 E. Bogert Trail
                  Palm Springs, CA 92264

T.S No:

The undersigned, as an authorized agent or employee of the mortgage servicer named below, declares that:

1. ☐ The mortgage servicer has contacted the Borrower pursuant to California Civil Code § 2923.55(b)(2) to "assess the borrower's financial situation and explore options for the borrower to avoid foreclosure". Thirty (30) days, or more, have passed since the initial contact was made.

2. ☒ The mortgage servicer has exercised due diligence to contact the borrower pursuant to California Civil Code § 2923.55(f) to "assess the borrower's financial situation and explore options for the borrower to avoid foreclosure". Thirty (30) days, or more, have passed since these due diligence efforts were satisfied.

3. ☐ No contact was required by the mortgage servicer because the individual did not meet the definition of 'borrower' pursuant to California Civil Code subdivision (c) of § 2920.5(c).

4. ☐ The requirements of California Civil Code § 2923.55 do not apply because the loan is not secured by a first lien mortgage or deed of Trust on "owner occupied" residential real property as defined by California Civil Code § 2924.15.

I certify and represent that this mortgage servicer's declaration is accurate, complete and based upon competent and reliable evidence, which the mortgage servicer has reviewed including my review of the mortgage servicer's business records, to substantiate the borrower's default and the right to foreclose, including the borrower's loan status and loan information.

Date: **NOV 2 6 2013**

Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWALT, Inc., ALTERNATIVE LOAN TRUST 2006-OA10 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA10

By: _____
          Cynthia Wallace
    Second Assistant Vice President

Exhibit 7 - Page 4 of 4

# EXHIBIT 8

*Canceled ~ 2014*

**Alex Padilla**
**California Secretary of State**



# Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Tuesday, April 9, 2019. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

**200506010122   CENTRAL VALLEY HOLDING COMPANY, LLC**

| | |
|---|---|
| **Registration Date:** | 02/25/2005 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC |
| **Status:** | CANCELED |
| **Agent for Service of Process:** | ADRIAN M KULINSKI |
| | 450 W VISTA WY |
| | VISTA CA 92083 |
| **Entity Address:** | 450 W VISTA WY |
| | VISTA CA 92083 |
| **Entity Mailing Address:** | * |
| **LLC Management** | One Manager |

| Document Type | ⇅ | File Date | ⬇ | PDF |
|---|---|---|---|---|
| CANCELLATION | | 12/08/2014 | | |
| SI-NO CHANGE | | 12/13/2012 | | |
| SI-COMPLETE | | 05/02/2005 | | |
| REGISTRATION | | 02/25/2005 | | |

\* Indicates the information is not contained in the California Secretary of State's database.

**Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

**Modify Search      New Search      Back to Search Results**

**Exhibit 8 - Page 1 of 2**

| LLC-4/7 | **Certificate of Cancellation**<br>**of a Limited Liability Company (LLC)** |
|---|---|

To cancel the Articles of Organization of a California LLC, or the Certificate of Registration of a registered foreign LLC, you can fill out this form, and submit for filing.

- There is no filing fee, however, a non-refundable **$15** service fee must be included, if you **drop off** the completed form.
- To file this form, the status of your LLC must be active on the records of the California Secretary of State.  To check the status of the LLC, go to kepler.sos.ca.gov.

*Important!* California LLCs only:  This form must be filed after or together with a Certificate of Dissolution (Form LLC-3). However, if the vote to dissolve was made by all of the members and that fact is noted in Item 4 below, Form LLC-3 is not required.

**Note:** *Before submitting the completed form,* you should consult with a private attorney for advice about your specific business needs. It is recommended for proof of submittal that if this form is mailed, it be sent by Certified Mail with Return Receipt Requested.

**FILED**
Secretary of State
State of California

**DEC 08 2014**

This Space For Office Use Only

For questions about this form, go to *www.sos.ca.gov/business/be/filing-tips.htm.*

① **LLC's Exact Name in CA** (on file with CA Secretary of State)

CENTRAL VALLEY HOLDING COMPANY, LLC

② **LLC File No.** (issued by CA Secretary of State)

**200506010122**

**Tax Liability** (The following statement should not be altered.  For information about final tax returns, go to https://www.ftb.ca.gov or call the California Franchise Tax Board at (800) 852-5711 (from within the U.S.) or (916) 845-6500 (from outside the U.S.).)

③    All final returns required under the California Revenue and Taxation Code have been or will be filed with the California Franchise Tax Board.

**Dissolution** (California LLCs ONLY:  Check the box if the vote to dissolve was made by the vote of all the members.)

④  ☑ The dissolution was made by the vote of all of the members.

**Additional Information** (If any, list any other information the persons filing this form determine to include.)

⑤  _____
_____
_____

**Cancellation** (The following statement should not be altered.)

⑥    Upon the effective date of this Certificate of Cancellation, this LLC's Articles of Organization (CA LLCs) or Certificate of Registration (registered foreign LLCs) will be cancelled and its powers, rights and privileges will cease in California.

