| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| BARUCH C. COHEN<br>BARUCH C. COHEN, ESQ.<br>LAW OFFICE OF BARUCH C. COHEN, APLC<br>4929 WILSHIRE BOULEVARD, SUITE 940<br>LOS ANGELES, CA 90010<br>323-937-4501<br>(888) 316-6107<br>159455<br>baruchcohen@baruchcohenesq.com<br>☐ Individual appearing without attorney<br>☒ Attorney for: DEFENDANTS | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE**

| In re: DANIEL NORMAN BAILEY & MARLENE YVETTE BAILEY<br><br>Debtor(s). | CASE NO.: 6:11-bk-42675-MJ<br>ADVERSARY NO.: 6:19-ap-01056-MH<br>CHAPTER: 7 |
|---|---|
| HANFORD DEVELOPMENT PROPERTIES, LLC, and CENTRAL VALLEY HOLDING COMPANY, LLC<br><br>Plaintiff(s).<br>vs.<br>DANIEL NORMAN BAILEY & MARLENE YVETTE BAILEY<br><br>Defendant(s). | **UNILATERAL STATUS REPORT** ~~JOINT STATUS REPORT~~<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 5-29-2019<br>TIME: 2:00PM<br>COURTROOM: 303<br>ADDRESS: 3420 Twelfth Street, Suite 365 / Courtroom 303<br>Riverside, CA 92501-3819 |

**UNILATERAL STATUS REPORT**
The parties submit the following ~~JOINT STATUS REPORT~~ in accordance with LBR 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?   ☒ Yes   ☐ No
2. Have all parties filed and served answers to the Claims Documents?   ☒ Yes   ☐ No
3. Have all motions addressed to the Claims Documents been resolved?   ☐ Yes   ☒ No
4. Have counsel met and conferred in compliance with LBR 7026-1?   ☒ Yes   ☐ No

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 1                                    F 7016-1.STATUS.REPORT
F701611

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*): DEFENDANTS HAVE TWO UNOPPOSED MOTIONS: (I) MOTION TO DISMISS UNTIMELY COMPLAINT; & (II) MOTION FOR CONTEMPT VIOLATION OF DISCHARGE INJUNCTION 11 U.S.C. §524(A)(2). IN BOTH: PLAINTIFFS (CANCELLED CORPORATIONS) HAVE NO STANDING TO BRING THIS ACTION.

ON 5-10-2019, PLAINTIFF VOLUNTARILY MOVED TO DISMISS ADVERSARY WITHOUT PREJUDICE, WHICH DISPOSES OF MOTION # 1, BUT DOES NOT DISPOSE OF MOTION # 2 (MOTION FOR CONTEMPT VIOLATION OF DISCHARGE INJUNCTION 11 U.S.C. §524(A)(2))

## B. READINESS FOR TRIAL:

1. When will you be ready for trial in this case?

   <u>Plaintiff</u>                                      <u>Defendant</u>

                                                         N/A - DUE TO DISMISSAL

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

   <u>Plaintiff</u>                                      <u>Defendant</u>

                                                         N/A - DUE TO DISMISSAL

3. When do you expect to complete <u>your</u> discovery efforts?

   <u>Plaintiff</u>                                      <u>Defendant</u>

                                                         N/A - DUE TO DISMISSAL

4. What additional discovery do you require to prepare for trial?

   <u>Plaintiff</u>                                      <u>Defendant</u>

                                                         N/A - DUE TO DISMISSAL

## C. TRIAL TIME:

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

   <u>Plaintiff</u>                                      <u>Defendant</u>

                                                         N/A - DUE TO DISMISSAL

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

   <u>Plaintiff</u>                                      <u>Defendant</u>

                                                         N/A - DUE TO DISMISSAL

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                          Page 2                          **F 7016-1.STATUS.REPORT**

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
|  | N/A - DUE TO DISMISSAL |

### D. PRETRIAL CONFERENCE:

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference [ ] is [ ] is not requested | Pretrial conference [ ] is [X] is not requested |
| Reasons: | Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (date) _____ | (date) _____ |