**Read and sign below:** This form must be signed by a person authorized by the LLC. If the signing person is a trust or another entity, go to www.sos.ca.gov/business/be/filing-tips.htm for more information.  If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11").  All attachments are part of this document.

| _Sign here_ | JAMES E. CROWLEY<br>*Print your name here* | MANAGING MEMBER<br>*Your business title* |
|---|---|---|

Make check/money order payable to: Secretary of State
To get a copy of the filed document, include a separate request and payment for copy fees when the document is submitted. Copy fees are $1 for the first page and $.50 for each additional page. For certified copies, there is an additional $5 certification fee, per copy.

| **By Mail** | **Drop-Off** |
|---|---|
| Secretary of State<br>Business Entities, P.O. Box 944228<br>Sacramento, CA 94244-2280 | Secretary of State<br>1500 11th Street., 3rd Floor<br>Sacramento, CA 95814 |

Corporations Code § 17707.08, 17708.06
LLC-4/7 (REV 01/2014)

2014 California Secretary of State
www.sos.ca.gov/business/be

**Exhibit 8 - Page 2 of 2**

# EXHIBIT 9

**DOC # 2015-0409776**
09/15/2015 11:46 AM Fees: $31.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

RECORDING REQUESTED BY
**LPS Default Title & Closing**
**3220 El Camino Real**
**Irvine, CA 92602**

\*\*This document was electronically submitted
to the County of Riverside for recording\*\*
Receipted by: MARLENE #397

AND WHEN RECORDED MAIL TO:
**NBS Default Services, LLC**
**301 E. Ocean Blvd. Suite 1720**
**Long Beach, CA 90802**

SPACE ABOVE THIS LINE FOR RECORDER'S USE

T.S. No.: 9462-0812   TSG Order No.: 130240029-CA-MAI A.P.N.: 009-607-525-6

## NOTICE OF TRUSTEE'S SALE
NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED

出售通知

注：本文件包含一个信息摘要

매각 공고
참고사항: 본 첨부 문서에 정보 요약서가 있습니다

## AVISO DE VENTA
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACION DE ESTE DOCUMENTO

## PABATID NG PAGBEBENTA
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP

## THÔNG BÁO BÁN
BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN CHÍNH

(The above statement is made pursuant to CA Civil Code Section 2923.3(c)(1). The Summary will be provided to
Trustor(s) and/or vested owner(s) only, pursuant to CA Civil Code Section 2923.3(c)(2).)

YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 05/19/2006.  UNLESS YOU TAKE
ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE.  IF YOU NEED
AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD
CONTACT A LAWYER.

NBS Default Services, LLC, as the duly appointed Trustee, under and pursuant to the power of sale
contained in that certain Deed of Trust Recorded 06/09/2006 as Document No.: 2006-0418627, of
Official Records in the office of the Recorder of Riverside County, California, executed by: MARLENE
Y BAILEY, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY, as Trustor,  WILL
SELL AT PUBLIC AUCTION TO THE HIGHEST BIDDER FOR CASH (payable in full at time of sale by
cash, a cashier's check drawn by a state or national bank, a check drawn by a state or federal credit
union, or a check drawn by a state or federal savings and loan association, savings association, or
savings bank specified in section 5102 of the Financial Code and authorized to do business in this
state).   All right, title and interest conveyed to and now held by it under said Deed of Trust in the
property situated in said County and state, and as more fully described in the attached legal
description.

Exhibit 9 - Page 1 of 3

**Sale Date & Time: 10/05/2015 at 09:00 AM**
**Sale Location: At the front entrance of the former Corona Police Department at 849 W. Sixth Street, Corona, CA.**

The street address and other common designation, if any, of the real property described above is purported to be: 480 E BOGERT TRAIL, PALM SPRINGS, CA 92264-9610

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. Said sale will be made in an "AS IS" condition, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by said Deed of Trust, with interest thereon, as provided in said note(s), advances, if any, under the terms of the Deed of Trust, estimated fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust, to-wit: **$1,123,658.99** (Estimated). Accrued interest and additional advances, if any, will increase this figure prior to sale. It is possible that at the time of sale the opening bid may be less than the total indebtedness due.

**NOTICE TO POTENTIAL BIDDERS:** If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property.

NOTICE TO PROPERTY OWNER: The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call, 916-939-0772 for information regarding the trustee's sale or visit this Internet Web site, www.nationwideposting.com, for information regarding the sale of this property, using the file number assigned to this case, T.S.# 9462-0812. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the internet Web site. The best way to verify postponement information is to attend the scheduled sale.

*If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee and the successful bidder shall have no further recourse.*

NBS Default Services, LLC
301 E. Ocean Blvd. Suite 1720
Long Beach, CA 90802
800-766-7751
For Trustee Sale Information Log On To: www.nationwideposting.com or Call: 916-939-0772.

**NBS Default Services, LLC, Kim Coker, Foreclosure Associate**

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of the debt referenced herein in a bankruptcy proceeding, this is not an attempt to impose personal liability upon you for payment of that debt. In the event you have received a bankruptcy discharge, any action to enforce the debt will be taken against the property only.

Exhibit 9 - Page 2 of 3

## LEGAL DESCRIPTION

A SUBLEASEHOLD INTEREST IN AND TO; LOT NO. 19 OF TRACT NO. 16149 WITHIN THE ALLOTTED LANDS OF THE AGUA CALIENTE BAND OF CAHUILLA INDIANS OF THE AGUA CALIENTE INDIAN RESERVATION, AS SHOWN ON THE MAP THEREOF RECORDED IN BOOK 116, AT PAGES 3 THRU 8, INCLUSIVE OF MAPS, RECORDS OF COUNTY RECORDER, COUNTY OF RIVERSIDE, CALIFORNIA.