### E. SETTLEMENT:

1. What is the status of settlement efforts? N/A - DUE TO DISMISSAL

2. Has this dispute been formally mediated?   [ ] Yes  [X] No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| [ ] Yes  [ ] No | [ ] Yes  [X] No |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 3    **F 7016-1.STATUS.REPORT**

F. **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| [ ] I do consent | [X] I do consent |
| [ ] I do not consent | [ ] I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

PLAINTIFFS (CANCELLED CORPORATIONS) HAVE NO STANDING TO BRING THIS ACTION. PLAINTIFFS VIOLATED THE DISCHARGE INJUNCTION, AND DEFENDANTS' MOTION FOR CONTEMPT VIOLATION OF DISCHARGE INJUNCTION 11 U.S.C. §524(A)(2) IS STILL PENDING, NOTWITHSTANDING PLAINTIFFS' ATTEMPT TO VOLUNTARILY DISMISS THIS ADVERSARY AS A COURT ORDER IS STILL REQUIRED PURSUANT TO FRCP 41 (A)(2) AS DEFENDANTS' CONTEMPT MOTION HAS PLEADED A COUNTERCLAIM (CONTEMPT MOTION SEEKING COMPENSATORY, ATTORNEY'S FEES, & PUNITIVE DAMAGES, AND A COURT ORDER STRIKING THE STATE COURT RENEWED JUDGEMENT) BEFORE BEING SERVED WITH THE PLAINTIFF'S MOTION TO DISMISS.

Respectfully submitted,

Date: **5/16/2019**

BARUCH C. COHEN, ESQ.
Printed name of law firm

*/s/ Baruch C. Cohen*
Signature

Baruch C Cohen
Printed name

Attorney for: DEFENDANTS

Date: _____

_____
Printed name of law firm

_____
Signature

_____
Printed name

Attorney for: _____

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 4    **F 7016-1.STATUS.REPORT**

Baruch C. Cohen, Esq. (SBN 159455)
**LAW OFFICE OF BARUCH C. COHEN**
        A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501        Fax (888) 316-6107
e-mail: baruchcohen@baruchcohenesq.com

*Attorney for Debtors/Defendants*
DANIEL NORMAN BAILEY & MARLENE YVETTE BAILEY

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>DANIEL NORMAN BAILEY & MARLENE YVETTE BAILEY,<br><br>Debtors | Case No. 6:11-bk-42675-MJ<br><br>Adversary # 6:19-ap-01056-MH<br><br>Before the Honorable Mark D. Houle<br><br>Chapter 7 |
| HANFORD DEVELOPMENT PROPERTIES, LLC, and CENTRAL VALLEY HOLDING COMPANY, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>DANIEL NORMAN BAILEY & MARLENE YVETTE BAILEY,<br><br>Defendants | **DECLARATION OF BARUCH C. COHEN IN SUPPORT OF UNILATERAL STATUS REPORT**<br><br>*Status Conference Hearing*:<br><br>Date : 5-29-2019<br>Time : 2:00 p.m.<br>Courtroom : 303<br>Place : 3420 Twelfth Street, Riverside CA 92501 |

I, BARUCH C. COHEN, declare and state as follows:

1. The facts stated below are true and correct to the best of my personal knowledge and if called upon to testify to them, I could and would competently do so.

2. I am a member in good standing and eligible to practice before the following courts: California State Supreme Court; United States Court of Appeals - Ninth Circuit; Bankruptcy Appellate Panel; United States District Courts: Central District of California;

5/16-3:20pm

1     Eastern District of California; Northern District of California; and Southern District of California.

3. I am the principal shareholder and President of The Law Office of Baruch C. Cohen, a Professional Law Corporation, located at 4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010.