Exhibit 9 - Page 3 of 3

# EXHIBIT 10

**DOC # 2016-0212068**
05/24/2016 04:34 PM Fees: $31.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

**RECORDING REQUESTED BY:**

**AND WHEN RECORDED TO:**
**Specialized Loan Servicing LLC**
**8742 Lucent Blvd., Ste. 300, Highlands Ranch, CO 80129**

**Forward Tax Statements to**
**the address given above**

\*\*This document was electronically submitted
to the County of Riverside for recording\*\*
Receipted by: CAROL #914

SPACE ABOVE LINE FOR RECORDER'S USE

TS #: **9462-0812**              TSG Order #: **130240029-CA-MAI**

## TRUSTEE'S DEED UPON SALE \*\*

A.P.N.: **009-607-525-6**              Transfer Tax: **$0.00**

The Grantee Herein **was** the Foreclosing Beneficiary.
The Amount of the Unpaid Debt was **1,133,473.03**
The Amount Paid by the Grantee was **675,750.00**
Said Property is in the City of **PALM SPRINGS**, County of **Riverside**

**NBS Default Services, LLC,** as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby **GRANT** and **CONVEYS** without covenant or warranty, express or implied, to: **The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWALT, Inc., ALTERNATIVE LOAN TRUST 2006-OA10 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA10** (herein called Grantee) but without covenant or warranty, expressed or implied, to the property situated in the county of **Riverside**, State of California, described as follows:

A LEASEHOLD ESTATE CREATED BY THAT CERTAIN SUBLEASE DATED DECEMBER 10, 1980, EXECUTED BY MILNER CORPORATION, A DELAWARE CORPORATION, AS LESSOR, AND RECORDED ON DECEMBER 31, 1980, AS INSTRUMENT NO. 245481, OF THE OFFICIAL RECORDS OF RIVERSIDE COUNTY, CALIFORNIA, SUBJECT TO THE TERMS, CONDITIONS AND PROVISIONS AS

### MAIL TAX STATEMENTS TO:  THE ABOVE MENTIONED ADDRESS

TDUS                                    1                                    2146908693

Exhibit 10 - Page 1 of 3

CONTAINED THEREIN, ABOVE SUBLEASE AMENDED BY SUPPLEMENTAL AGREEMENT #1, DATED JULY 22, 1999, EXECUTED BY AGUA CALIENTE DEVELOPMENT AUTHORITY ("ACDA'), AN ENTITY OF THE AGUA CALIENTE BAND OF CAHUILLA INDIANS, A FEDERALLY RECOGNIZED INDIAN TRIBE, AS LESSOR, AND RECORDED ON AUGUST 26, 1999 AS INSTRUMENT NO. 383466.

LOT NO. 19 OF TRACT 16149 AS SHOWN ON THE MAP THEREOF RECORDED IN BOOK 116, AT PAGES 3THRU 8, INCLUSIVE, OF MAPS, RECORDS OF COUNTY RECORDER, COUNTY OF RIVERSIDE, CALIFORNIA.

**\*\*This document is being recorded to reflect a more complete legal description of the property and thereby included the leasehold referenced that was omitted from the Trustees Deed Upon Sale recorded 10/16/2015 as Document # 2015-0455982**

This deed is made pursuant to the powers, including the power of sale conferred upon Trustee (or to Successor Trustee) by the Deed of Trust dated **05/19/2006** made to **MARLENE Y BAILEY, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY**, and recorded on **06/09/2006**, in the office of the County Recorder of **Riverside** County, California, as **Document No.: 2006-0418627,** Trustee (or Successor Trustee) having complied with all applicable statutory provisions and having performed all of his duties under the said Deed of Trust.

All requirements per law and of said Deed of Trust relating to this sale to notice thereof having been complied with. Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on **10/13/2015**, Grantee, being the highest bidder at said sale became the purchaser of said property for the bid amount, being **$675,750.00,** in lawful money of the United States, in proper, receipt thereof is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

"This instrument is being recorded as an ACCOMMODATION ONLY, with no Representation as to its effect upon title"

TDUS                                    1                                    2146908693

Exhibit 10 - Page 2 of 3

DOC #2016-0212068  Page 3 of 3

## NBS Default Services, LLC

Date: **March 18, 2016**

By: _____

**Gaby Ospino**

> A notary public or other officer completing this certificate
> verifies only the identity of the individual who signed the
> document to which this certificate is attached, and not the
> truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On **MAR 2 1 2016** before me, ____Nicole Rodriguez_____, a Notary Public, personally
appeared, Gaby Ospino, who proved to me on the basis of satisfactory evidence to be the person(s)
whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they
executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the
instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is
true and correct.

WITNESS my hand and official seal.