4. I proudly represent *Debtors and Defendants* DANIEL NORMAN BAILEY & MARLENE YVETTE BAILEY.

5. This Declaration is in support of **DEFENDANTS' UNILATERAL STATUS REPORT**

6. On 5-8-2019, I wrote Plaintiffs' counsel to meet & confer regarding the need to file a Joint Status Report.[1]

7. As of this date, Plaintiffs' counsel has not participated in a Joint Status Report, hence this Unilateral Report.

8. On 4-17-2019, Defendants filed two motions to be heard at the same time as this Status Conference:

     a.    MOTION TO DISMISS <u>UNTIMELY</u> COMPLAINT FOR DETERMINATION OF NONDISCHARGEABILITY OF DEBTS AND FOR OBJECTION TO DISCHARGE; PURSUANT TO F.R.B.P. 4004(a) & F.R.B.P. 4007(c); F.R.C.P. 9(b) & F.R.C.P. 12(b)(6); F.R.B.P. 7009 & F.R.B.P. 7012; [Doc-5]

     b.    MOTION FOR CONTEMPT VIOLATION OF DISCHARGE INJUNCTION 11 U.S.C. § 524(A)(2). [Doc-4]

9. Pursuant to Local Bankruptcy Rule 9013-1, oppositions to both Motions were due on 5-15-2019. As of this date, Plaintiffs have not opposed the Motions.

10. On 5-10-2019, Plaintiffs filed a *Notice of Voluntary Dismissal Without Prejudice* [Doc-8] that states: "No response has been filed with the Court or served on plaintiff within the meaning of FRCP 41(a)(1)(A)(I)."

---

[1] A true and correct copy of my letter of 5-8-2019 is attached hereto as Exhibit "1" and incorporated herein by this reference.

5/16-3:20pm      -2-

11. That statement is not entirely accurate. Defendants' MOTION FOR CONTEMPT VIOLATION OF DISCHARGE INJUNCTION 11 U.S.C. § 524(A)(2). [Doc-4] seeks damages, attorneys fees and punitive damages, and constitutes a "counter-claim" within the meaning of FRCP 41(a)(2) which requires a court hearing before dismissal. "(2) By Court Order; Effect. Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. If a defendant has pleaded a counterclaim before being served with the plaintiff's motion to dismiss, the action may be dismissed over the defendant's objection only if the counterclaim can remain pending for independent adjudication. Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice."

12. Plaintiffs' dismissal is not automatic, requires court approval, and while it might dispose of the MOTION TO DISMISS <u>UNTIMELY</u> COMPLAINT FOR DETERMINATION OF NONDISCHARGEABILITY OF DEBTS AND FOR OBJECTION TO DISCHARGE; PURSUANT TO F.R.B.P. 4004(a) & F.R.B.P. 4007(c); F.R.C.P. 9(b) & F.R.C.P. 12(b)(6); F.R.B.P. 7009 & F.R.B.P. 7012; [Doc-5], it certainly does not dispose of Defendants' MOTION FOR CONTEMPT VIOLATION OF DISCHARGE INJUNCTION 11 U.S.C. § 524(A)(2). [Doc-4].

13. Additionally, both Motions point out, that notwithstanding the fact that Federal Rule of Civil Procedure 11(b) and F.R.B.P. 9011(b) prohibit false factual representations to the Court that have no evidentiary support, Section 3 of the Complaint, signed by attorneys John W. Cutchin and Geoffery C. Chackel, alleges: "3. Plaintiff Hanford Development Properties LLC, *is a* California limited liability company ("Hanford"); Plaintiff Central Valley Holding Company, LLC *is also a* California limited liability company ("Central Valley"). Both allegations are false and in blatant violation of Federal Rule of Civil Procedure 11(b)(3) and F.R.B.P. 9011(b)(3), as both corporate plaintiffs are not valid California LLC's. In fact, their corporate status was cancelled by their owner James Crowley. On 3-28-2013, Plaintiff Hanford Development Properties, LLC was canceled by

5/16-3:20pm

-3-

1  James Crowley himself on March 28, 2013 (over 6 years ago) and on 12-8-2014, Plaintiff
2  Central Valley Holding Company, LLC was canceled by James Crowley himself on
3  December 8, 2014 (5+ years ago).

4  14.  Defendants not only questioned Plaintiffs' standing to bring this lawsuit, Defendants
5  further question Plaintiffs' standing in filing their *Notice of Voluntary Dismissal Without*
6  *Prejudice* [Doc-8].