_____

> NICOLE RODRIGUEZ
> Commission # 2096302
> Notary Public - California
> Los Angeles County
> My Comm. Expires Jan 9, 2019

TDUS                                        3                                        2146908693

**Exhibit 10 - Page 3 of 3**

# EXHIBIT 11

CHACKEL LAW

4275 EXECUTIVE SQUARE, SUITE 200
LA JOLLA, CA 92037

$0.50⁹
US POSTAGE
FIRST-CLASS

071M00921501
97701
000000895

Marlene Bailey
480 E. Bogert Trail
Palm Springs, CA 92264

92264-961080

**Exhibit 11 - Page 1 of 8**

EJ-195

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*<br>Geoffrey C. Chackel, Esq. (SBN 207085)<br>CHACKEL LAW, PC<br>4275 Executive Square, Suite 200<br>La Jolla, CA 92037<br>ATTORNEY FOR *(Name):*   Central Valley Hold.Co.,LLC; Hanford Dev.Prop.,LLC | TELEPHONE NO.:<br>619.567.2454 | FOR COURT USE ONLY |
|---|---|---|

| NAME OF COURT: Kings County Superior Court<br>STREET ADDRESS: 1640 Kings County Drive<br>MAILING ADDRESS: 1640 Kings County Drive<br>CITY AND ZIP CODE: Hanford 93230<br>BRANCH NAME: |
|---|

CONFORMED COPY
ORIGINAL FILED ON

FEB - 7 2019

MICHELLE S. MARTINEZ, CLERK OF COURT
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF KINGS
_____ DEPUTY

PLAINTIFF: Mitch Brown Construction, Inc.

DEFENDANT: Hanford Development, Inc., et. al.

| NOTICE OF RENEWAL OF JUDGMENT | CASE NUMBER:<br>06 C 0384 |
|---|---|

TO JUDGMENT DEBTOR *(name):*  Marlene Bailey, 480 E. Bogert Trail, Palm Springs, CA 92264

1. **This renewal extends** the period of enforceability of the judgment until 10 years from the date the application for renewal was filed.

2. **If you object** to this renewal, you may make a motion to vacate or modify the renewal with this court.

3. You must make this motion within **30 days** after service of this notice on you.

4. A copy of the *Application for and Renewal of Judgment* is attached *(Cal. Rules of Court, rule 3.1900).*

Date:  FEB - 7 2019     MICHELLE S. MARTINEZ    Clerk, by _____KARIN NOBLE_____ , Deputy

[SEAL]

COURT SEAL

See CCP 683.160 for information on method of service

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>EJ-195 [Rev. January 1, 2007] | **NOTICE OF RENEWAL OF JUDGMENT** | Page 1 of 1<br>Code of Civil Procedure, § 683.160<br>www.courtinfo.ca.gov |
|---|---|---|

**Exhibit 11 - Page 2 of 8**

EJ-190

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*<br>After recording, return to:<br>Geoffrey C. Chackel, Esq. (SBN 207085)<br>CHACKEL LAW, PC<br>4275 Executive Square, Suite 200<br>La Jolla, CA 92037<br><br>TEL NO.: 619.567.2454    FAX NO. (optional): 619.452.1212<br>E-MAIL ADDRESS *(Optional):*<br>[X] ATTORNEY  [X] JUDGMENT    [ ] ASSIGNEE<br>    FOR       CREDITOR      OF RECORD<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF Kings<br>STREET ADDRESS: 1640 Kings County Drive<br>MAILING ADDRESS: 1640 Kings County Drive<br>CITY AND ZIP CODE: Hanford 93230<br>BRANCH NAME: | |

|  |  |
|---|---|
| PLAINTIFF: Mitch Brown Construction, Inc. | **CASE NUMBER:** |
| DEFENDANT: Hanford Development, Inc., et. al. | 06 C 0384 |

| | |
|---|---|
| **APPLICATION FOR AND RENEWAL OF JUDGMENT** | *FOR COURT USE ONLY*<br><br>**CONFORMED COPY<br>ORIGINAL FILED ON**<br><br>**FEB - 7 2019**<br><br>MICHELLE S. MARTINEZ, CLERK OF COURT<br>SUPERIOR COURT OF THE STATE OF CALIFORNIA<br>COUNTY OF KINGS<br>_____ DEPUTY |

[X] Judgment creditor
[ ] Assignee of record
    applies for renewal of the judgment as follows:

1. Applicant *(name and address):*
   Central Valley Holding Company, LLC and Hanford Development Properties,
   LLC, 2061 Wineridge Pl, Escondido, CA 92029

2. Judgment debtor *(name and last known address):*
   Marlene Bailey, 480 E. Bogert Trail, Palm Springs, CA 92264

3. Original judgment
  a. Case number *(specify):* 06 C 0384
  b. Entered on *(date):* February 18, 2009
  c. Recorded: Abstract of Judgment
    (1) Date: February 27, 2009
    (2) County: Kings
    (3) Instrument No.: 0903128

4. [ ] Judgment previously renewed *(specify each case number and date):*

5. [X] Renewal of money judgment
  a. Total judgment . . . . . . . . . . . . . . . . . . . . . . . . $ 452,950.00
  b. Costs after judgment . . . . . . . . . . . . . . . . . . . $ 0
  c. Subtotal *(add a and b)* . . . . . . . . . . . . . . . . $ 452,950.00
  d. Credits after judgment . . . . . . . . . . . . . . . . $ 0
  e. Subtotal *(subtract d from c)* . . . . . . . . . . . $ 452,950.00
  f. Interest after judgment . . . . . . . . . . . . . . . . $ 451,833.17
  g. Fee for filing renewal application . . . . . . . . $ 30.00
  h. Total renewed judgment *(add e, f, and g)* $ 904,813.17

  i. [ ] The amounts called for in items a–h are different for each debtor.
     These amounts are stated for each debtor on Attachment 5.