7  15.  Further, Plaintiffs *Notice of Renewal of Judgment* in *Mitch Brown Construction, Inc. v.*
8  *Hanford Development, Inc., et al.*, Kings County Superior Court Case No. 06 C 0384, 2-7-
9  2019 is still pending and Plaintiffs, and more specifically their owner James Crowley must
10  be sanctioned and ordered to withdraw the Judgement in state court.

12  I declare under penalty of perjury under the laws of the State of California that the
13  foregoing is true and correct.
14  Executed May 16, 2019, at Los Angeles, California.

16  */s/ Baruch C. Cohen*
   Baruch C. Cohen

5/16-3:20pm

-4-

# EXHIBIT - 1

5/16/2019     LAW OFFICE OF BARUCH C. COHEN, APLC Mail - 6:19-ap-01056-MH Hanford Development Properties LLC, Central Valley v. Bailey - ...



**BARUCH COHEN <baruchcohen@baruchcohenesq.com>**

## 6:19-ap-01056-MH Hanford Development Properties LLC, Central Valley v. Bailey - JSR

**Baruch Cohen** <baruchcohen@baruchcohenesq.com>    Wed, May 8, 2019 at 9:57 AM
Reply-To: bcc@baruchcohenesq.com
To: jcutchin@san.rr.com, geoff@chackellaw.com
Bcc: Marlene Bailey <bailey@hollyhills.com>, Dan Bailey <dbailey@hollyhills.com>

Counsel:

As I'm sure you know, Local Bankruptcy Rule 7016-1(a)(2) provides that the parties are *mutually* required to file a Joint Status Report within 14 days of the Status Conference. As the Status Conference in this case is scheduled for 5-29-2019, according to my calculations, the Joint Status Report must be filed by no later than **5-15-2019**.

As Local Bankruptcy Rule 7016-1(a)(2)(A)-(H) requires that we address several important issues in advance of the filing, I would ask that the plaintiff initiate the process immediately so that the Joint Status Report can be filed on time. Additionally, in light of the fact that my litigation calendar for the next week is very tight, I would ask that the Plaintiff jump-start the process immediately and not wait for the last minute to comply.

BCC

---
Baruch C. Cohen, Esq.
Law Office of Baruch C. Cohen, APLC
4929 Wilshire Boulevard, Suite 940
Los Angeles, CA 90010
Office (323) 937-4501 | Cell (323) 353-9535
Facsimile: (888) 316-6107
Email: bcc@baruchcohenesq.com (mailto:bcc@baruchcohenesq.com)
www.BaruchCohenEsq.com (http://www.baruchcohenesq.com)
***Notice of Ex Parte Hearings Will Not Be Accepted by Email***

(http://attorneysdefendingisrael.blogspot.com/) American Trial Attorneys in Defense of Israel

(https://www.linkedin.com/in/baruchcohen/)
(https://mail.google.com/)    |(https://twitter.com/CohenBaruch) |(https://www.facebook.com/baruch.cohen.37)|



**2013, 2015, 2016, 2017, 2018 & 2019** *Super Lawyers®* *is a registered trademark of Thomson Reuters*

This e-mail is covered by the Electronic Communications Privacy Act 18 U.S.C. 2510-2521 and is legally privileged. It is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and destroy this communication.

(https://mailtrack.io?
utm_source=gmail&utm_medium=signature&utm_campaign=signaturevirality5&)

Sender notified by
Mailtrack (https://mailtrack.io?
utm_source=gmail&utm_medium=signature&utm_campaign=signaturevirality5&)

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled: **UNILATERAL STATUS REPORT; DECLARATION OF BARUCH C. COHEN IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 5/16/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Baruch C Cohen (DF)    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
John W Cutchin (PL)    jcutchin@san.rr.com
Charles W Daff (TR)    charleswdaff@gmail.com, c122@ecfcbis.com
US Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On 5/16/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 5/16/2019,, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Hon. Mark D. Houle, USBC, Central District of California, 3420 Twelfth Street, Suite 365, Riverside CA 92501

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/16/2019 | Baruch C. Cohen, Esq. | */s/ Baruch C. Cohen* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**