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>EJ-190 [Rev. July 1, 2014] | **APPLICATION FOR AND RENEWAL OF JUDGMENT** | Page 1 of 2<br>Code of Civil Procedure, § 683.140 |

**Exhibit 11 - Page 3 of 8**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Mitch Brown Construction, Inc. v. Hanford Development, Inc., et. al. | 06 C 0384 |

6. ☐ Renewal of judgment for    ☐ possession.
                                 ☐ sale.

a. ☐ If judgment was not previously renewed, terms of judgment as entered:

b. ☐ If judgment was previously renewed, terms of judgment as last renewed:

c. ☐ Terms of judgment remaining unsatisfied:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   February 7, 2019

Geoffrey C. Chackel, Esq.
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF DECLARANT)

EJ-190 [Rev. July 1, 2014]          **APPLICATION FOR AND RENEWAL OF JUDGMENT**          Page 2 of 2

**Exhibit 11 - Page 4 of 8**

MC-012

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):

Geoffrey C. Chackel, Esq. (SBN 207085)
CHACKEL LAW, PC
4275 Executive Square, Suite 200
La Jolla, CA 92037

TELEPHONE NO.: 619-567-2454     FAX NO.: 619-452-1212
ATTORNEY FOR (Name): Central Valley Hold. Co., LLC; Hanford. Dev. Prop.LLC
NAME OF COURT: Kings County Superior Court
STREET ADDRESS: 1640 Kings County Drive
MAILING ADDRESS: 1640 Kings County Drive
CITY AND ZIP CODE: Hanford 93230
BRANCH NAME:

**FOR COURT USE ONLY**

CONFORMED COPY
ORIGINAL FILED ON

FEB - 7 2019

MICHELLE S. MARTINEZ, CLERK OF COURT
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF KINGS
_____ DEPUTY

PLAINTIFF: Mitch Brown Construction, Inc.

DEFENDANT: Hanford Development, Inc., et. al.

| MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST | CASE NUMBER: 06 C 0384 |
|---|---|

1. I claim the following costs after judgment incurred within the last two years (indicate if there are multiple items in any category):

| | | Dates Incurred | Amount |
|---|---|---|---|
| a | Preparing and issuing abstract of judgment | | $ |
| b | Recording and indexing abstract of judgment | | $ |
| c | Filing notice of judgment lien on personal property | | $ |
| d | Issuing writ of execution, to extent not satisfied by Code Civ. Proc., § 685.050 (specify county): | | $ |
| e | Levying officers fees, to extent not satisfied by Code Civ. Proc., § 685.050 or wage garnishment | | $ |
| f | Approved fee on application for order for appearance of judgment debtor, or other approved costs under Code Civ. Proc., § 708.110 et seq. | | $ |
| g | Attorney fees, if allowed by Code Civ. Proc., § 685.040 | | $ |
| h | Other: (Statute authorizing cost): | | $ |
| i | Total of claimed costs for current memorandum of costs (add items a-h) | | $ |

2. All previously allowed postjudgment costs: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $

3. Total of all postjudgment costs (add items 1 and 2): . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $

4. **Acknowledgment of Credit.** I acknowledge total credit to date (including returns on levy process and direct payments) in the amount of: $ 0

5. **Declaration of Accrued Interest.** Interest on the judgment accruing at the legal rate from the date of entry on balances due after partial satisfactions and other credits in the amount of: $ 451,833.17

6. I am the ☐ judgment creditor ☐ agent for the judgment creditor ☑ attorney for the judgment creditor.
I have knowledge of the facts concerning the costs claimed above. To the best of my knowledge and belief, the costs claimed are correct, reasonable, and necessary, and have not been satisfied.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 7, 2019

Geoffrey C. Chackel, Esq.
(TYPE OR PRINT NAME)

▶ _(signature)_
(SIGNATURE OF DECLARANT)

**NOTICE TO THE JUDGMENT DEBTOR**

If this memorandum of costs is filed at the same time as an application for a writ of execution, any statutory costs, *not exceeding $100 in aggregate and not already allowed by the court,* may be included in the writ of execution. *The fees sought under this memorandum may be disallowed by the court upon a motion to tax filed by the debtor, notwithstanding the fees having been included in the writ of execution.* (Code Civ. Proc., § 685.070(e).) A motion to tax costs claimed in this memorandum must be filed within 10 days after service of the memorandum. (Code Civ. Proc., § 685.070(c).)

(Proof of service on reverse)

Form Adopted for Mandatory Use
Judicial Council of California
MC-012 [Rev. January 1, 2011]

MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT
OF CREDIT, AND DECLARATION OF ACCRUED INTEREST

Code of Civil Procedure
§ 685.070
www.courts.ca.gov

Exhibit 11 - Page 5 of 8

| SHORT TITLE: | CASE NUMBER: | MC-012 |
|---|---|---|
| Mitch Brown Construction, Inc. v. Hanford Development, Inc., et. al. | | 06 C 0384 |

**PROOF OF SERVICE**

☐ Mail   ☐ Personal Service

1. At the time of service I was at least 18 years of age and not a party to this legal action.

2. My residence or business address is *(specify):*

3. I mailed or personally delivered a copy of the *Memorandum of Costs After Judgment, Acknowledgment of Credit, and Declaration of Accrued Interest* as follows *(complete either a or b):*

   a. ☐ **Mail.** I am a resident of or employed in the county where the mailing occurred.
       (1) I enclosed a copy in an envelope AND
         (a) ☐ deposited the sealed envelope with the United States Postal Service with the postage fully prepaid.
         (b) ☐ placed the envelope for collection and mailing on the date and at the place shown in items below following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.
       (2) The envelope was addressed and mailed as follows:
         (a) Name of person served:
         (b) Address on envelope:

         (c) Date of mailing:
         (d) Place of mailing *(city and state):*

   b. ☐ **Personal delivery.** I personally delivered a copy as follows:
       (1) Name of person served:
       (2) Address where delivered:

       (3) Date delivered:
       (4) Time delivered:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶

..............................................
(TYPE OR PRINT NAME )

_____
(SIGNATURE OF DECLARANT)

**Exhibit 11 - Page 6 of 8**

1   GEOFFREY C. CHACKEL, ESQ. (Bar No. 207085)
    geoff@chackellaw.com
2   CHACKEL LAW, PC
    4275 Executive Square, Suite 200
3   La Jolla, CA 92037
    TEL: 619.567.2454
4   FAX: 619.452.1212

5   Attorney for Defendants and Judgment Creditors
    Central Valley Holding Co., LLC; Hanford Dev.
6   Properties, LLC

7

8                    **SUPERIOR COURT OF CALIFORNIA**

9                    **FOR THE COUNTY OF KINGS**

10

11  MITCH BROWN CONSTRUCTION, INC.,      |   CASE NO. 06 C 0384

12                  Plaintiff,            |   **PROOF OF SERVICE**

13      v.

14  HANFORD DEVELOPMENT, INC., et al.,

15                  Defendants.

16  ─────────────────────────────

17  AND RELATED CROSS-ACTION

18

19

20                    **<u>PROOF OF SERVICE</u>**

21      I am a resident of the State of California, over the age of eighteen years, and not a party to
    the within-entitled action.  My business address is 4275 Executive Square, Suite 200, La Jolla,
22  California 92037.  On March 6, 2019, I served the within documents, with all exhibits (if any):

23  **MEMORDANUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGEMENT OF
    CREDIT, AND DECLARATION OF ACCRUED INTEREST**
24

25  **NOTICE OF RENEWAL OF JUDGMENT**

26  **APPLICATION FOR AND RENEWAL OF JUDGMENT**

27

28

─────────────────────────────────────────
                    PROOF OF SERVICE
                  **Exhibit 11 - Page 7 of 8**

1

2

**[XX ]**  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California on this day and addressed to parties listed below.

3

4

[ ]  by transmitting via e-mail or electronic transmission the document(s) listed above to the individual below at the e-mail address(es) set forth below.

5

6

[ ]  by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 6:00 p.m. A copy of the transmission report issued by the transmitting facsimile machine is attached hereto.

7

8

[ ]  by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill for standard overnight delivery to, and causing the envelope to be delivered to an agent for delivery.

9

10

11  Marlene Bailey
    480 E. Bogert Trail
    Palm Springs, CA  92264

12

13  Judgment Debtor

14

15

16

17  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same

18  day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage

19  meter date is more than one day after date of deposit for mailing in affidavit.

20  I declare under penalty of perjury under the laws of the State of California that the above

21  is true and correct. Executed on March 6, 2019 at San Diego, California.

22

23

24  Geoffrey C. Chackel

25

26

27

28

2

PROOF OF SERVICE

**Exhibit 11 - Page 8 of 8**

EXHIBIT 12

CM-180

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>— Daniel Bailey<br>   Marlene Bailey<br>   PO Box 5818, Palm Springs, CA 92263<br>   TELEPHONE NO: 760-406-4234    FAX NO *(Optional):*<br>   E-MAIL ADDRESS *(Optional):* dbailey@hollyhills.com & mbailey@hollyhills.com<br>   ATTORNEY FOR *(Name):* Defendants In Pro Per | *FOR COURT USE ONLY*<br><br>**FILED**<br>**2/25/2019 10:16 AM**<br>**Michelle S. Martinez, Clerk of Court**<br>**Superior Court of the State of California**<br>**County of Kings**<br><br>Deputy<br>Karin Noble |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  KINGS
STREET ADDRESS: 1640 Kings Court Drive
MAILING ADDRESS: 1640 Kings Court Drive
CITY AND ZIP CODE: Hanford, CA 93230
BRANCH NAME: Hanford

PLAINTIFF/PETITIONER: MITCH BROWN CONSTRUCTION, et al

DEFENDANT/RESPONDENT: HANFORD DEVELOPMENT, et al

| | |
|---|---|
| **NOTICE OF STAY OF PROCEEDINGS** | CASE NUMBER:<br>06C0384 |
| | JUDGE: |
| | DEPT.: |

## To the court and to all parties:

1.  Declarant *(name):* DANIEL BAILEY and MARLENE BAILEY

    a. ☐  is ☑ the party ☐ the attorney for the party  who requested or caused the stay.

    b. ☐  is ☐ the plaintiff or petitioner ☐ the attorney for the plaintiff or petitioner. The party who requested the stay
       has not appeared in this case or is not subject to the jurisdiction of this court.

2.  This case is stayed as follows:

    a. ☑  With regard to all parties.

    b. ☐  With regard to the following parties *(specify by name and party designation):*

3.  Reason for the stay:

    a. ☑  Automatic stay caused by a filing in another court. *(Attach a copy of the Notice of Commencement of Case, the
       bankruptcy petition, or other document showing that the stay is in effect, and showing the court, case number,
       debtor, and petitioners.)*

    b. ☐  Order of a federal court or of a higher California court. *(Attach a copy of the court order.)*

    c. ☐  Contractual arbitration under Code of Civil Procedure section 1281.4. *(Attach a copy of the order directing
       arbitration.)*

    d. ☐  Arbitration of attorney fees and costs under Business and Professions Code section 6201. *(Attach a copy of the
       client's request for arbitration showing filing and service.)*

    e. ☐  Other:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: FEBRUARY 23, 2019

DANIEL BAILEY
_____
(TYPE OR PRINT NAME OF DECLARANT)                                    (SIGNATURE)

MARLENE BAILEY

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-180 [Rev January 1, 2007] | **NOTICE OF STAY OF PROCEEDINGS** | Cal Rules of Court, rule 3.650<br>*www.courtinfo.ca.gov* |

**Exhibit 12 - Page 1 of 4**

## U.S. Bankruptcy Court

## Central District Of California

Notice of Bankruptcy Case Filing

The following transaction was received from Olmos, Justin entered on 10/20/2011 at 4:13 PM PDT and filed on 10/20/2011

**Case Name:**      Daniel Norman Bailey and Marlene Yvette Bailey
**Case Number:**    6:11-bk-42675
**Document Number:** 1

**Docket Text:**
Chapter 7 Voluntary Petition . Fee Amount $299 Filed by Daniel Norman Bailey , Marlene Yvette Bailey Statement of Intent due 11/21/2011. Schedule A due 11/3/2011. Schedule B due 11/3/2011. Schedule C due 11/3/2011. Schedule D due 11/3/2011. Schedule E due 11/3/2011. Schedule F due 11/3/2011. Schedule G due 11/3/2011. Schedule H due 11/3/2011. Schedule I due 11/3/2011. Schedule J due 11/3/2011. Statement of Financial Affairs due 11/3/2011. Statement - Form 22A Due: 11/3/2011.Statement of Related Case due 11/3/2011. Notice of available chapters due 11/3/2011. Statement of assistance of non-attorney due 11/3/2011. Verification of creditor matrix due 11/3/2011. Declaration concerning debtors schedules due 11/3/2011. Debtor Certification of Employment Income due by 11/3/2011. Incomplete Filings due by 11/3/2011. (Olmos, Justin)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**R:\rio\data\Uploaded\PTN-BAILEYDANI__Window1_01.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=10/20/2011] [FileNumber=50232677 -0] [9767ea6f2f535d76fa6bde5d1ff35186f340cc1cb6656ca2b41d36dfa779aa994

https://ecf.cacb.circ9.dcn/cgi-bin/Dispatch.pl?479675620332312                    10/20/2011

**Exhibit 12 - Page 2 of 4**

B18 (Official Form 18)(12/11)

# United States Bankruptcy Court
## Central District Of California

3420 Twelfth Street, Riverside, CA 92501-3819

## DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**                                      **BANKRUPTCY NO.** 6:11-bk-42675-MJ
Daniel Norman Bailey
aka Dan Bailey, aka Daniel N Bailey Trustee of the Bailey Family Trust   **CHAPTER** 7

**Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):** xxx-xx-2661
**Employer Tax-Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** 12/4/13

**JOINT DEBTOR INFORMATION:**
Marlene Yvette Bailey
aka Marlene Y Bailey, aka Marlene Cardinale

**Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):** xxx-xx-9320
**Employer Tax-Identification (EIN) No(s).(if any):** N/A
**Joint Debtor Discharge Date:** 12/4/13

**Address:**
480 E Bogert Trail
Palm Springs, CA 92264

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code). SEE THE BACK OF THIS ORDER FOR EXCEPTIONS AND OTHER IMPORTANT INFORMATION.

BY THE COURT,

Dated: December 4, 2013

**Kathleen J. Campbell**
Clerk of the Court

* Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social-security numbers or individual taxpayer-identification numbers.

(Form b18–DIS Rev. 12/2011) VAN–30                                      66 – 15 / TOL

**Exhibit 12 - Page 3 of 4**

POS-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Daniel Bailey<br>Marlene Bailey<br>PO Box 5818<br>Palm Springs, CA 92263<br><br>TELEPHONE NO: 760-406-4234    FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: dbailey@hollyhills.com & mbailey@hollyhills.com<br>ATTORNEY FOR *(Name)*: Defendants In Pro Per | **FILED**<br>**2/25/2019 10:16 AM**<br>**Michelle S. Martinez, Clerk of Court**<br>**Superior Court of the State of California**<br>**County of Kings** |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF KINGS
STREET ADDRESS: 1640 Kings Court Drive
MAILING ADDRESS: 1640 Kings Court Drive
CITY AND ZIP CODE: Hanford, CA 93230
BRANCH NAME: Hanford

_____ Deputy
Karin Noble

PETITIONER/PLAINTIFF: MITCH BROWN CONSTRUCTION, INC., et al.

RESPONDENT/DEFENDANT: HANFORD DEVELOPMENT, et al.

| PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL | CASE NUMBER<br>06C0384 |
|---|---|

***(Do not use this Proof of Service to show service of a Summons and Complaint.)***

1. I am over 18 years of age and **not a party to this action**. I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
   PO Box 5818
   Palm Springs, CA 92263

3. On *(date):* 2/23/2019    I mailed from *(city and state):* Palm Springs, CA
   the following documents *(specify):*
   NOTICE OF STAY OF PROCEEDINGS

   ☐ The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)*
   (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one):*
   a. ☑ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☐ **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this
      business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is
      placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in
      a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name** of person served: Cross-Complainants Central Valley Holdings Company, LLC by serving its attorney
   b. **Address** of person served:
      Geoffrey C. Chackel, Esq.
      Duckor Spadling Metzger & Wynne
      3043 4th Avenue
      San Diego, CA 92103

   ☐ The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service
   by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 23, 2019

TJ Connolly
_____      _____
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)      (SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use
Judicial Council of California
POS-030 [New January 1, 2005]

**PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**
**(Proof of Service)**

Code of Civil Procedure §§ 1013, 1013a
www.courtinfo.ca.gov

**Exhibit 12 - Page 4 of 4**

# EXHIBIT 13

1 | John W. Cutchin, Esq. (Bar No. 105534)
14720 Soprano Lane
2 | San Diego, CA 92127
(619) 988-1406
3 | jcutchin@san.rr.com

4 | Geoffery C. Chackel, Esq. (Bar No. 207085)
5 | 4275 Executive Square, Suite 200
La Jolla, CA 92017
6 | (619) 567-1212
geoff@chackellaw.com
7 |

8 | Attorneys for Hanford Development
Properties LLC and Central Valley
9 | Holding Company, LLC, Plaintiffs

10 |

UNITED STATES BANKRUPTCY COURT

11 |

CENTRAL DISTRICT OF CALIFORNIA

12 |

RIVERSIDE DIVISION

13 |

14 |

In re | Case No. 6:11-bk-42675-MJ

15 |

In re DANIEL NORMAN BAILEY and | Chapter 7
16 | MARLENE YVETTE BAILEY,

Adversary Proceeding:

17 | Debtors.

COMPLAINT TO DETERMINE
18 | DISCHARGEABILITY OF DEBT UNDER
11 U.S.C. §§523(a)(2), 523(a)(3),
19 | 523(a)(4) and 523(a)(6)

HANFORD DEVELOPMENT PROPERTIES,
20 | LLC, and CENTRAL VALLEY HOLDING
COMPANY, LLC,
21 |

Plaintiffs,
22 |

23 | v.

DANIEL NORMAN BAILEY and
24 | MARLENE YVETTE BAILEY,

25 | Defendant.

26 |

27 |

28 |

6:11-bk-42675-MJ

Complaint to Determine Dischargeability of Debt

**Exhibit 13 - Page 1 of 1**

# EXHIBIT 14

**From:** Credit Karma <notifications@creditkarma.com>
**Sent:** Sunday, April 7, 2019 8:18 AM
**To:** Daniel Bailey <dan@hollyhills.com>
**Subject:** Daniel: New Bankruptcy on Your Equifax Report

# credit karma®

## There's a new bankruptcy on your report



Hi Daniel,

It looks like a new bankruptcy was just added to your Equifax credit report.[1]

Bankruptcy can do serious damage to your credit scores, so you should check your reports and confirm the details. If they aren't correct, you could always file a dispute with the credit bureau.

### Confirm the Details

Best,
**The Credit Karma Team**

[1]*Based on your credit report information from Equifax as reported on 04/06/19.*

Exhibit 14 - Page 1 of 1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled: **MOTION FOR CONTEMPT VIOLATION OF DISCHARGE INJUNCTION 11 U.S.C. § 524(A)(2); MEMORANDUM OF POINTS & AUTHORITIES; REQUEST FOR JUDICIAL NOTICE; DECLARATION OF DANIEL NORMAN BAILEY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 4/17/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Baruch C Cohen (DF)      bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
John W Cutchin (PL)       jcutchin@san.rr.com
Charles W Daff (TR)       charleswdaff@gmail.com, c122@ecfcbis.com
US Trustee (RS)           ustpregion16.rs.ecf@usdoj.gov

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On 4/17/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

James E. Crowley, c/o Andrea Cook, Esq., Underwood & Roberts, PLLC, 3110 Edwards Mill Rd, Suite 100, Raleigh NC 27612
James E. Crowley, 6180 Lago Lindo, Rancho Santa Fe CA 92067
James E. Crowley, Crowley Car Company, 2161 Wineridge Place, Escondido CA 92029
Adrian Kulinski, 548 Quail Pointe Lane, Encinitas CA 92024
Adrian Kulinski, Crowley Car Company, 2161 Wineridge Place, Escondido CA 92029

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 4/17/2019,, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Hon. Mark D. Houle, USBC, Central District of California, 3420 Twelfth Street, Suite 365, Riverside CA 92501

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/17/2019 | Baruch C. Cohen, Esq. | /s/ Baruch C. Cohen |
|-----------|----------------------|--------------------|
| Date      | Printed Name         | Signature          |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.